| | |
|---|---|
| 1 | CHARLENE M. MORROW (CSB NO. 136411) |
|   | cmorrow@fenwick.com |
| 2 | VIRGINIA K. DEMARCHI (CSB No. 168633) |
|   | vdemarchi@fenwick.com |
| 3 | RACHAEL G. SAMBERG (CSB NO. 223694) |
|   | rsamberg@fenwick.com |
| 4 | KIMBERLY CULP (CSB NO. 238839) |
|   | kculp@fenwick.com |
| 5 | SALAM RAFEEDIE (CBS NO. 250191) |
|   | srafeedie@fenwick.com |
| 6 | FENWICK & WEST LLP |
|   | Silicon Valley Center |
| 7 | 801 California Street |
|   | Mountain View, CA 94041 |
| 8 | Telephone:   (650) 988-8500 |
|   | Facsimile:    (650) 938-5200 |

Attorneys for Plaintiff
JOBY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOBY, INC., | Case No. _____ |
| Plaintiff, | **PLAINTIFF JOBY, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| TOCAD AMERICA, INC., | |
| Defendant. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there are no other interested parties to report.

Dated: December 21, 2007

FENWICK & WEST LLP

By: _____Virginia K. DeMarchi_____
Virginia K. DeMarchi

Attorneys for Plaintiff
JOBY, INC.

PLTF JOBY, INC.'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS