IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOBY INC,

        Plaintiff,

v.

TOCAD AMERICA INC.,

        Defendant.

No. C 07-06455SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, April 18, 2008, at 2:00 p.m.  Please comply with the attached order when preparing for the conference.

Dated: March 21, 2008  RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk

**United States District Court**
For the Northern District of California