1    CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
2    VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
3    RACHAEL G. SAMBERG (CSB NO. 223694)
rsamberg@fenwick.com
4    KIMBERLY I. CULP (CSB NO. 238839)
kculp@fenwick.com
5    SALAM RAFEEDIE (CSB NO. 250191)
srafeedie@fenwick.com
6    FENWICK & WEST LLP
Silicon Valley Center
7    801 California Street
Mountain View, CA  94041
8    Telephone:  (650) 988-8500
Facsimile:   (650) 938-5200
9
Attorneys for Plaintiff
10   JOBY, INC.

11

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO DIVISION

15

16   JOBY, INC.,                              Case No. 3:07-CV-06455 (SI)

17              Plaintiff,                     **[PROPOSED] ORDER
                                               GRANTING JOBY, INC.'S MOTION
18   v.                                        FOR A PRELIMINARY INJUNCTION**

19   TOCAD AMERICA, INC.,                      **Date:        May 2, 2008
                                               Time:        2:00 p.m.**
20              Defendant.                     **Courtroom: 10, 19th Floor
                                               The Honorable Susan Illston**

21

22          On May 2, 2008, plaintiff Joby, Inc.'s ("Joby") Motion for a Preliminary Injunction

23   against defendant Tocad America, Inc. ("Tocad") came on for hearing before this Court.

24          Based on the Complaint in this action, the Motion, Memoranda, Declarations and other

25   materials submitted by the parties, and the arguments of counsel at the hearing,

26          THE COURT FINDS THAT:

27          (1)     Plaintiff is likely to succeed on the merits of its trade dress infringement (15

28   U.S.C. § 1125) claim;

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

[PROPOSED] ORDER GRANTING JOBY'S MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 3:07-CV-06455 (SI)                                                            1

1    (2)    There is a high probability that plaintiff will be irreparably injured as a result of

2  defendant's continued production, distribution, shipping, sale, advertising, marketing and

3  promotion of the FlexPod and FlexPod Plus lines of flexible camera tripods and monopods; and

4    (3)    The balance of hardships tips decidedly in plaintiff's favor since without an Order

5  in its favor, plaintiff may lose sales and market share and will lose control over its reputation and

6  goodwill associated with an in the trade dress used for the Gorillapod tripods, and defendant will

7  not suffer significant injury as a result of the requested relief, and will not be deprived of any

8  rights by entry of this Order.

9    IT IS THEREFORE ORDERED:

10    Defendant Tocad America, Inc., and each of its representatives, agents, servants,

11  employees, officers, directors, partner, attorneys, subsidiaries and all persons under its control or

12  acting in concert or participation with it, who receive actual notice of this Order, are hereby

13  enjoined and restrained, pending a final determination of this action, from engaging in further acts

14  that infringe Joby's Gorillapod trade dress, including without limitation, further creation,

15  production, distribution, shipping, sale, advertising, marketing and promotion of the existing

16  FlexPod and FlexPod Plus designs, as shown in Exhibit A hereto, or any product design that

17  appear confusingly similar to Joby's Gorillapod trade dress, as shown in Exhibit B hereto.

18    IT IS SO ORDERED.

19

20  Dated:_____, 2008

21    By:_____

22    The Honorable Susan Illston
     United States District Court Judge

23
24
25
26
27
28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW