# Exhibit A

# Sunpak

## FlexPods

## FlexPod



### Features:

- Compact and versatile for today's compact digital cameras

- Bend it, stretch it, wrap it around almost anything

- Complete with quick release plate

- Rubberized leg joints and tips assist in attaching to almost any surface

- Can also be used as a tabletop tripod

- Available in black, blue or gray colors

### Specifications:

- Weight: less than 2 oz.

- Height: 7 in.

- Load capacity: 14 oz.*

- One year limited warranty

*Load capacity determined by how tripod is used

Cat. no. 620-FLEXPODBL
Cat. no. 620-FLEXPODBU
Cat. no. 620-FLEXPODGR

## FlexPod Plus

### Features:

- Compact and versatile ballhead tripod for today's compact digital cameras

- Bend it, stretch it, wrap it around almost anything

- Complete with quick release plate

- Aluminum core legs for added support and gripping ability

- Can also be used as a tabletop tripod

- Available in black & white, blue & light blue or gray & light blue colors

### Specifications:

- Weight: less than 4 oz.

- Height: 7 in.

- Load capacity: 16 oz.*

- Head type: Ballhead

- One year limited warranty

*Load capacity determined by how tripod is used

Cat. no. 620-FLEXPODPLUSBK
Cat. no. 620-FLEXPODPLUSBU
Cat. no. 620-FLEXPODPLUSGY