CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
RACHAEL G. SAMBERG (CSB NO. 223694)
rsamberg@fenwick.com
KIMBERLY I. CULP (CSB NO. 238839)
kculp@fenwick.com
SALAM RAFEEDIE (CSB NO. 250191)
srafeedie@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiff
JOBY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOBY, INC.,

Plaintiff,

v.

TOCAD AMERICA, INC.,

Defendant.

Case No. 3:07-CV-06455 (SI)

**DECLARATION OF KEN MINN IN SUPPORT OF JOBY, INC.'S MOTION FOR A PRELIMINARY INJUNCTION**

**Date:** **May 2, 2008**
**Time:** **2:00 p.m.**
**Courtroom:** **10, 19th Floor**
**The Honorable Susan Illston**

I, Ken Minn, declare as follows:

1. I am responsible for business development and world wide operations at Joby, Inc. I make this declaration based upon my personal knowledge, and if called upon to testify, could and would testify competently to the matters set forth below.

2. I joined Joby, Inc. in January 2005 as the company's first employee with responsibility for business development. In addition, I managed the product development, production and marketing of the company's first product, a flexible camera tripod called the



FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

"Gorillapod." In early 2006, when the Gorillapod first launched, I assumed responsibility for global sales for Joby, in addition to my business development responsibilities. Beginning in 2008, my business development responsibilities are specific to North America and Japan, and others have responsibility for other geographies.

3. In October 2006, I first learned that Tocad America, Inc. was planning to offer a flexible camera tripod when one of our retailers advised us that a flexible tripod offered by Tocad under the name Sunpak FlexPod was listed in catalog put out by a distributor called DBL Distributing. I checked Tocad's web site (www.tocad.com), but there was no mention of the product on the site at that time.

4. I did not see an actual FlexPod until I attended the Photo Plus Expo in New York City in November 2006. Tocad had a booth at the show and was displaying the FlexPod there. I believe I was the first Joby employee to see Tocad's flexible tripod**.** The FlexPod I saw looked almost exactly like Joby's Gorillapod. I saw the FlexPod again at the Photo Marketing Association trade show in Las Vegas in March 2007. Attached as Exhibit A is a photograph I took of the FlexPod displayed at Tocad's booth at the Photo Marketing Association trade show in March 2007. Attached as Exhibit B is another image of the FlexPod that shows the product in more detail. Tocad does not place its name or logo, the Sunpak name or logo, or the product's name anywhere on the FlexPod tripod.

5. On inspection, the FlexPod does not use the same materials, and does not have the same smooth feel as the Gorillapod. In addition, I have observed that the rubber rings on the Flexpod balls can crack and peel off of the plastic. In addition, in October, 2007, I took pictures of a FlexPod that was being displayed by a retailer next to the Gorillapod. Attached as Exhibit C are copies of those photographs, taken at B&H Photo-Video in New York. As can be seen from the photographs, one of the legs of the FlexPod had broken off and was lying loose in the original packaging.

6. In October 2007, I attended the Photo Plus Expo in New York City on behalf of Joby. Tocad also had a booth at the show. When I visited the Tocad booth, I saw that they were offering a new version of the FlexPod called the FlexPod Plus. I picked up a sample of it and

took it apart to see how it was made. I cut off the exterior plastic on one of the legs and saw that the leg had a wire core. Attached as Exhibit D is a photograph showing the wire core of the FlexPod Plus sample that I examined. Attached as Exhibit E is the image of the FlexPod Plus that is currently displayed on Tocad's web site. Tocad does not place its name or logo, the Sunpak name or logo, or the product's name anywhere on the FlexPod Plus tripod either.

7. In February 2008, I attended the Photo Marketing Association trade show in Las Vegas. Tocad had a booth at the show and was passing out a flyer describing the "FlexPods" they offer. Attached as Exhibit F is a true and correct copy of the Tocad flyer.

8. Tocad displays its FlexPod and FlexPod Plus tripods at many of the same trade shows Joby also attends, including the Consumer Electronics Show, the Photo Marketing Association show, and the Photo Plus Expo. Tocad also sells its tripods to many of the same retailers Joby has, including Amazon.com, Best Buy, Adorama, B&H Photo-Video, Digital Foto Club, Ace Photo & Digital, Focus Camera, Tristate Camera Video and Computers, and PRO group.

9. I understand that in March 2008, a customer asked for permission to return a flexible tripod to Joby because one of its legs had broken off. The customer reported that the flexible tripod, which he apparently believed to be a Gorillapod, was purchased at Best Buy. This incident was reported to me because I am responsible for business development regarding North America retailers, including Best Buy. Joby's and Tocad's tripods are the only flexible tripods offered by Best Buy. The customer reported that the broken tripod had no name or logo on it. Joby's products all have the Joby name on the quick release button.

10. I also understand that in February 2008 someone posted a video on the web site www.windthefrog.net about a test performed with a "Joby Gorillapod" purchased from Fry's Electronics. This was also reported to me because Fry's is one of the retailers in the North America geography for which I am responsible. Joby does not sell Gorillapods to Fry's, but Tocad and two other manufacturers of Gorillapod knock-offs do. The two other knock-offs, like the FlexPod and FlexPod Plus, look almost exactly the same as the Gorillapod.

11. Like Joby's Gorillapod, when sold online the FlexPod and FlexPod Plus are

usually displayed without packaging. Attached as Exhibit G are pages from the web site www.amazon.com showing how the FlexPod and FlexPod Plus appear on that site. When sold in a store, the Tocad tripods are packaged in clear plastic that allows the purchaser a full view of the product.

12. Joby's original Gorillapod is priced at about $25, the Gorillapod SLR at about $45, and the Gorillapod SLR-Zoom at about $55. Tocad's tripods are typically priced at approximately 20-40% less than Joby's Gorillapods.

13. It has been my experience that because the Tocad products look so much like the Gorillapod products, there is little motivation for retailers to stock both of them at the same time. For example, until Tocad's knockoffs came out, Joby was selling to one of the largest electronics retailers in the country. Once Tocad came out with its knock-off product, the combination of the fact that the Tocad product looked so much like the Gorillapod and the fact that Tocad had other product offerings with that retailer such as non-flexile tripods led the retailer to elect to sell the Tocad knockoffs instead. It is my belief that if Tocad is permitted to continue selling its knockoffs, it will make it very hard for Joby to compete for business in accounts such as this that are also interested in other Tocad products.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 27th day of March, 2008.

KEN MINN

25933/00402/LIT/1282903.2