# Exhibit F

# Sunpak

FlexPods

## FlexPod

**Features:**
- Compact and versatile for today's compact digital cameras
- Bend it, stretch it, wrap it around almost anything
- Complete with quick release plate
- Rubberized leg joints and tips assist in attaching to almost any surface
- Can also be used as a tabletop tripod
- Available in black, blue or gray colors

**Specifications:**
- Weight: less than 2 oz.
- Height: 7 in.
- Load capacity: 14 oz.*
- One year limited warranty

*Load capacity determined by how tripod is used

Cat. no. 620-FLEXPODBL
Cat. no. 620-FLEXPODBU
Cat. no. 620-FLEXPODGR

## FlexPod Plus



**Features:**
- Compact and versatile ballhead tripod for today's compact digital cameras
- Bend it, stretch it, wrap it around almost anything
- Complete with quick release plate
- Aluminum core legs for added support and gripping ability
- Can also be used as a tabletop tripod
- Available in black & white, blue & light blue or gray & light blue colors

**Specifications:**
- Weight: less than 4 oz.
- Height: 7 in.
- Load capacity: 16 oz.*
- Head type: Ballhead
- One year limited warranty

*Load capacity determined by how tripod is used

Cat. no. 620-FLEXPODPLUSBK
Cat. no. 620-FLEXPODPLUSBU
Cat. no. 620-FLEXPODPLUSGY