# Exhibit A

Fun Outdoor Clothing for Women and Men. Travel Gear, Organic, Beach, Hiking, Fleece. Sahalie Official... Page 1 of 1

Case 3:07-cv-06455-SI    Document 14-2    Filed 03/28/2008    Page 2 of 2



