# Exhibit A

English (US/CA) English (UK) Deutsch Français Italiano Nederlands русский язык 日本語

Home Gorillapod Zivio Store
Where to Buy About Joby Press **Praise** FAQ Jobs Contact Us
About Us

# Customers Love Us!

Got something to say? We'd love to hear about ***your*** Joby experience.

*I ordered the new Gorillapod on the morning of June 21. I received it in the afternoon on June 22! Couldn't believe it! One day! And free to boot! Like I said . . Awesome!*

*The experience with your company has been first class. From my first contact, you responded quickly, accommodated my request and turned the order around in a short space of time.*

*You seem like a company with not only a great idea, but have your head screwed on straight.*

*I knew it, Mel. . . that a product so cool and useful would have a good company and customer service behind it. Thank You!*

*When the buzz of Christmas excitement died I found myself with a Gorillapod that was too small for my camera and no hope of a receipt. I completely expected to have to jump through hoops of flaming red tape...not with Joby! They were accommodating and easy to deal with, updated me*

*Wow, First you put a whole new innovative spin on camera tripods, now you put a whole new spin on customer service! Awesome!!! Oh, and by the way, I loved the Gorillapod packaging. Very cool. Thank you SO much! Joby rocks!*

*every step of the way and made me feel like a respected customer and not another dollar-sign! Thanks Joby! My new Gorillapod is perfect... a truly innovative product and since you've taken the time to assist me with respect and understanding I will tirelessly promote you and save you every advertising dollar I can by bragging to my friends and colleagues! Thanks!*

       

*I ordered your joby tripod last week & was so impressed by how quickly the order was fulfilled & how quickly it came! such stellar service is rare & refreshing these days. plus, the tripod is just the coolest. my kayak-loving, tree-hugging, photo-obsessing dad is going to love it.*

*We are quite impressed with this organization. We were also very surprised to see that one can order products without the packaging. This is wonderful! We have never done business with such a considerate company before.*

 Photos courtesy of the <u>Gorillapod Love</u> group at Flickr.
Joby ♥ you guys!

USA & Canada    United Kingdom    Deutschland    España    France    Italia    Nederland    Nippon

Privacy Policy    Site Map

©2006-2008 Joby, Inc. All rights reserved. Patents pending.