# Exhibit B

## Melissa Burns

**From:** Lauren Miller on behalf of Info@joby.com
**Sent:** Monday, January 22, 2007 12:33 PM
**To:** Joby SF
**Subject:** FW: licensed knockoff?


Thank you and have a wonderful day,

Lauren Miller
Operations and Customer Service
lmiller@joby.com
skype: lmgorilla
phone: 888 569 5629
fax:415 252 5629

1535 Mission Street
San Francisco CA 94103

**From:** WasabiKimosabi@aol.com [mailto:WasabiKimosabi@aol.com]
**Sent:** Monday, January 22, 2007 11:49 AM
**To:** Info@joby.com
**Subject:** licensed knockoff?

I just noticed the SunPak version of the Gorillapod - by all accounts, it is identical to the one by Joby. Wouldn't this be a licensure issue? Does Joby manufacture this for SunPak?

Thanks,
Joyce



In a message dated 1/20/07 10:45:41 AM, Info@joby.com writes:



Hello,

The only difference between the two versions is the unpackaged comes in bubble wrap. They are both fully exchangeable and refundable. I believe that Gorillapodlove is still in use. If you have issues using it please reply to this email with your order number once you place your order and we will manually apply the coupon.

Thank you and have a wonderful day,

12/18/2007

Lauren Miller
Operations and Customer Service
lmiller@joby.com
skype: lmgorilla
phone: 888 569 5629
fax: 415 252 5629

1535 Mission Street
San Francisco CA 94103



**From:** WasabiKimosabi@aol.com [mailto:WasabiKimosabi@aol.com]
**Sent:** Saturday, January 20, 2007 10:05 AM
**To:** Info@joby.com
**Subject:** question regarding packaging


What is the difference between the packaged and unpackaged versions?

Do they both come with a warranty and are they both returnable if faulty?

Also, when does the code GorillaLOVE expire? I plan on using it right after I hear back from you.

Thanks,
Joyce

12/18/2007