# Exhibit C

**Melissa Burns**
---

**REDACTED**

**REDACTED**

Mel Burns

Strategy & Marketing

<http://www.joby.com/>  <cid:image001.jpg@01C77878.FD2E0A10>

+1 650 814 5800 US Mobile

1 415 252 5629 Fax

1535 Mission St.

San Francisco, CA 94103 USA

------------------

From: payne16_2000@yahoo.com [mailto:payne16_2000@yahoo.com]
Sent: Friday, April 06, 2007 6:22 PM
To: Info@joby.com
Subject: Joby Gorillapod vs. Sunpak Flexpod

1

Hello...

Fathers day is soon upon us and I'm debating which tripod to give my Dad and wondered if you could shed some light upon the benefits of the Gorillapod vs. the Flexpod.  Are they the same?  Did you license the product patent to Tocad/Sunpak to produce this similar nearly identical product or are they copying you.  If that is the case which one of you was the original so I can purchase the true flexible tripod.  My Dad travels all over the world, Belize to Moracco, Berkina Faso to Sri Lanka and I want to give him the product that will stand up the best.

Thanks for your insight,

Payne

------------------

Be a PS3 game guru.
 Get your game face on with the latest PS3 news and previews at Yahoo! Games.