# Exhibit D

## Melissa Burns

**From:** Lauren Miller on behalf of Info@joby.com
**Sent:** Thursday, June 21, 2007 3:24 PM
**To:** Melissa Burns
**Subject:** FW: gorillapod question

Want to take this one?


Lauren Miller
Operations and Customer Service
lmiller@joby.com
skype: lmgorilla
phone: 888 569 5629
fax: 415 252 5629

1535 Mission Street
San Francisco CA 94103

-----Original Message-----
From: Craig Norman [mailto:tigger60446@yahoo.com]
Sent: Thursday, June 21, 2007 3:02 PM
To: Info@joby.com
Subject: gorillapod question

Hi,

I was looking in my local Best Buy and saw a tripod from Sunpak that looks like your gorillapod, but in different colors.  I like my gorillapod a lot, but was wondering if you make this under that brand too or what the difference is?  Kind of confusing - I thought you had patents on this from your website...

Can you tell me what the difference is?

Thanks...
CR


Fussy? Opinionated? Impossible to please? Perfect.  Join Yahoo!'s user panel and lay it on us.  http://surveylink.yahoo.com/gmrs/yahoo_panel_invite.asp?a=7

1