# Exhibit E

**From:** Helga Veideman
**Sent:** Wednesday, March 26, 2008 9:10 AM
**To:** Melissa Burns
**Subject:** FW: Broken Gorillapod/Egg on my face


Helga Veideman
Office Manager & Customer Service
www.joby.com
Phone: +1.888.569.5629 ext 812
Fax: +1.415.252.5629

**From:** Patrick Danforth [mailto:patrick.danforth@gmail.com]
**Sent:** Wednesday, March 26, 2008 8:36 AM
**To:** Helga Veideman
**Subject:** RE: Broken Gorillapod/Egg on my face

Hi Helga,
I went to Best Buy, got my receipt and then checked there tripods out……oh did I mention I was very wrong and it is a sunpak flexpod and not the Gorillapod SLR? I thought something was wrong from the day I got it as it did not feel as good as the Gorillapod Original, because it was not a Gorilla. I am now trying to see if Sunpak will help me. From here out I will make sure it says Joby on it. Best Buy Sells the Original Joby and the Sunpak Flexpod SLR. This bothers me as I feel mis led and buying a product of lesser quality…..do not think yours would have broke like this.
Thanks for your help. Now I hope Sunpak will be as nice on this.

Thanks again.
Patrick

**From:** Helga Veideman [mailto:hveideman@joby.com]
**Sent:** Tuesday, March 25, 2008 5:58 PM
**To:** Patrick Danforth
**Subject:** RE: Broken Gorillapod

Hi Patrick,

I'm sorry you are upset.
We can tell by the photo that this is not a Joby product.
All of our Gorillapods have the Joby logo on the release button and unfortunately there are other companies out there producing knock-offs.
If you are able to obtain a receipt from Best Buy please do forward that to us.

Thank you,

Helga Veideman
Office Manager & Customer Service
www.joby.com
Phone: +1.888.569.5629 ext 812
Fax: +1.415.252.5629

**From:** Patrick Danforth [mailto:patrick.danforth@gmail.com]
**Sent:** Tuesday, March 25, 2008 2:26 PM
**To:** Helga Veideman

3/26/2008

**Subject:** RE: Broken Gorillapod

Helga,
I am rather upset. This is a Gorillapod SLR, I have no idea why the Joby logo is not on it. I wish there was some other way to prove this is your product. I made 100% sure I bought another Gorillapod after purchasing the original, as Best Buy only sold the Joby brand. I have not seen knock offs or other brands. Would a receipt help me at all? Best Buy has a record of my purchase, I would just need to go the store and get it.

Patrick

---

**From:** Helga Veideman [mailto:hveideman@joby.com]
**Sent:** Tuesday, March 25, 2008 4:26 PM
**To:** Patrick Danforth
**Subject:** RE: Broken Gorillapod

Hi Patrick,

Thanks for your responses. We appreciate them. Unfortunately since it's not our product, we are not actually obliged to replace it.
I would, though, like to offer you a 20% discount if you want to buy a Gorillapod from our website as a replacement.

When you check out enter UPGRADE when you are asked for any type of discount or coupon code.

Thanks again,

~Helga

Helga Veideman
Office Manager & Customer Service
www.joby.com
Phone: +1.888.569.5629 ext 812
Fax:  +1.415.252.5629

---

**From:** Patrick Danforth [mailto:patrick.danforth@gmail.com]
**Sent:** Tuesday, March 25, 2008 12:41 PM
**To:** Helga Veideman
**Subject:** RE: Broken Gorillapod

I guess my question is what happens now?
Patrick

---

**From:** Helga Veideman [mailto:hveideman@joby.com]
**Sent:** Tuesday, March 25, 2008 2:07 PM
**To:** Patrick Danforth
**Subject:** RE: Broken Gorillapod

Hi Patrick,

Thank you for all the photos ☺

~Helga

Helga Veideman
Office Manager & Customer Service
www.joby.com
Phone: +1.888.569.5629 ext 812
Fax:  +1.415.252.5629

---

**From:** Patrick Danforth [mailto:patrick.danforth@gmail.com]

**Sent:** Monday, March 24, 2008 6:26 PM
**To:** Helga Veideman
**Subject:** RE: Broken Gorillapod

One more pic.



**From:** Helga Veideman [mailto:hveideman@joby.com]
**Sent:** Monday, March 24, 2008 7:57 PM
**To:** Patrick Danforth
**Subject:** RE: Broken Gorillapod

Hi Patrick,

Do you mind replying to this email with a photo of that damaged Gorillapod?

Thank you so much,

~Helga


Helga Veideman
Office Manager & Customer Service
www.joby.com
phone: 888.569.5629 ext. 812
fax: 415.252.5629

**From:** Info@joby.com
**Sent:** Monday, March 24, 2008 4:13 PM
**To:** 'Patrick Danforth'

3/26/2008

**Subject:** RE: Broken Gorillapod

Hi Patrick,

I'm sorry but that is not a JOBY product and we are not affiliated with the company. If you have any problems with our product we would be more than happy to help you out.

Thanks and have a great day.

~Helga

Helga Veideman
Office Manager & Customer Service
www.joby.com
phone: 888.569.5629 ext. 812
fax: 415.252.5629

---

**From:** Patrick Danforth [mailto:patrick.danforth@gmail.com]
**Sent:** Monday, March 24, 2008 2:37 PM
**To:** Info@joby.com
**Subject:** RE: Broken Gorillapod

Howdy,
My large one does not have the logo, my original one does. They were both purchased at Best Buy's (Syracuse and Watertown, NY)
I Use A Sony DSC-W80 and a JVC HDD Cam the SLR one. It had no camera attached at the time it broke. I was getting it ready to shot some pics and off came the leg.

Address:
Patrick Danforth
25650 Keyser Rd
Evans Mills, NY 13637
(315)921-6500

Thanks,
Patrick

---

**From:** Info@joby.com [mailto:Info@joby.com]
**Sent:** Monday, March 24, 2008 4:41 PM
**To:** Patrick Danforth
**Subject:** RE: Broken Gorillapod

Hi Patrick,

I'm so sorry that this happened to your Gorillapod SLR.
Do you mind sending me a photo with the Joby logo showing?
What type of camera were you using it with?
I would also need your address and phone number.

Thanks and hope you're having a great day!

Helga Veideman
Office Manager & Customer Service
www.joby.com
phone: 888.569.5629 ext. 812
fax: 415.252.5629

---

**From:** Patrick Danforth [mailto:patrick.danforth@gmail.com]
**Sent:** Saturday, March 22, 2008 3:49 PM
**To:** Info@joby.com

**Subject:** Broken Gorillapod

Hi,
I was saddened today when I went to use my Gorillapod and the leg broke right off. I got this as a birthday present 6 months ago, and is by far the best portable tripod I have ever used.
It is the SLR Version….I also own the Original and that is working like a champ.

Thanks,
Patrick Danforth

3/26/2008




