# Exhibit F



Copyright © 2008 Yahoo! Inc. All rights reserved.

http://www.flickr.com/groups/gorillapod/discuss/72157594475349112/