CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
RACHAEL G. SAMBERG (CSB NO. 223694)
rsamberg@fenwick.com
KIMBERLY I. CULP (CSB NO. 238839)
kculp@fenwick.com
SALAM RAFEEDIE (CSB NO. 250191)
srafeedie@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     (650) 988-8500
Facsimile:     (650) 938-5200

Attorneys for Plaintiff
JOBY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOBY, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>TOCAD AMERICA, INC.,<br><br>                Defendant. | Case No. 3:07-CV-06455 (SI)<br><br>**DECLARATION OF JOEBEN BEVIRT IN SUPPORT OF JOBY, INC.'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date:      May 2, 2008<br>Time:     2:00 p.m.<br>Courtroom: 10, 19th Floor<br>**The Honorable Susan Illston** |

I, JoeBen Bevirt, declare as follows:

1. I am the Founder and President of Joby, Inc.  I make this declaration based upon my personal knowledge, and if called upon to testify, could and would testify competently to the matters set forth below.

2. I have a master's degree in mechanical engineering from Stanford University. While I was studying for my graduate degree, I came up with the idea for a flexible tripod with

1  rotating joints that would allow the tripod to be used in locations where conventional, rigid-leg
2  tripods could not be used. I founded Joby in 2005 to further develop and produce this flexible
3  camera tripod.

**Joby's Gorillapod**

5  3. Joby has its headquarters in San Francisco, California, and currently employs 44
6  people worldwide. The company's first product was the Gorillapod – a tripod with flexible legs
7  that enable it to secure itself to virtually any surface anywhere, such as a tree branch, a pole, or
8  jagged rock. I have attached as Exhibit A images of the Gorillapod secured to these kinds of
9  surfaces.

10  4. Joby wanted the tripod's look and its name to suggest nimble, creature-like
11  qualities. We chose an animal name – "Gorillapod" – for the product, and I designed its exterior
12  to make it look like a little animal. The Gorillapod has a body section and three legs made of
13  rounded segments (or "balls") connected together. Each of the segments in the legs has a ring
14  around the middle in a color that contrasts with the color of the segment, and each segment ends
15  in a rounded "foot." The rounded body, the rounded leg segments, the rounded feet, the
16  proportions we selected for the body, legs and feet, and the contrasting rings give the tripod a
17  playful, striped look. The contrasting colors on the feet and the rings also serve to highlight the
18  tripod's movements.

19  5. Joby's first Gorillapod was designed to support a compact digital camera. An
20  early prototype of the original-size Gorillapod was shown at the Consumer Electronics Show held
21  in Las Vegas in January 2006. We began offering this Gorillapod for sale in February 2006. At
22  that time, there was one other flexible tripod on the market, which looked something like the
23  tripod shown in Exhibit B, but professional and amateur photographers alike relied primarily on
24  conventional, rigid-leg tripods, such as the tripod shown in Exhibit C. None of the tripods then
25  being marketed to the general public, or to professional photographers, looked anything like the
26  Gorillapod.

27  6. In August 2006, Joby began offering a larger tripod, the Gorillapod SLR, which
28  can support video cameras and lightweight SLR cameras weighing up to 1.75 lbs. In October

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

2006, we added the Gorillapod SLR-Zoom, which can support professional SLR cameras with zoom lenses weighing up to 6.6 lbs. The original Gorillapod can also be used with handheld devices (such as cell phones and PDAs), and the Gorillapod SLR can also be used with camera accessories (such as a flash). Currently, the Gorillapod is sold in three different sizes and six different color combinations, as shown in Exhibit D. The Joby name appears on the face of the round quick release button on the top portion of every Gorillapod.

7. All versions of the Gorillapod are made using high-quality plastic and rubber. They are molded using custom tooling and a double-injection process that minimizes the "flash" (*i.e.* excess material that protrudes between the two surfaces of the mold) on the finished product and produces a secure bond between the plastic and rubber. We invested a significant amount of time and effort trying to find a factory that could manufacture our product to meet our quality specifications. We tried four different factories before we found one that could produce the high quality product we wanted.

**The Gorillapod's Success**

8. The Gorillapod has been extremely successful. To date, Joby has sold more than one million Gorillapods since its first sale in February 2006. The product is sold through Joby's own online store (www.joby.com), through well-known camera equipment retailers, such as Adorama and B&H Photo-Video, and through other well-known retailers, such as Best Buy, Amazon.com, Eddie Bauer, Red Envelope and REI. The Gorillapod is also sold through camera and outdoor equipment distributors worldwide. It is sold in both packaged and unpackaged forms. Joby uses clear plastic in its packaging, so that the Gorillapod is visible to the purchaser when the product is sold in packaged form. Inside the packaging, the Gorillapod is wrapped around a cardboard "branch," and the back of the packaging includes images of the Gorillapod in action (*e.g.*, perched on a rock). I have attached as Exhibit E a sample of the original Gorillapod in its packaging.

9. Joby has also invested heavily in advertising and promotion of the Gorillapod. Since February 2006, Joby has shown the Gorillapod at seventeen trade shows and spent over $1 million on advertising and promotion of the Gorillapod. In addition, our distributors and

1   retailers, with financial incentives provided by Joby, have spent an estimated $500,000 to
2   advertise and promote the Gorillapod. This advertising and promotion always includes images of
3   the Gorillapod and typically emphasizes the product's fun, animal-like qualities, as in the
4   animation on the home page of Joby's web site at www.joby.com, for example. I have attached
5   as <u>Exhibit F</u> a screen capture of Joby's home page.

6         10.    The Gorillapod has received enthusiastic reviews and extensive press coverage
7   during the past two years. Since its launch in early 2006, the Gorillapod has been featured in over
8   30 reviews and articles in a wide range of media geared to photography buffs, such as Popular
9   Photography, Shutterbug, Outdoor Photographer and Amateur Photographer, and to the general
10  public, such as CNET, Gizmodo.com, Wired Magazine, National Geographic and The New York
11  Times. The Gorillapod has also been featured on popular television programs, such as Good
12  Morning America and The Rachel Ray Show. A collection of the reviews and articles about the
13  Gorillapod are attached as <u>Exhibit G</u>. A collection of the videos about the Gorillapod are attached
14  as <u>Exhibit H</u>.

15        11.    Even during the product's first nine months, before Tocad introduced its flexible
16  tripod, the Gorillapod enjoyed great success. From February through October 2006, Joby sold
17  approximately 160,000 Gorillapods and received rave reviews from, among others, CNET,
18  Popular Photography, Shutterbug, Wired Magazine and Gizmodo.com. The tripod was also
19  featured on the television program Good Morning America. During the first nine months after
20  launch of the Gorillapod, we promoted the product at four trade shows and spent approximately
21  $178,000 on advertising and promotion in print and in other media. All of the articles, reviews,
22  advertising and promotion included images of the Gorillapod and mentioned the Joby company
23  name.

24        **Tocad's Knock-Off of the Gorillapod**

25        12.    Tocad introduced its knock-off of the Gorillapod, called the FlexPod, in late 2006.
26  I carefully examined a sample of the FlexPod. The quality of this product is inferior to Joby's
27  Gorillapod. The FlexPod looks just like the Gorillapod, but it uses a low quality, cheaper plastic
28  than what we use for the Gorillapod. The molding of the FlexPod is sloppy, which produces

BEVIRT DECL. IN SUPPORT OF JOBY'S
MOTION FOR A PRELIMINARY INJUNCTION                                             4
CASE NO. 3:07-CV-06455 (SI)

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  excessive flash and causes the rubber to not bond well to the plastic, which in turn tends to cause
2  the rubber rings to fall off.

3      13.    After Tocad started selling its FlexPod, Joby began corresponding with Tocad
4  through counsel about the patent and trade dress issues associated with Tocad's product. While
5  we were having this exchange with Tocad I learned that Tocad planned on redesigning its
6  product. Rather than moving forward with a lawsuit against Tocad at that point, we chose to see
7  if the redesign would address our concerns.

8      14.    In late October 2007, Tocad introduced its new flexible tripod, the FlexPod Plus.
9  The new FlexPod looks much the same as the earlier FlexPod, and copies the overall design Joby
10 created for the Gorillapod, but it uses a different mechanical design. The FlexPod Plus is made
11 with an aluminum wire core. I got a sample of the FlexPod Plus shortly after it was introduced,
12 and I examined it, too. I found that the aluminum core used in the product's legs could be easily
13 broken, just by bending the leg back and forth several times. In fact, when I visited Tocad's
14 booth at the Photo Marketing Association show in Las Vegas this year, I picked up a sample of
15 the FlexPod Plus that was displayed on the counter at the booth. I noticed that the joint at the top
16 of one of the legs where it attaches to the body of the tripod was broken. In my view, the FlexPod
17 Plus is an inferior quality product compared to the Gorillapod.

18      15.    After I saw the FlexPod Plus, it was clear at that point that Tocad's redesign would
19 not address our concerns about its use of the Gorillapod trade dress. We filed our complaint
20 shortly thereafter, on December 21, 2007. I am very concerned that Tocad's inferior tripods,
21 because they look so much like Joby's Gorillapod, will harm Joby's business and especially its
22 reputation for providing high-quality, innovative products.

23      I declare under penalty of perjury under the laws of the United States of America that the
24 foregoing is true and correct. Executed on this 27 day of March, 2008.

                                                    _____
                                                              JOEBEN BEVIRT