# Exhibit D



**original Gorillapod**



**Gorillapod SLR-Zoom**  **Gorillapod SLR**