CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
RACHAEL G. SAMBERG (CSB NO. 223694)
rsamberg@fenwick.com
KIMBERLY I. CULP (CSB NO. 238839)
kculp@fenwick.com
SALAM RAFEEDIE (CSB NO. 250191)
srafeedie@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     (650) 988-8500
Facsimile:      (650) 938-5200

Attorneys for Plaintiff
JOBY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOBY, INC.,<br><br>               Plaintiff,<br><br>v.<br><br>TOCAD AMERICA, INC.,<br><br>               Defendant. | Case No. 3:07-CV-06455 (SI)<br><br>**EXHIBIT E TO THE BEVIRT DECLARATION:  ONE JOBY GORILLAPOD**<br><br>**Date:         May 2, 2008**<br>**Time:         2:00 p.m.**<br>**Courtroom: 10, 19th Floor**<br>**The Honorable Susan Illston** |

**MANUAL FILING NOTIFICATION**

Regarding:  EXHIBIT E to the Declaration of JoeBen Bevirt.

This filing is in physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

MANUAL FILING NOTICE RE EXHIBIT E TO BEVIRT DECL.
CASE NO. 3:07-CV-06455 (SI)

1

1  This filing was not efiled for the following reason(s):

2  ___ Voluminous Document (PDF file size larger than efiling system allowances)

3  ___ Unable to Scan Documents

4  _X_ Physical Object (description):  __one Joby Gorillapod__

5  ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

6  ___ Item Under Seal

7  ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

8  ___ Other (description):_____

10  Dated: March 26, 2008            FENWICK & WEST LLP

12                                   By: /s/ Virginia K. DeMarchi
13                                        Virginia K. DeMarchi

14                                   Attorneys for Plaintiff
                                     JOBY, INC.

18  25933/00402/LIT/1282831.1

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW