# Exhibit G

# Digital Photography

Every year, more than one million photographs captured in some of the harshest conditions on the planet arrive at *National Geographic* magazine. From our trials and tribulations, learn how to conquer your own digital photography challenges.

## Grip Like a Gorilla

Posted Aug 29,2007

Our early ability to create tools is largely due to our dexterity, most of which we owe to our opposable thumbs. That same ability to grip can also be found in a handy little gadget that I carry with me five days a week.



I commute to work with a small Patagonia backpack containing my laptop, a compact digital camera (with extra battery) and an original Gorillapod. Since I first got my hands on the Joby Gorillapod over a year ago, it has had a home in my daily kit.

Weighing just 1.6oz (45.3g) and measuring only 5.9 inches (15cm), this flexible little wonder is covered with rubberized joints that help make it grip to most anything that you wrap it around. That dexterity allows me to use most anything—a chair, lamppost, stair rail or tree limb—as a secure mount for my digital point-and-shoot.

Since the original Gorillapod rolled out over a year ago, Joby has introduced two more, designed for SLR size cameras, able to handle up to 6.5 pounds (3000g). Additions to the lineup next week will be five stylish Gorillapods (below) that will allow you to color coordinate your couture collection of digital cameras.



If that doesn't get you excited about the Gorillapod, take a look at what ingenious flickr users have done with their malleable tripods. My personal favorite is the dog collar cam.

*— Ken Geiger*

## 06
**AUG**

## Gorillapod SLR Zoom
Posted by John as Accessories, Digital Cameras



The Gorillapod SLR Zoom builds on top of the SLR model we reviewed late last year. It now supports heavier cameras and camcorders, up to 6.6 pounds compared to the SLR's paltry 1.7 pounds.



Like all of the Gorillapods the special sauce of it is the flexible joints that allow you

Case 3:07-cv-06455-SI     Document 16-8     Filed 03/28/2008     Page 5 of 37

to wrap the tripod around various objects and get shots you never could before. It's by far our favorite photographer accessory that you simply must have, it's always there when you need it and it isn't too bulky. Unlike the standard SLR model it does not have the quick-release plate, but you can attach a tripod head to the SLR Zoom which allows for more versatility.

Don't expect it to replace your current tripod, but it certainly is a great companion to one. It costs $55 and a smaller version is available for regular point-and-shoot cameras.

**Pros**

- Supports up to 6 pounds.
- Compresses into a small, and light package.
- Extremely versatile.
- Allows use of a tripod head for more control.

**Cons**

- No quick-release plate.

**Final Verdict**
5 out of 5 stars.

CALUMET REVIEW: GORILLAPODS
# The World Is Your Tripod

By Ryan Klos, Calumet Photographic



When I first saw the original Gorillapod, I thought, "Cool, I can mount my point-and-shoot onto anything." When I saw the Gorillapod SLR and then SLR-Zoom, I thought, "Yeah right, put my $2,000 camera and lens setup on that?" I have a feeling I wasn't the only skeptic. It looked more like something that should be stomping through city streets, smashing buildings and shooting laser beams from its eye in a 1950s monster movie. But after I had the chance to get to know them, Gorillapods proved much more friendly and trustworthy.

Gorillapods manufacturer, Joby, has made quite a stir with their unique, flexible, grab-onto-anything tripods and have even grabbed a 2007 Innovative Digital Product award by Digital Imaging Marketing Association. Not only is Joby coming up with innovative products, they're also a proponent for a greener tomorrow. One percent of their sales are donated to the preservation of the planet, and they also give you the option to purchase their product with or without packaging (from their website). Imagine the environmental impact if every company was so environmentally conscious.

### The Products
The Gorillapod line consists of the Original Gorillapod (for point-and-shoot and compact digital cameras), Gorillapod SLR (for lightweight SLR cameras and camcorders) and Gorillapod SLR-Zoom (for SLR cameras with a hefty zoom lens attached). Each model has round rubber shoes at the bottom of its three legs and a rubber ring around each bulbous joint, several of which make up the legs. The rubber is key. Friction and gravity have everything to do with placing a camera and Gorillapod.

## Gorillapods

Shop for Gorillapods »



### Light Like a Gorilla



Sometimes it's not the placement of a
camera that's a problem, but the off-camera
flash. Imagine the possibilities of flash

The small and medium versions, Original and SLR, include a slim quick-release plate that slides into a
locking head. The plate is so slim that leaving it attached to the camera is easier than repeatedly taking if
off and putting it on. And don't worry about taking up extra room, it's thin enough to easily slip into most
camera cases without any trouble while still attached.

placement if you could mount your flash to a Gorillapod SLR. Joby's on top of it. They've introduced a quick-release flash clip for the SLR Gorillapod. It easily slips into the quick-release mount like the regular plate but has contact points for your flash. Get a couple of these Gorillapods and flash clips and you could outfit a forest with studio lighting in no time. These will be available at Calumet very soon!



The Gorillapod SLR-Zoom does not have a quick-release plate. Instead, the base screws directly into your camera or tripod mounting ring on large zoom lenses. Attaching the camera directly to the base provides more stability, especially since there are no pivot joints directly beneath the camera, just legs. This means the camera's weight is more centrally, and consistently, distributed on the Gorillapod.

## More Product Reviews


Adobe Photoshop Lightroom
Getting the Most Out of RAW


Dust-Aid
DSLR Camera Sensor Cleaner


ExpoDisc White Balance Filters
Accurate WB Made Easy

**Testing: Original Gorillapod**
Max Weight: 9.7 oz
I tested the Original Gorillapod with a Canon SD1000 and it performed like a champ. The quick-release plate easily screwed into the bottom of my point-and-shoot and snapped into the slot nice and snug. For grins, I attached the Original Gorillapod to a door knob. Not entirely inconceivable. You never know where you'll be or what's around, right? It worked great. Its small size allowed for the legs to grab around the knob and hug it tight. The rubber on the legs and the ability to conform to almost any surface kept the camera and Gorillapod firmly in place—no slipping or wobbling, either.


Gorillapods
The World Is Your Tripod


Zigview S2
Real-time DSLR Viewing


DxO Optics Pro 4
Pro Image Enhancement In a Snap


PocketWizard Plus II
Wireless Wizardry


Lowepro Computrekker Plus AW and
Tamrac Expedition 7



In all other applications it worked just as well. As this photo demonstrates, friction and gravity are your friends with any of the Gorillapods. Knowing its strength allows for maximum creativity when looking for places to mount your point-and-shoot on the Original Gorillapod.




The legs are easily molded around all types of objects. Apparently I was on a mission to see how it worked on round items, and in each case I was confidant that my camera would be fine. The Original Gorillapod is small enough to stick in your back pocket or keep in the glove box of your car. Its small size makes it easy to setup in tight spots—such as door knobs—and wrap around or hang off anything. Your own creativity is the only limiting factor. For most point-and-shoots, the Original Gorillapod is more than enough.

**Testing: Gorillapod SLR**

Max Weight: 1.75 lbs

I originally tested the Gorillapod SLR with my Canon EOS 30D (with battery grip) and 28-70mm lens. It proved to be too much so I removed my battery grip and attached an 85mm. Much better. The Gorillapod SLR handled this just fine in the upright-not-having-much-fun position, but on more challenging angles the weight of my camera and lens were too much. The Gorillapod's neck joint couldn't handle the weight. That said, the Gorillapod is a think outside the box kind of device to begin with, so I got creative with my setup. By twisting one leg to pivot its would-be knee on the shelving I was setting up on, I was able to support the weight of the camera on the foot of the pod. Once I got used to the physics and possibilities of the Gorillapod, figuring out creative ways to support the camera was easy and fun.

 

And, of course, the round test. The larger size of the SLR compared to the Original allows for a stabilizing leg, as you can see in the photo. The SLR model may need a little extra support in the neck, which can easily be had by arranging the legs to support the body. Or, remove the neck from the equation and go with the Gorillapod SLR-Zoom.

**Testing: Gorillapod SLR-Zoom**

Max Weight: 6.6 lbs

This one will be getting the most use from me when using my 30D. This time there was no problem with the extra weight of the battery grip and 28-70mm lens. As there is no quick-release plate to use, I screwed the base of the Gorillapod SLR-Zoom into my camera and tightened it from the bottom with a screwdriver. Everything felt much more stable than the same camera setup on the Gorillapod SLR (which isn't surprising considering I overloaded it). The legs on the SLR-Zoom are thicker and a little bit longer than the SLR, the feet are also larger and the joints felt tighter as well. I was more trusting from the get-go to put my camera's full weight to the test.

In most straight-on applications—horizontal shooting, that is—everything worked fine. I found the strength and stability of the Gorillapod SLR-Zoom good enough to gain my trust in attempting to attach it to anything. And because the legs on this model tend to be more rigid, there were more ways to use opposing forces and flagging techniques to stabilize the setup.







Vertical shooting offered a few challenges because the weight of the camera and lens on the Gorillapod SLR-Zoom. I found that setting up in the vertical position required more time to ensure stability—maybe had something to do with feeling good about mounting an expensive camera setup in a precarious

position, too. But even after the extra time spent setting up I noticed some slippage before everything caught and settled. Once it caught, it wasn't going anywhere. (I should mention that I was attempting the vertical setup on a stair handrail. Perhaps another vertical placement would have been easier.) Despite the small slippage before catching, if you plan for it, or are creative enough to work with it in a precarious setup, you'll be fine. The issue was never that I thought the Gorillapod would let go, it was more of an issue of making it stay exactly where I wanted it without slightly shifting.

**Recommendation**
The innovative Gorillapods are useful tools to have in unfamiliar settings. All three models are very lightweight which means you'd hardly notice them in your gear bag. For me, the Original and SLR-Zoom will get the most use. Until I get a camcorder. Then I can see myself using the SLR model for capturing video. The SLR model may handle the Canon Rebel XTi and similarly lightweight SLRs, but for added peace of mind, the SLR-Zoom may be the way to go. Likewise, if you're shooting with a heavier point-and-shoot like a Canon G7 or Olympus SP-550UZ, I'd opt for the SLR model.

The solid construction of all three Gorillapods impressed me, as did their durability and light weight. The quick-release plates locked into the heads of the Original and SLR models tighter than some tripod heads I've used and sufficiently eliminated any shifting. The bulbous leg joints on all three models were tight and, as the above photos show, capable of bending in all different directions to grab onto just about anything.

Not once did I fear that my cameras would fall off any of the Gorillapods, nor did I fear the Gorillapod itself would let go of my chosen object. Without that possibility, the only possibilities you're left with are the million and one ways to attach them to whatever challenges your fancy. Gorillapods would be excellent for traveling, especially if you'll be in an unpredictable environment.



« My Father's Day Fish | Main | Keeping the Geeklets Sharp Over Summer Break »

# Gorillapod: Not An MP3 Player For Lower Primates

By Brian Little ✉     June 20, 2007 | 2:05:52 PM     Categories: Cameras



I love the fact that my compact digital camera allows me to take pictures of my geeklet just about everywhere. I can't stand the fact that when I want to use it with a tripod, I have to lug along a device that weighs easily 15 times as much as the camera. Don't even get me started on those cheapo mini-tripods -- I've broken more of them than I care to admit having spent the money on. And although negative tripods have a high level of geek cred, they're not convenient when I want to park the camera and walk away, or want a weird camera angle. Enter the Joby Gorillapod. With three flexible, multi-jointed, rubber padded legs, the Gorillapod is almost sure to be capable of standing on or wrapping around *something* in your immediate vicinity. Signposts, swingsets, the top rail of the stakebed on a Radio Flyer wagon -- something will work. Perfect for my needs. And they make the little guy in three sizes, from "compact point and shoot" up to "big dSLR with zoom lens." The price range is reasonable, too, running from about $22 for the compact unit for point-and-shoot cameras
to $40 for the middleweight SLR model
, and ending up in the $50 range for the heavy-hitter SLR+Zoom model
. These things are a great way to add flexibility to your digicam.

submit          Digg submit          Yahoo! Buzz      🌀 Stumble          ShareThis

EDITO
Chris J
Ken D

CONT
Andre
John E

## Got a Click-Happy Dad?

06/13/2007

 

Digital cameras have made a lot of people click-happy. No wasted film. No expensive developing. Just point and shoot. A lot.

If this sounds like your dad, here are a couple of Father's Day gift ideas that'll make it easier for him to take and display those never-ending streams of photos.

If dad's an aspiring Ansel Adams and needs a tripod to keep his camera still (or is just getting old and shaky), he'll appreciate the Gorilla Pod. Not content to just stand around on the ground, this tripod is made of 30 or so rubber-coated ball and socket joints that can bend and twist into just about any shape, gripping on to whatever dad needs to get his shot. Need to wrap it around a tree branch to get that large group shot at the family barbecue? No problem. (Just don't let dad climb the tree. He takes longer to heal these days.)

The Gorilla Pod comes in three sizes: the original that holds most digital cameras, a larger version for SLRs up to 1.75 lbs, and a heavy duty model that holds professional tripod heads and cameras with zoom lenses up to 6.6 lbs.

After dad has taken several GIG worth of photos, he's gonna want to show them off. Frames may be ok for baby showers and wedding gifts, but not for dad. He needs to go one step further. Like publishing a coffee table book of his pictures. "Publishing" might be a little strong. I doubt any publisher would put out a book of dad's shots of Things I Found in the Backyard. But dad can create his own bound, hardcover book with the Unibind PhotoBook Creator.

All dad has to do is print out 8 1/2 x 11 copies of his photos, stack them in the cover and place the cover on the binding compartment. The PhotoBook Creator turns on automatically, heating the glue in the cover and binding the pages in about 90 seconds. It'll be on his coffee table embarrassing you within minutes.

Gorilla Pod starts at $21.95

# Joby Press

## Time Magazine



 → DECEMBER 2006 CONTENTS → COLUMN

# Gorillas in the Show!
December 2006

### *by Joan Gramatte*

**G**oing to the annual PhotoPlus Expo show in the Big Apple is always a treat because one gets to visit with the latest, most advanced, innovative, wise-ass-techno photog stuff available anywhere on the planet—for that weekend.

I had read an article some months back about a new gadget called the Gorillapod, and thought, what a nifty idea—a small, lightweight, super flexible tripod that can literally wrap itself around almost any object available, anywhere. Thus, allowing the photographer to catch steady and interesting angle shots in places where a traditional tripod just wouldn't do.

As a graphic designer I use my cameras for some projects, but I'm mainly a for-pleasure shooter and have a regular tripod and monopod when I need a steady shot. So, as life often intrudes upon intentions, seeking the Gorillapod moved to the back of my must-do brain coffer. Then came the show.

While hanging at the Canon pavilion I saw a guy playing with what I recognized as one of these intriguing little critters. He told me that Joby, the company that makes them, had a booth at the show. A nanosecond later I was there. The place was mobbed, but I managed to check out each of the (now) three sizes and ask about their uses with a very psyched company person.

Simple, smart idea: three molded plastic legs with ball-and-socket-type joints that bend almost 360 degrees, ring and foot grips, and a quick-release plate.

Here are the three very packable sizes available:

• The original Gorillapod is made for point-and-shoot compact digital cameras weighing up to 9.7 oz. (275 g). It retails for $21.95.

• The Gorillapod SLR is intended to support prosumer cameras, flashes, light SLRs (without zoom lenses), and compact video camcorders weighing up to 1.75 lbs. (800 g). It retails for $39.95.

• The Gorillapod SLR-Zoom is their new heavy-duty version, designed with serious photographers in mind. It attaches to SLRs (with zoom lenses), video cameras, and your own tripod head, and can support 6.6 lbs. (3 kg). It retails for $49.95.

Now, with all three (they like each others' company) in tow, I'm off to shoot the world from all sites and angles. And by the way, they're great conversation starters! (www.joby.com)



## Back to December 2006 Contents

© THE DIGITAL JOURNALIST
POWERED BY HEWLETT PACKARD



50 GIFTS UNDER $50

# Gifts Under $50: For Everyone

You don't need to know who these gifts are for just yet. Pick your favorites and you're sure to make someone happy



Mark Lund

3 of 10

**Camera Tripod**

**ThinkGeek, $22**

When there's no flat surface for a tripod, consider the lightweight and flexible Gorillapod. Screw any digital camera onto it, then wrap the bendable legs around the arm of a chair, a fence post, or any other spot. Smile.

**To Buy:** www.thinkgeek.com.

**Additional Retailers:** shopping.aol.com.

**Next** ▷

## 03 NOV | Joby Gorillapod SLR
Posted by admin as <u>Accessories</u>, <u>Digital Cameras</u>



The Joby Gorillapod SLR is the newest addition to the Gorillapod lineup. Basically, it is a flexible tripod for versatility and portability. It's very handy if you don't want to carry around a full-size tripod in your gear bag, or don't need to utilize one. The Gorillapod SLR is very easy to use, just attach the mount to the bottom of your SLR camera, slide it in, and lock it: you're good to go. We found the Gorillapod SLR very handy in cases where you can't fit a full-sized tripod, or where a smaller tripod is needed for macro/low-light shots. The SLR model is particularly light, running at 5.8oz, which won't hold down your backpack or rucksack. The Joby Gorillapod SLR is available today and can be found at Joby's website for a small $54.95, although you could just buy a full-sized tripod for not much more, we recommend this if you already own one. This one goes on the editor's choice list.

**Final Verdict**
5 out of 5 stars.

# Onboard Downtime

## Gorilla Pod

**September 05, 2006 @ 4:46 PM**



The Joby GorillaPod is a new lightweight tripod which allows you to put yourself in the picture.

Designed for smaller, lightweight cameras, its innovative design allows placement in a variety of places that traditional tripods just can't manage. The three flexible legs grip, twist and bend allowing you to use the surrounding environment …..anything from trees to ski poles to stage your perfect shot!

Each of the grippy ball & socket joints on the legs is able to bend and rotate 360 degrees. The base joints also have larger grips, so the tripod can stand in the traditional manner without slipping.

It uses the traditional 1/4-inch screw, is 150mm (5.9 inches) in height and weighs 45g (1.6oz) It retails for £19.95.

Available in most camera retailers or online at http://www.joby.com.

Case 3:07-cv-06455-SI    Document 16-8    Filed 03/28/2008    Page 22 of 37

# GORILLAPOD… THE SLR VERSION IS BORN

**Home** » **News** » **GorillaPod SLR**

### Monday 4th September 2006

An SLR version of the GorillaPod tripod has been launched in response, says maker Joby, to 'consumer demand'.

Priced £39.95 the device is a bigger version of the original model launched earlier this year for use with compact cameras.

The GorillaPod SLR features three flexible legs which are designed to 'grip, twist and bend' around supports such as rocks and trees. The ball and socket joints are built to rotate 360°.

The gadget uses a 1/4in tripod screw and can hold up to 1.1kg of gear, claims Joby.

For details view **www.joby.com**





**Fully flexible tabletop (or almost anywhere else for that matter) mini tripod**

| | |
|---|---|
| **By:** | **Doug Harman** |
| **Manufacturer:** | **Joby** |
| **Price as Reviewed:** | £ 36.95 |
| **Latest Price:** | £ **compare price** |

**Tools**



**Our score**



>> See other reviews with this score

**Your Score**



>> How would you rate this product?

# Full Review

*20 August 2006* - Earlier this year we reviewed the Gorillapod from Joby. Now 2 months on, the company has released an SLR version for the heavier camera.

Whether you opt for the smaller Gorillapod or the larger version here, the GorillapodSLR is not – as the name suggests – an MP3 player for gorillas, nor is it a pod into which you place a captured gorilla, it is in fact an extremely clever mini tripod.

And while gorillas might be found hanging around in trees, or balancing in the brush, tripods would normally not be found on such precipitous perches. But significantly for the Gorillapod, its novel design means it can cling to almost anything with, well, a gorilla-like grip. So you never know.

Each of the Gorillapod's three legs are articulated along their entire length using small ball and socket joints that allow the entire leg to move and swivel in any direction. Each articulation can rotate through 360-degress and a rubberised gripping rib rings each socket part of each joint.

Add to the ensembles rubberised feet and Gorillapod can grip on uneven, rough or vertical surfaces allowing the Gorillapod to be positioned anywhere while keeping the camera level.

Another very neat feature – but something a real gorilla, perhaps, would not have – is a quick release plate, a la professional tripods. This is a small screw plate with the main screw thread, which sits in a slot on the top. With this plate screwed into the camera's tripod bush, you can quickly attach/unattach the camera to the Gorillapod's legs without having to screw/unscrew the thing each time. It also means you don't have to have the legs dangling from the camera all the time.

Once a camera is on board a Gorillapod, you don't have to run about beating your chest, oh no. You simply squiggle the legs about or wrap them around the object you want to attach your camera to and start snapping.

You can safely stabilise your digital compact to almost any support, be it a tabletop, rock, fence post, tree branch or gorilla. Hmmm, on second thoughts, perhaps not the last one.

The DSLR version is both considerably heavier and larger than the standard compact model at it weighs in at 165g compared to just 45g. That said, the extra size and weight means that you'll be able to put much more on it - up to 1.1kg for example.

While this weight allocation is perfectly fine for digital SLRs such as the Canon 350D with heavier film-based models we found that it wasn't up for anything other than using the Gorillapod as a standard tripod.

Where the compact Gorillapod is small enough to pack in a handbag, say, or take along with you on holiday, camping, or to a party, understandably you won't be able to do the same here, more a case of fitting it your rucksack.

# Joby Press

## Shutterbug

July 2006

### TOOLS ROUNDUP — NEW PRODUCTS



Gorillapod

You might think that there is not much scope for innovation in camera tripods. You would be right. After all, the number of legs is fixed (though there are monopods, and there have even been a couple of bipods) and their sole function is to hold a camera on top (though again, some make provision for hanging it underneath). But the truth is that tripods are like James Bond movies. You know exactly what is going to happen—does anyone really think that the baddie is going to blow up the world?—but the interest lies in how well the whole thing is executed.

Besides, there are actually trends in tripod design. I spotted no fewer than four at the recent PMA show. The first is that tripods are getting both bigger and smaller. The second is that monopods are growing feet (I am not joking). The third is that carbon fiber is becoming more and more common. The fourth is increasing provision of some form of insulation to stop your hand from freezing to a cold tripod.

Bigger—and smaller?

Yes. Of course there have always been very small tripods, including tabletop, but now there are a lot more. My own belief is that many manufacturers are being rather optimistic in hoping that digicam users will stick their cameras on tripods in order to get better pictures, but many seem to believe that this is a gamble worth taking. Also, to be cynical, many mini-tripods are so cute (and so inexpensive) that people will buy them on impulse, even if they never use them. And besides, there are all kinds of "value added" at this end of the market. I had three favorites. In the order in which I saw them, they were the gorillapod, with its cleverly articulated legs so it could wrap around things; the cigar-shaped OS 60 tripod from OSN with SP5. Both the gorillapod and the OS 60 are easier to illustrate than to describe.

# Joby Press

## Playboy

July 2006




**GET THE PICTURE?**

Your digital camera may be as cute as a little monkey, but it can't hang from the trees without some help from its friends. That's when you call in the Gorillapod ($25, gorillapod.com). This tiny lightweight tripod has three adjustable legs that not only let it stand on uneven surfaces but let it cling to the nearest tree branch (or bedpost). Bear in mind that this baby is meant for cameras weighing a pound or less (i.e., digital point-and-shoots). Your SLR will have to wait for the as yet mythical Kongpod.

# National Geographic



DIGITAL CAMERAS

# Joby Gorillapod SLR Launches



Back in February we first saw the Joby Gorillapod. It is an extremely versatile tripod that can wrap around damn near anything. Joby has answered the requests of the people and released a bigger, better version of the Gorillapod designed for small camcorders and SLR cameras. The Gorillapod SLR uses the standard 1/4-inch screw and can hold up to 2.5 pounds of gadgety goodness. It retails for $49.95, but they are offering a coupon code for the Gizmodo readers. Enter the code, gizmodoSLR, and receive $5 off your Gorillapod SLR purchase. – Travis Hudson

RSS

# Giant GorillaPod climbs from the trees

07 JUL 2006



The original GorillaPod has helped us rediscover that spark that was missing between us and our digicams, and now our SLRs can benefit too with a new giant version.

The new model has the same features as the first version – flexible legs, rubberised feet – but has been beefed up to handle the extra weight of SLRs and compact camcorders.

We've already found it to be a very useful way of keeping shots steady – these shots of our new *Stuff* boat were taken with the aid of its surprisingly sturdy legs.

The new SLR model will be available in the UK later this month for around £40 – for more info go to Joby's site here.

# Outdoor Photographer

June 2006



# Macworld - Four Things to Throw in Your Camera Bag

June 2006



RSS

# Gorillapod crawls into snapping action

09 JUN 2006



**Gadget of the Day:** GorillaPod
What's this strange creature with a Pentax Optio for a head? Why, it's an ingenious new tripod that can set up shots from trees and other tricky surfaces

- 
- Previous
- 1
- Next
-

# Popular Photography

May 2006





**Joby Gorillapod Flexible Camera Tripod**
**[RETAIL: $25]**
Upon first encountering this alien camera accessory, I was instantly reminded of the BBC sci-fi cult series *The Tripods*, in which three-legged extraterrestrial robots enslaved humanity. Thankfully, the Gorillapod is significantly less threatening; in fact, it's a handy accessory for the photographer on the go. The molded plastic legs bend and twist almost 360 degrees at every joint, making almost any position possible, and its grip is firm enough to hang from a tree limb, door handle, or railing. Be warned: Don't use this with anything heavier or more expensive than an ordinary pocket digicam (the lighter, the better), as some positions can compromise the Gorillapod's ability to cling to its perch. Equally distribute the weight, and your new one-eyed, three-legged alien overlord will help you get that perfect shot. **-- Thomas Fugelsang**
**[RATING: 7/10] [** joby.com **]**

Case 3:07-cv-06455-SI      Document 16-8      Filed 03/28/2008      Page 35 of 37



Because I never know when I'm going to stumble across the perfect shot, I carry a compact digital camera with me just about wherever I go. What I don't carry with me is a tripod. The fact is, I've never found one that makes the daily trouble seem worthwhile. Most compact tripods either come with spindly legs that don't offer enough stability or come with sturdy legs that can't adapt to uneven surfaces.

But while walking the floor at PMA this week, I've found two intriguing solutions to this problem. I've already talked about the MonsterPod, a malleable putty that can stick to just about any solid surface. Today I have the GorillaPod by Joby (pictured above). This $22 tripod features sturdy, bendable legs that can adjust to craggy surfaces or wrap around nearby objects. Each leg features nine ball-socket joints, each of which can rotate 360 degrees. For easy setup, you can keep a slim clip screwed into your camera's tripod adapter and then slide the clip into a slot at the top of the GorillaPod when you need to stabilize your shot. A lock ring prevents the camera from slipping out.

# New York Times

by John Biggs - February 23, 2006

## THE NEW YORK TIMES, THURSDAY, FEBRUARY 23, 2006



## A Friendly Gorilla Has Legs To Keep Your Camera From Blurring Your Shots

Browse a photo album by any beginning photographer and you're likely to see blurry shots. The Joby Gorillapod, a 1.59-ounce tripod, can help budding photographers get a steady shot.

The Gorillapod is malleable and as cute as a chimp. Each of the three legs bends and twists in different ways, allowing you to attach a lightweight camera to anything and everything to grab a picture from an interesting angle.

You can use it to hang the camera from a tree — gorilla-style — or wrap it around a railing for group shots. The tripod, available online (**gorillapod .com**) for $24.95, has rubberized feet, a quick-release connector and a ring that locks the camera to the tripod.

Made primarily for smaller point-and-shoot cameras that weigh a pound or less, the Gorillapod won't help you focus or figure out what white balance is, but it can keep a camera steady in places where traditional tripods can't. And a model for camcorders and larger cameras will be available soon.

*JOHN BIGGS*

Case 3:07-cv-06455-SI      Document 16-8      Filed 03/28/2008      Page 37 of 37

# Joby Gorillapod: Versatile Tripod



The gorillapod in its natural habitat

Joby's Gorillapod is a tripod designed for smaller, lightweight cameras that allows placement in a variety of places that traditional tripods just can't manage. The tripod allows you to utilize the environment around you with the three flexible legs that can wrap around a variety of objects.

Each of the grippy joints on the legs are able to bend and rotate 360 degrees. The base joints also have larger grips so the tripod can stand in the traditional manner without any slippage. It uses the traditional 1/4-inch screw and only weighs 1.5 ounces. Available for $25 through the Gorillapod website.