# Exhibit H

















