CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
RACHAEL G. SAMBERG (CSB NO. 223694)
rsamberg@fenwick.com
KIMBERLY I. CULP (CSB NO. 238839)
kculp@fenwick.com
SALAM RAFEEDIE (CSB NO. 250191)
srafeedie@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   (650) 988-8500
Facsimile:    (650) 938-5200

Attorneys for Plaintiff
JOBY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOBY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TOCAD AMERICA, INC.,<br><br>Defendant. | Case No. 3:07-CV-06455 (SI)<br><br>**PROOF OF SERVICE OF PLAINTIFF JOBY, INC.'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date:        May 2, 2008<br>Time:       2:00 p.m.<br>Courtroom: 10, 19th Floor<br>**The Honorable Susan Illston** |

The undersigned declares as follows:

I am a citizen of the United States and employed in Santa Clara County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, Silicon Valley Center, 801 California Street, Mountain View, CA 94041. On the date set forth below, I served a copy of the following document(s):

///

///

1. **PLAINTIFF JOBY, INC.'S NOTICE OF MOTION AND MOTION FOR A PRELIMINARY INJUNCTION;**

2. **DECLARATION OF JOEBEN BEVIRT IN SUPPORT OF JOBY, INC.'S MOTION FOR A PRELIMINARY INJUNCTION;**

3. **EXHIBIT E TO THE BEVIRT DECLARATION: ONE JOBY GORILLAPOD;**

4. **DECLARATION OF KEN MINN IN SUPPORT OF JOBY, INC.'S MOTION FOR A PRELIMINARY INJUNCTION;**

5. **DECLARATION OF MELISSA BURNS IN SUPPORT OF JOBY, INC.'S MOTION FOR A PRELIMINARY INJUNCTION;**

6. **DECLARATION OF ALEX WADDELL IN SUPPORT OF JOBY, INC.'S MOTION FOR A PRELIMINARY INJUNCTION;**

7. **DECLARATION OF VIRGINIA K. DEMARCHI IN SUPPORT OF JOBY, INC.'S MOTION FOR A PRELIMINARY INJUNCTION;**

8. **DECLARATION OF JOEL MELAMED IN SUPPORT OF JOBY, INC.'S MOTION FOR A PRELIMINARY INJUNCTION;**

9. **[PROPOSED] ORDER GRANTING JOBY, INC.'S MOTION FOR A PRELIMINARY INJUNCTION; and**

10. **PROOF OF SERVICE OF PLAINTIFF JOBY, INC.'S MOTION FOR A PRELIMINARY INJUNCTION**

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

Michael Warnecke, Esq.
Perkins Coie
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559

☐ **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

☐ **BY OVERNIGHT COURIER:** by placing the document(s) listed above in a sealed envelope with a prepaid shipping label for express delivery and causing such envelope to be transmitted to an overnight delivery service for delivery by the next business day in the ordinary course of business.

PROOF OF SERVICE
CASE NO. 3:07-CV-06455 (SI)

2

1  ☐ **BY FACSIMILE:** by causing to be transmitted via facsimile the document(s) listed
2  above to the addressee(s) at the facsimile number(s) set forth above.

3  ☐ **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above.

4  ☒ **BY PERSONAL DELIVERY:** by causing to be personally delivered the document(s) listed above to the addressee(s) at the address(es) set forth above.

5

6  I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

7  Date: March 28, 2008                                    _____
8                                                                          Betti Walrod

PROOF OF SERVICE
CASE NO. 3:07-CV-06455 (SI)

3