CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
RACHAEL G. SAMBERG (CSB NO. 223694)
rsamberg@fenwick.com
KIMBERLY I. CULP (CSB NO. 238839)
kculp@fenwick.com
SALAM RAFEEDIE (CSB NO. 250191)
srafeedie@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  (650) 988-8500
Facsimile:  (650) 938-5200

Attorneys for Plaintiff
JOBY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOBY, INC.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TOCAD AMERICA, INC.,<br><br>　　　　　　Defendant. | Case No. 3:07-CV-06455 (SI)<br><br>**DECLARATION OF VIRGINIA K. DEMARCHI IN SUPPORT OF JOBY, INC.'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date:　　　May 2, 2008<br>Time:　　　2:00 p.m.<br>Courtroom: 10, 19th Floor<br>**The Honorable Susan Illston** |

I, Virginia K. DeMarchi, declare as follows:

1. I am partner with the law firm of Fenwick & West LLP and counsel to plaintiff Joby, Inc. ("Joby"). I make this declaration based upon my personal knowledge, and if called upon to testify, could and would testify competently to the matters set forth below.

2. Attached hereto as Exhibit A is a true and correct copy of the report available from the LexisNexis service regarding the Delaware Secretary of State filing for Tocad America, Inc.

DeMARCHI DECL. ISO OF JOBY'S MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 3:07-CV-06455 (SI)

1

1    3.    Attached hereto as <u>Exhibit B</u> is a true and correct copy the current home page on Tocad's website, www.tocad.com.

4.    Attached hereto as <u>Exhibit C</u> is a true and correct copy of the Business Information Report for Tocad America, Inc., available from Dun & Bradstreet on March 20, 2008.

5.    On April 7, 2007, Joby received a letter from Michael Warnecke, counsel for Tocad. Mr. Warnecke threatened legal action for what he perceived were false allegations by Joby concerning its intellectual property rights. A true and correct copy of this letter is attached hereto as <u>Exhibit D</u>.

6.    On April 18, 2007, my colleague Charlene Morrow responded to Mr. Warnecke's letter of April 7. A true and correct copy of this letter is attached hereto as <u>Exhibit E</u>.

7.    On June 14, 2007, Ms. Morrow again wrote to Mr. Warnecke to inform him that several of Tocad's retailers were using images of Joby's Gorillapod to sell Tocad's tripod, and to demand an end to this activity. A true and correct copy of this letter is attached hereto as <u>Exhibit F</u>.

8.    In a letter to Ms. Morrow on July 10, 2007, Mr. Warnecke denied Tocad's responsibility for or control over the activities of its retailers. A true and correct copy of this letter is attached hereto as <u>Exhibit G</u>.

9.    On September 6, 2007, Ms. Morrow again wrote to Mr. Warnecke regarding Tocad's and its distributors' and retailers' use of images of the Gorillapod in connection with advertisements for the FlexPod. A true and correct copy of this letter is attached hereto as <u>Exhibit H</u>.

10.    On October 1, 2007, my colleague Rachael Samberg sent a letter to Photographic Research Organization, Inc. ("PRO"), a retailer that carries the Tocad FlexPod, demanding that PRO cease marketing and selling the FlexPod. Ms. Samberg noted that the FlexPod infringed on Joby's trade dress rights and Joby's rights against unfair competition. A true and correct copy of this letter is attached hereto as <u>Exhibit I</u>.

11.    On October 3, 2007, Ms. Morrow again wrote to Mr. Warnecke and informed him that Joby would be willing to confer about Tocad designing around the Joby portfolio of patents

1  and other rights. A true and correct copy of this letter is attached hereto as <u>Exhibit J</u>.

2     12. On October 4, 2007, Mr. Warnecke wrote to Ms. Samberg and Ms. Morrow in two
3  separate letters. In the letter to Ms. Morrow, Mr. Warnecke complained about having received
4  two letters from my firm – one addressed to PRO and one addressed to Tocad. In neither letter
5  did Tocad agree to or propose any modifications of its product design to avoid confusion with the
6  Gorillapod. True and correct copies of these letters are attached as <u>Exhibit K</u> and <u>Exhibit L</u> to
7  this declaration.

8     13. On December 21, 2007, following Tocad's release of the FlexPod Plus, I wrote a
9  letter to Mr. Warnecke informing him of the publication of Joby's patent applications and
10  enclosing a courtesy copy of Joby's complaint for trade dress infringement and unfair competition
11  in this matter. A true and correct copy of this letter, without the complaint, is attached hereto as
12  <u>Exhibit M</u>.

13     14. At Tocad's request, Mr. Warnecke and I arranged a meeting to discuss whether it
14  would be possible to resolve Joby's complaint without further litigation. The parties and their
15  counsel met to discuss the dispute in mid-February of 2008. Counsel for the parties have engaged
16  in extensive correspondence and telephone communications since that meeting, in an attempt to
17  achieve a satisfactory resolution to the dispute. Those efforts failed and settlement discussions
18  ended on March 14, 2008.

19     15. Attached hereto as <u>Exhibit N</u> are images showing a flexible monopod downloaded
20  from the web site http://www.twistipod.com/tpod_files/pics/pics.htm, and a flexible tripod
21  downloaded from the web site http://images.aandhmarketing.com/pics/topbrand/hqafmt.jpg.

22     16. Attached hereto as <u>Exhibit O</u> is a collection of images obtained from a search of
23  "Google Images" (<u>http://images.google.com</u>) using the search terms "ball and socket."

24     17. Attached hereto as <u>Exhibit P</u> is a copy of the first 10 results returned from a search
25  of the Google web site using the search terms "flexible tripod."

26     18. Attached hereto as <u>Exhibit Q</u> is a screen capture from the web site
27  <u>www.windthefrog.net</u> showing a posting on February 13, 2008, captioned "Gorilla Pod Test."
28  / / /

DEMARCHI DECL. ISO OF JOBY'S MOTION FOR PRELIMINARY INJUNCTION   3
CASE NO. 3:07-CV-06455 (SI)

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 28th day of March, 2008, in Mountain View, California.

                                                      */s/ Virginia K. DeMarchi*
                                                      Virginia K. DeMarchi

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

DEMARCHI DECL. ISO OF JOBY'S MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 3:07-CV-06455 (SI)                                                                    4