# Exhibit A



# Delaware Secretary of State Gateway

This data is for information purposes only, certification can only be obtained through the Division of Corporations, or from a Delaware Registered Agent's office located within the State of Delaware.

[Source Info](#)

## Detail Information

**Date/Time of Results:** 03-14-2008 at 16:04

**File Number:** 2143374

**Name:** TOCAD AMERICA INC.

**Kind:** Corporation General

**Residency:** Domestic

**Original Country:**

**Proclamation Date:**

**Bankruptcy Status:**

**Case Number:**

**Federal ID:** 510305030

**Registered Agent:** 9000012
THE PRENTICE-HALL CORPORATION SYSTEM, INC.
2711 CENTERVILLE ROAD
SUITE 400
WILMINGTON , DE19808

**Name Type:** Delaware Company

**Status:** Good Standing as of 11-12-1987

**State of Incorp:** DE

**Incorp/Qualify Date:** 11-12-1987

**Renewal Date:**

**Bankruptcy Date:**

**Merged To:**

**Quarterly Filing?:**

**Registered Agent County:** New Castle

**Phone:** 302-636-5400

**Fax:** 302-636-5454

**Stock Co Flag:** Stock Company

**Tax Type:** A/R Filing Required

**Country:** US

**Foreign Incorporation Date:**

**Expiration Date:**

**State:**

**State:**

**Last Annual Report:** 2007

| Stock Information: | | | | | |
|---|---|---|---|---|---|
| **Amendment Number:** 000   **Effective Date:** 11-12-1987   **Effective Time:** 09:00 | | | | | |
| **Stock Seq Number** | **Description** | **Series** | **Class** | **Authorized** | **Par Value** |
| 1 | COMMON | | | 200 | |

| Filing History: | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Seq Number** | **Filing Year** | **Doc Code** | **Doc Code Desc** | **Doc Pages** | **Dom Pages** | **Doc Filing Date** | **Doc Filing Time** | **Doc Effective Date** | **Doc Filing Status** | **Co Prev Name** | **Merger Type** |
| 1 | 1989 | 0134 | Change of Agent Address | 0 | | 10-27-1989 | 16:30 | 10-27-1989 | | | |
| 2 | 1987 | 0102S | Incorp Delaware Stock Co. | 3 | | 11-12-1987 | 09:00 | 11-12-1987 | | | |

| Tax Info: | | | | | | | |
|---|---|---|---|---|---|---|---|
| **As Of Date:** 03-14-2008  **Tax Balance:** .00 | | | | | | | |
| **Tax Year** | **Total Filing** | **Total Taxes** | **Total Penalty** | **Total Interest** | **Total Other** | **Total Paid** | **Total Balance** |
| 2007 | 25.00 | 35.00 | .00 | .00 | .00 | 60.00 | .00 |
| 2006 | 25.00 | 35.00 | 100.00 | 6.08 | .00 | 166.08 | .00 |
| 2005 | 25.00 | 35.00 | .00 | .00 | .00 | 60.00 | .00 |

Go Back

Go Back to Search

About LexisNexis | Terms and Conditions | Change Password
Copyright © 2008 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.
Delaware graphic courtesy of The General Libraries, The University of Texas at Austin.