# Exhibit B

# ToCAD America Inc.

Home

Hakuba

Sunpak

Velbon

Service

About Us

Contact Us

# Hakuba · Sunpak · Velbon

Welcome to ToCAD America Inc. We are proud to offer the most innovative products available. Some of our newest products include our Sunpak digital photo frames with great image quality, contrast and color make them stand above the competition. The new Sunpak PZ42X flash for Canon and Nikon DSLR cameras makes your great camera even better with bounce and swivel head, wide angle diffuser and easy to use controls. When it comes to tripods, our new line of Sunpak Tri-Monopods incorporated a monopod into a tripod for a 2 in 1 solution. Our new line of Sunpak carbon fiber tripods make it affordable to move up to light weight carbon fiber without blowing your budget. Thank you for visiting and just to let you know we will be updating the content on a daily basis so visit often!



**Sunpak 10.4" Digital Frame**



**Sunpak PZ42X Digital Flash**



**Sunpak 9002TM Tri-Monopod**



**Sunpak 623P Carbon Fiber Tripod**