# Exhibit C



# Business Information Report

To save report(s) to your PC, click here for instructions.     📄 Print this Report

View interactive format: web links, parent company hot links, SEC filings and more.

Copyright 2008 Dun & Bradstreet - Provided under contract for the exclusive use of subscriber 022010029L

ATTN: **25933-00402/virginiademarchi**     Report Printed: MAR 20 2008
**In Date**

**BUSINESS SUMMARY**

**TOCAD AMERICA (INC)**
   (FOREIGN PARENT IS TOCAD ENERGY CO LTD, TOKYO, JAPAN.)
     SUNPAK DIVISION
     ZERO HALLIBURTON CASES
     G E SANYO LITHIUM BATTERIES
53 Green Pond Rd Ste 5
Rockaway, NJ 07866



**Rating Change**

| | | | |
|---|---|---|---|
| This is a **headquarters (subsidiary)** location. Branch(es) or division(s) exist. | | **D-U-N-S Number:** | 18-361-2019 |
| **Web site:** | www.tocad.com | **D&B Rating:** | **1R3** Formerly **1R2** |
| **Telephone:** | 973 627-9600 | **Number of employees:** | 1R is **10 or more** employees. |
| **Chief executive:** | TAKESHI FUJIKAWA,CHB | **Composite credit appraisal:** | 3 is **fair**. |
| **Year started:** | 1987 | **D&B PAYDEX®:** | |
| **Employs:** | 42 (UNDETERMINED here) | **12-Month D&B PAYDEX: 79** When weighted by dollar amount, payments to suppliers average 2 days beyond terms. | |
| **History:** | CLEAR | | |
| **Financing:** | SECURED | | |
| **SIC:** | 5043 3691 5063 | | |
| **Line of business:** | Whol photo equip/supply, mfg storage batteries, whol electrical equip | Based on trade collected over last 12 months. | |



NEW! Enhanced payment trends and industry benchmarks are available on this business

**SUMMARY ANALYSIS**

**D&B Rating:**              1R3
   **Number of employees:**     1R indicates **10 or more** employees.
   **Composite credit appraisal:** 3 is **fair**.

The 1R and 2R ratings categories reflect company size based on the total number of employees for the business. They are assigned to business files that do not contain a current financial statement. In 1R and 2R Ratings, the 2, 3, or 4 creditworthiness indicator is based on analysis by D&B of public filings, trade payments, business age and other important factors. 2 is the highest Composite Credit Appraisal a company not supplying D&B with current financial information can receive. For more information, see the D&B Rating Key.

Below is an overview of the company's rating history since 01/01/91:

| D&B Rating | Date Applied |
|---|---|
| 1R3 | 07/25/06 |
| 1R2 | 04/18/03 |
| 3A1 | 06/27/01 |
| 1R2 | 05/31/97 |
| 1R3 | 02/27/97 |
| -- | 10/25/96 |
| 1R3 | 08/30/95 |
| -- | 01/01/91 |

The Summary Analysis section reflects information in D&B's file as of March 17, 2008.

**NEW!**     Have TOCAD AMERICA (INC)'s payment habits changed over time?

A Payment Trends Profile will show you - View Now

**CUSTOMER SERVICE**

If you have questions about this report, please call our Customer Resource Center at 1.800.234.3867 from anywhere within the U.S. If you are outside the U.S. contact your local D&B office.

*** Additional Decision Support Available ***

Additional D&B products, monitoring services and specialized investigations are available to help you evaluate this company or its industry. Call Dun & Bradstreet's Customer Resource Center at 1.800.234.3867 from anywhere within the U.S. or visit our website at www.dnb.com.

**HISTORY**

The following information was reported **05/26/2007**:

**Officer(s):**     TAKESHI FUJIKAWA, CHB
           RICHARD DARROW, PRES
           MITSUHIRO MATSUMOTO, V PRES-TREAS

**DIRECTOR(S):**     THE OFFICER(S)

Business started 1987. 100% of capital stock is owned by the parent company.

TAKESHI FUJIKAWA born 1964. 1985-present active here.

RICHARD DARROW born 1938. 1988-present active here. 1980-1987 was the President of Berkey Marketing Inc, Woodside, NY. 1964-1980 employed by Polaroid Corporation for 15 years.

MITSUHIRO MATSUMOTO born 1947. 1994-present active here. 1961-1984 employed by Morito Company, Osaka, Japan. 1984-1994 employed by Kane-M (a subsidiary of Morito Company), East Rutherford, NJ.

**CORPORATE FAMILY**

Click below to buy a Business Information Report on that family member.
For an expanded, more current corporate family view, use D&B's Global Family Linkage product.

**Subsidiaries (US):**

Hakuba USA Inc                Parsippany, NJ                DUNS # 08-812-6776

**BUSINESS REGISTRATION**

CORPORATE AND BUSINESS REGISTRATIONS PROVIDED BY MANAGEMENT OR OTHER SOURCE

The Corporate Details provided below may have been submitted by the management of the subject business and may not have been verified with the government agency which records such data.

**Registered Name:**    Tocad America (Inc)

| | | | |
|---|---|---|---|
| **Business type:** | CORPORATION | **Common stock** | |
| **Corporation type:** | PROFIT | Authorized shares: | 200 |
| **Date incorporated:** | NOV 10 1987 | Par value: | NO PAR VALUE |
| **State of incorporation:** | DELAWARE | | |

**Where filed:**    Secretary of State, Dover, DE

**OPERATIONS**

05/26/2007

**Description:** Foreign parent is Tocad Energy Co LTD, Tokyo, Japan. Foreign parent duns number is 69-167-8791. Parent company started in 1971. Parent company operates as a manufacturer of photographic lighting systems and battery assembler. Parent company owns 100% of capital stock. Parent also has subsidiaries in Hong Kong, Main Land China and Taiwan.

Wholesales photographic equipment or supplies and cameras, projectors, equipment or supplies (70%). Manufactures storage batteries (15%). Wholesales electrical apparatus and equipment, specializing in batteries (15%).

Has 1,700 account(s). Terms are net 30 days. Sells to retailers. Territory : International.

Nonseasonal.

**Employees:** 42 which includes officer(s). UNDETERMINED employed here.

**Facilities:** Leases 35,000 sq. ft. in a one story brick building.

**Location:** Industrial section on well traveled street.

**Subsidiaries:** This business has one subsidiary.

Hakuba Usa, Los Alamitos, CA. Acquired 2003. Duns number 08-812-6776.

**SIC & NAICS**

| **SIC:** | **NAICS:** |
|---|---|
| Based on information in our file, D&B has assigned this | 423410  Photographic Equipment and Supplies Merchant |

company an extended 8-digit SIC. D&B's use of 8-digit SICs enables us to be more specific to a company's operations than if we use the standard 4-digit code.

The 4-digit SIC numbers link to the description on the Occupational Safety & Health Administration (OSHA) Web site. Links open in a new browser window.

| | |
|---|---|
| 50430000 | Photographic equipment and supplies |
| 50430202 | Photographic cameras, projectors, equipment and supplies |
| 36910000 | Storage batteries |
| 50630600 | Batteries |

| | Wholesalers |
|---|---|
| 423410 | Photographic Equipment and Supplies Merchant Wholesalers |
| 335911 | Storage Battery Manufacturing |
| 423610 | Electrical Apparatus and Equipment, Wiring Supplies and Related Equipment Merchant Wholesalers |

**D&B PAYDEX**

NEW! Enhanced payment trends and industry benchmarks are available on this business

The D&B PAYDEX is a unique, dollar weighted indicator of payment performance based on up to 37 payment experiences as reported to D&B by trade references.

**3-Month D&B PAYDEX: 79**
When weighted by dollar amount, payments to suppliers average 2 days beyond terms.



Based on trade collected over last 3 months.

**12-Month D&B PAYDEX: 79**
When weighted by dollar amount, payments to suppliers average 2 days beyond terms.



Based on trade collected over last 12 months.

When dollar amounts are not considered, then approximately 94% of the company's payments are within terms.

**PAYMENT SUMMARY**

The Payment Summary section reflects payment information in D&B's file as of the date of this report.

Below is an overview of the company's dollar-weighted payments, segmented by its suppliers' primary industries:

| | Total Rcv'd (#) | Total Dollar Amts ($) | Largest High Credit ($) | Within Terms (%) | Days Slow (%) | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | <31 | 31-60 | 61-90 | 90> |
| **Top industries:** | | | | | | | | |
| Trucking non-local | 10 | 94,350 | 90,000 | 51 | 49 | - | - | - |
| Nonclassified | 5 | 9,200 | 7,500 | 100 | - | - | - | - |
| Telephone communictns | 4 | 5,500 | 2,500 | 100 | - | - | - | - |
| Whol electronic parts | 3 | 56,000 | 45,000 | 99 | - | 1 | - | - |
| Misc business credit | 2 | 1,000 | 1,000 | 100 | - | - | - | - |
| Whol appliances | 1 | 2,000,000 | 2,000,000 | 100 | - | - | - | - |
| Arrange cargo transpt | 1 | 10,000 | 10,000 | 100 | - | - | - | - |
| Whol service paper | 1 | 2,500 | 2,500 | 100 | - | - | - | - |
| Ret computer/software | 1 | 1,000 | 1,000 | 100 | - | - | - | - |
| Data processing svcs | 1 | 1,000 | 1,000 | 100 | - | - | - | - |
| OTHER INDUSTRIES | 7 | 1,350 | 500 | 100 | - | - | - | - |
| **Other payment categories:** | | | | | | | | |

| | | | |
|---|---|---|---|
| Cash experiences | 1 | 0 | 0 |
| Payment record unknown | 0 | 0 | 0 |
| Unfavorable comments | 0 | 0 | 0 |
| **Placed for collections:** | | | |
| With D&B | 0 | 0 | |
| Other | 0 | N/A | |
| Total in D&B's file | 37 | 2,181,900 | 2,000,000 |

The highest **Now Owes** on file is $45,000

The highest **Past Due** on file is $15,000

D&B receives over 600 million payment experiences each year. We enter these new and updated experiences into D&B Reports as this information is received.

| | |
|---|---|
| **NEW!** **How does TOCAD AMERICA (INC)'s payment record compare to its industry?** | |
| A Payment Trends Profile will show you - View Now | |

**PAYMENT DETAILS**

**Detailed Payment History**

| Date Reported (mm/yy) | Paying Record | High Credit ($) | Now Owes ($) | Past Due ($) | Selling Terms | Last Sale Within (months) |
|---|---|---|---|---|---|---|
| 03/08 | Ppt | | 0 | 0 | | 6-12 mos |
| | Ppt | 100 | 0 | 0 | N30 | 1 mo |
| 02/08 | Ppt | 45,000 | 45,000 | 0 | N30 | 1 mo |
| | Ppt | 10,000 | 0 | 0 | | 6-12 mos |
| | Ppt | 2,500 | 1,000 | 0 | | 1 mo |
| | Ppt | 1,000 | 1,000 | 0 | | 1 mo |
| | Ppt | 1,000 | 0 | 0 | | 1 mo |
| | Ppt | 1,000 | 0 | 0 | | 6-12 mos |
| | Ppt | 500 | 0 | 0 | N15 | 6-12 mos |
| | Ppt | 500 | 0 | 0 | | 1 mo |
| | Ppt | 500 | 0 | 0 | N15 | 6-12 mos |
| | Ppt | 500 | 0 | 0 | | 1 mo |
| | Ppt | 250 | 0 | 0 | | 6-12 mos |
| | Ppt | 250 | 0 | 0 | N15 | 6-12 mos |
| | Ppt | 250 | 0 | 0 | N30 | 1 mo |
| | Ppt | 250 | 0 | 0 | N15 | 6-12 mos |
| | Ppt | 0 | 0 | 0 | | 1 mo |
| | Ppt-Slow 30 | 90,000 | 35,000 | 15,000 | N15 | 1 mo |
| 01/08 | Ppt | 7,500 | 5,000 | 0 | | 1 mo |
| | Ppt | 1,000 | 500 | 0 | | 1 mo |
| | Ppt | 1,000 | 750 | 0 | | 1 mo |
| | Ppt | 100 | 0 | 0 | | 4-5 mos |
| 12/07 | Ppt | 2,000,000 | 0 | 0 | | 6-12 mos |
| 11/07 | Ppt-Slow 60 | 1,000 | 1,000 | 500 | | 1 mo |
| 10/07 | Ppt | 1,000 | 1,000 | 0 | | 1 mo |
| | Ppt | 500 | 0 | 0 | | 6-12 mos |

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/07 | Slow 15 | 1,000 | 0 | 0 | | 6-12 mos |
| 08/07 | Slow 30 | 500 | 0 | 0 | | 6-12 mos |
| 04/07 | Ppt | 1,000 | 0 | 0 | | 6-12 mos |
| | Ppt | 0 | 0 | | | 1 mo |
| 03/07 | Ppt | 50 | 0 | 0 | | 6-12 mos |
| 02/07 | Ppt | 100 | 0 | 0 | N30 | 6-12 mos |
| | Ppt | 50 | 0 | 0 | | 6-12 mos |
| 10/06 | Ppt | 10,000 | 0 | 0 | N30 | 6-12 mos |
| 08/06 | Ppt | 2,500 | 0 | 0 | | 6-12 mos |
| 07/06 | Ppt | 1,000 | 0 | 0 | | 6-12 mos |
| 05/06 | (037) | 0 | | | Sales COD | 6-12 mos |

Payment experiences reflect how bills are met in relation to the terms granted. In some instances payment beyond terms can be the result of disputes over merchandise, skipped invoices etc.

Each experience shown is from a separate supplier. Updated trade experiences replace those previously reported.

**NEW!** **How does TOCAD AMERICA (INC)'s payment record compare to its industry?**
A Payment Trends Profile will show you - View Now

**FINANCE**

**05/26/2007**

On July 25, 2006, attempts to contact the management of this business have been unsuccessful. Outside sources confirmed operation and location.

**PUBLIC FILINGS**

The following Public Filing data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

**UCC FILINGS**

| | |
|---|---|
| **Collateral:** | Inventory including proceeds and products - Account(s) including proceeds and products - Assets including proceeds and products - Oil, gas and minerals including proceeds and products - and OTHERS |
| **Type:** | Original |
| **Sec. party:** | COMMERCE BANK/NORTH, RAMSEY, NJ |
| **Debtor:** | TOCAD AMERICA INC. |
| **Filing number:** | 4237357 1 |
| **Filed with:** | SECRETARY OF STATE/UCC DIVISION, DOVER, DE |
| **Date filed:** | 08/19/2004 |
| **Latest Info Received:** | 09/16/2004 |

| | |
|---|---|
| **Collateral:** | Inventory and proceeds - Equipment and proceeds |
| **Type:** | Original |
| **Sec. party:** | HIRSCH, WILLIAM, MORRISTOWN, NJ HIRSCH, BERIT C/O WILLIAM HIRSCH, MORRISTOWN, NJ |
| **Debtor:** | TOCAD AMERICA, INC. |
| **Filing number:** | 21752162 |
| **Filed with:** | SECRETARY OF STATE/UCC DIVISION, TRENTON, NJ |
| **Date filed:** | 03/17/2003 |
| **Latest Info Received:** | 09/08/2003 |

| | |
|---|---|
| **Collateral:** | Business machinery/equipment - Leased Equipment and proceeds |
| **Type:** | Original |
| **Sec. party:** | DE LAGE LANDEN FINANCIAL SERVICES, INC., WAYNE, PA |
| **Debtor:** | TOCAD AMERICA, INC |
| **Filing number:** | 20857745 |
| **Filed with:** | SECRETARY OF STATE/UCC DIVISION, TRENTON, NJ |
| **Date filed:** | 02/01/2002 |
| **Latest Info Received:** | 02/28/2002 |

The public record items contained in this report may have been paid, terminated, vacated or released prior to the date this report was printed.

Copyright 2008 Dun & Bradstreet - Provided under contract for the exclusive use of subscriber 022010029L