# Exhibit E

# FENWICK & WEST LLP

SILICON VALLEY CENTER   801 CALIFORNIA STREET   MOUNTAIN VIEW, CA 94041
TEL 650.988.8500   FAX 650.938.5200   WWW.FENWICK.COM

April 18, 2007

CHARLENE M. MORROW

EMAIL CMORROW@FENWICK.COM
DIRECT DIAL (650) 335-7155

### VIA FACSIMILE AND U.S. MAIL

Michael O. Warnecke
Perkins Coie
131 South Dearborn Street, Suite 1700
Chicago, Illinois 60603-5559

Re:   *Joby Gorillapod*

Dear Mr. Warnecke:

I write in response to your letter of April 7, 2007. We have been retained to represent Joby in this matter. Please direct any further communications to us directly.

We are unaware of any comments made by anyone within the company that would be actionable. First, your assumption regarding the status of Joby's patent applications is incorrect. Joby currently has a number of U.S. patent applications on file that relate to the Gorillapod. In addition, Joby has filed applications for several international patents that also relate to the Gorillapod.

Second, as I am sure you know, it is appropriate for a company to describe its invention as "patent pending" when there is indeed a patent application or applications on file with the PTO. (*See, e.g.,* the PTO's website, discussing the use of these terms; it can be found at http://www.uspto.gov/web/offices/pac/doc/general/faq.htm).

Joby takes it obligations seriously; should you believe that any comments have occurred that go beyond fair comment on pending patent applications, please provide us with as much information as possible about the date of the communication, the identity of the speaker, and the name of the customer to whom the comment was addressed. Otherwise, if we do not hear further from you, we will assume that this issue has been resolved by our response.

Sincerely,

Charlene M. Morrow