# Exhibit F

# FENWICK & WEST LLP

SILICON VALLEY CENTER   801 CALIFORNIA STREET   MOUNTAIN VIEW, CA 94041
TEL 650.988.8500   FAX 650.938.5200   WWW.FENWICK.COM

June 14, 2007

CHARLENE M. MORROW

EMAIL CMORROW@FENWICK.COM
DIRECT DIAL (650) 335-7155

## VIA FACSIMILE AND U.S. MAIL

Michael Warnecke
Perkins Coie LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603

Re:   Joby *Gorillapod*

Dear Mr. Warnecke:

Thank you for your responsive letter dated May 5, 2007. While we appreciate your interest in Joby's patent applications, we do not see any advantage that would come from sharing their confidential patent applications with you. Please feel free to examine them once they become publicly available.

Furthermore, it has come to our attention that several companies are using images of Joby's Gorillapod in order to sell Tocad's Flexpod. While we intend to investigate this matter further, at this time we have identified the following companies as using images of Joby's Gorillapod to sell Tocad's Flexpod: DBL Distributors, Buy.com, M Z Photo, Cameta Camera, Pogomall.com and Mel Pierce Camera.

As we are sure you are aware, using photos of the Gorillapod in order to sell Tocad's Flexpod constitutes false advertising under § 43(a) of the Lanham Act, violates California's laws against unfair competition under § 17200 et seq. of California's Bus. and Prof. Code and constitutes "passing off" under the common laws of California many other states. The fact that all of the companies listed above are using the same image of Joby's Gorillapod to sell Tocad's Flexpod raises the question of whether these companies are getting this image from Tocad. If Tocad is responsible for providing the image of Joby's Gorillapod to companies in order to sell its Flexpod, we insist that it cease this practice immediately and inform us once it has done so.

Sincerely,

Charlene M. Morrow