# Exhibit G



Michael O. Warnecke
PHONE: (312) 324-8549
EMAIL: MWarnecke@perkinscoie.com

131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559
PHONE: 312.324.8400
FAX: 312.324.9400
www.perkinscoie.com

July 10, 2007

**VIA FACSIMILE AND U.S. MAIL**

Charlene M. Morrow
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041

**Re:    Joby Gorillapod**

Dear Charlene:

I am responding to your June 14, 2007, letter. We understand you do not wish to provide us with copies of your client's patent applications. As I mentioned in my April 7, 2007, letter to your client, comments have been made to Tocad's customers and potential customers regarding alleged patent protection by Joby. More specifically, and by way of example, Joby representatives have told Jeff Neal (PRO Group – Fairfield, CT) and Sol Salamon (B&H Photo – NYC) that Tocad is violating Joby's patent rights. Obviously, this is untrue because by your own admission, Joby does not now have any U.S. patent protection on its Gorillapod unit. Thus, we request such comments cease unless and until any patent protection is obtained.

Concerning your comments on various companies using Joby's Gorillapod to sell Tocad's Flexpod units, we respond as follows. Tocad has not sold to nor does it have any orders for Flexpod units from Buy.com, M Z Photo or Pogomall.com. Mel Pierce Camera, while a current customer of Tocad, has not ordered nor purchased any Flexpod units. Tocad has sold Flexpod

LEGAL13377482.1

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES
MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.

Perkins Coie LLP and Affiliates

Charlene M. Morrow
July 10, 2007
Page 2


units to Cameta Camera and DBL Distributors, but Tocad has not authorized, directed or in any other way requested that any of its customers use Joby's Gorillapod images to assist in selling Tocad's Flexpod units.

Very truly yours,

Michael O. Warnecke

MOW:ps

cc:   Richard Darrow