# Exhibit H

**FENWICK & WEST LLP**

SILICON VALLEY CENTER   801 CALIFORNIA STREET   MOUNTAIN VIEW, CA 94041
TEL 650.988.8500   FAX 650.938.5200   WWW.FENWICK.COM

September 6, 2007

CHARLENE M. MORROW

EMAIL CMORROW@FENWICK.COM
DIRECT DIAL (650) 335-7155

**VIA U.S. MAIL AND FACSIMILE** (312-324-9400)

Michael O. Warnecke
Perkins Coie
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559

Re:   Joby *Gorillapod*

To Whom it May Concern:

I write in response to your July 10, 2007 letter inquiring as to the status of Joby's patent applications. This letter provides formal notice that Joby's patent application No. 20070154254 has been published. Accordingly, any continued use, sale, offer for sale, making, or importation of infringing products risks potential liability for a royalty up through the time of the patent's issuance. *See* 35 U.S.C. § 154.

With respect to your assertion that "comments have been made to Tocad's customers and potential customers regarding alleged patent protection by Joby," which comments you believe to be untrue, Joby has conducted a good faith inquiry into the alleged statements referenced in your letter and has not uncovered any such representations. So that we may understand and respond to your concerns where appropriate, please provide detail specifying: (1) which Joby representatives you believe to have made incorrect statements; (2) the where and when of such alleged statements; (3) the content of the alleged statements; and (4) the context in which the alleged statements were made.

Finally, with respect to the use of Joby Gorillapod images to sell Tocad's Flexpod units, we appreciate your representation that you have not "authorized, directed or in any other way requested" that any DBL Distributors make use of Joby's images. However, our concerns still remain with respect to whether Tocad, in fact, provided images of Joby's Gorillapod product to DBL Distributors or anyone else for use in sales or advertisements of Tocad's Flexpod. Please confirm that no such provision or use was made, and that none will be made in the future.

Michael O. Warnecke
September 6, 2007
Page 2

    We look forward to hearing from you. If you have any questions, you may contact me at (650) 335-7155.

                              Sincerely,

                              Charlene M. Morrow

25933/00402/SF/5209934.1