# Exhibit I

**FENWICK & WEST LLP**

555 CALIFORNIA STREET, 12TH FLOOR   SAN FRANCISCO, CA 94104
TEL 415.875.2300   FAX 415.281.1350   WWW.FENWICK.COM

October 1, 2007

RACHAEL G. SAMBERG

EMAIL RSAMBERG@FENWICK.COM
DIRECT DIAL (415) 875-2330

### VIA U.S. MAIL AND E-MAIL

Photographic Research Organization, Inc.
360 Tunxis Hill Road
Fairfield, CT 06825

  Re:  Joby *Gorillapod*

To Whom it May Concern:

 We represent Joby, the makers of the Gorillapod tripod, and the owners of the Gorillapod trade name and intellectual property rights. It has recently come to Joby's attention that through your website, www.promaster.com, and various online retailers such as Wolfe's Cameras, Camcorders and Computers (www.wolfes.com), you are advertising, distributing, and selling a product advertised as "Promaster Robopod Tripod," which is a knock-off of Joby's Gorillapod and infringes Joby's intellectual property rights. These acts are in violation of the law, and we demand that you immediately cease trafficking in infringing goods and remove all images of the infringing products from such websites and all advertising.

 First, you are hereby formally on notice that Joby's patent application No. 20070154254 has been published. Accordingly, any continued use, sale, offer for sale, making, or importation of the knock-off product risks a potential liability for a royalty up through the time of the patent's issuance. *See* 35 U.S.C. § 154.

 In addition, Joby is very concerned that your trafficking, sale, and distribution of a Gorillapod knock-off is likely to cause consumer confusion as to the source of your products, and/or the possible relationship, sponsorship, or affiliation between your products and Joby, all to the detriment of Joby's established rights. Your actions constitute, among other things, trade dress infringement and infringement of Joby's exclusive rights under federal and state unfair competition and false advertising laws, including without limitation Lanham Act § 43(a) and California Business & Professions Code § 17200, *et seq.* You should be aware that the consequences of such unfair competition and false advertising can be severe. The remedies available to Joby for your violations include damages, fees and costs, and an injunction against continued or future use, *even if you are not the manufacturer of these products*.

 Accordingly, we insist that you cease your practice immediately, and inform us in writing no later than **October 11, 2007** that all uses, sales, offers for sale, making, and/or importation of the Gorillapod knock-off have been discontinued, and that all infringing images have been removed from your website and all advertisements.

October 1, 2007
Page 2

      Please note that Joby expects to settle this matter amicably. However, should you fail to provide confirmation of the requested discontinuances and removal by the above deadline, you will force us to advise Joby of all available legal options against you, including without limitation the commencement of legal proceedings for patent infringement, trade dress infringement, unfair competition, and false advertising, and including all available damages, fees and costs, and injunctive relief against you. In the meantime, our client's rights are all expressly reserved, including the right to pursue legal action for damages related to any past or future sales resulting from your acts.

      We look forward to your anticipated compliance. If you have any questions, you may contact me at (415) 875-2330.

Sincerely,

*Rachael Samberg*

Rachael G. Samberg

cc:    Eric Gormley ericg@promaster.com (via e-mail)

25933/00400/SF/5210759.1