# Exhibit J

**FENWICK & WEST LLP**

555 CALIFORNIA STREET, 12TH FLOOR   SAN FRANCISCO, CA 94104
TEL 415.875.2300   FAX 415.281.1350   WWW.FENWICK.COM

October 3, 2007

CHARLENE M. MORROW

EMAIL CMORROW@FENWICK.COM
DIRECT DIAL (650) 335-7155

**VIA U.S. MAIL AND FACSIMILE**
(312-324-9400)

Michael O. Warnecke
Perkins Coie
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559

    Re:    Joby *Gorillapod*

Mr. Warnecke:

    I write in response to your September 7th letter.

    Joby stands on its position and formal notification to you of the publication of its patent application No. 20070154254 pursuant to 35 U.S.C. § 154. We disagree with your intimation that, because there has been an office action in which certain claims in Joby's initial publication have been objected to, Tocad is somehow absolved from the liabilities now accruing under that statute. As we are sure you are aware, office actions are common in most patent prosecutions, and obviously in most instances the patent ultimately issues. Moreoever, we note that in this circumstance, where Joby is a market leader and has not licensed its intellectual property to any competitors, the royalty exposure accruing for Tocad will likely meet or exceed its profit margin given Tocad's price point.

    Alternatively, if your client instead wishes to design around the developing Joby portfolio of patent and other rights, we would certainly be willing to confer about how to conduct that discussion, as it is in both of our clients' interests to have fair competition.

    We understand from your September 7th letter that you assert you have not provided images of Joby's Gorillapod to your customers such as DBL Distributors for their use in selling Tocad's Flexpod. Your customers are, in fact, using the image of Joby's Gorillapod to make such sales.

Michael O. Warnecke
October 3, 2007
Page 2

Finally, with respect to your continued unsubstantiated assertion that Joby made incorrect representations about the status of its patent applications, as we indicated in our September 6th letter to you, Joby conducted a reasonable inquiry and discovered no incorrect statements and found no support for your contention.

Sincerely,

*Charlene Morrow/RS*

Charlene M. Morrow

25933/00402/SF/5210761.3