# Exhibit L

Case 3:07-cv-06455-SI    Document 18-13    Filed 03/28/2008    Page 1 of 3



131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559
PHONE: 312.324.8400
FAX: 312.324.9400
www.perkinscoie.com

Michael O. Warnecke
PHONE: (312) 324-8549
EMAIL: MWarnecke@perkinscoie.com

October 4, 2007

**VIA FACSIMILE AND U.S. MAIL**

Charlene M. Morrow
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041

Re:   **Joby Gorillapod**

In the continuing "saga of letter writing" on the Gorillapod matter, I am forced to respond to yet another letter from Fenwick & West. This time you signed the letter. As you should know, earlier today, October 4, I sent a letter to Rachael Samberg. Are you communicating with each other? It seems to me that it could be more efficient to have one lawyer to deal with in trying to amicably resolve this matter.

I believe my October 4th letter sets forth our position on the so-called "patented" issue and the §43(a) claim. Thus, this letter will respond to the additional comments made in your October 3rd letter. The statute is clear — you have no right to recover any reasonable royalties unless the invention as claimed in the patent is "substantially identical" to the invention as claimed in the published patent application. No claims have issued and thus it is premature for your client to claim any rights much less any reasonable royalty. In addition, your comment that Tocad's "royalty exposure" will meet or exceed Tocad's profit margin is specious indeed.

Next, your offer to confer about how we can design around Joby's patent and other rights is appreciated. However, we believe unless and until a patent issues, it would be premature to have such a discussion. As to your §43(a) claim what is the trade dress you claim is protectable under the law?

Finally, as to the assertion Tocad supplied DBL Distributions with images of Joby's Gorillapod, we already responded we did not. We have no knowledge of what images DBL used to promote the products.

LEGAL13621304.1

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES
MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.
Perkins Coie LLP and Affiliates

Charlene M. Morrow
October 4, 2007
Page 2

After you and Rachael have carefully considered the various letters exchanged, I stand ready to talk to you. To assist in any discussions, it would be extremely helpful if you could provide me with the information I requested on page 2 of my October 4th letter to Rachael (i.e. information on the prior public use by the inventor and objective evidence of any distinctiveness of the Gorillapod).

Sincerely,

Michael O. Warnecke

MOW:ps

cc:   Richard Darrow

LEGAL13621304.1