Exhibit N



