# Exhibit O




