# Exhibit P

| Web | Images | Maps | News | **Shopping** | Gmail | more ▼ | | My Shopping List |



| flexible tripod | Search Products | Search the Web | Advance Prefer |

## Products

Results **1** - **10** of about **735** for **flexible tripod**. (0.17 seconds)

 items only    Show grid view    Sort by relevance     Sponsored Links

Showing all items

---



**Sunpak 620-FLEXPOD FlexPod Flexible Tripod**
Sunpak 620-FLEXPOD FlexPod **Flexible Tripod**.
Add to Shopping List -


$14.89
Buy.com
★★★½☆
34,243 seller ratings

**Tripod**
Great prices on **tripod** equipment.
Adorama - photo & camera experts.
Adorama.com

**60 Inch Swivel Tripod**
Adjustable Aluminum Body with
Telescoping Legs. Includes Case $20
www.heartlandamerica.com

---



**Quantaray FlexPod Plus Flexible Tripod 620-FLEXPLUSBU**
... Plus wraps around just about anything - or you can use its as a tabletop **Tripod**! The **flexible** lightweight digital SLR **Tripod** Bend it, stretch it, ...
Add to Shopping List -


$16.99
WolfCamera.com
★★★½☆ 348 seller ratings

**Flexible Tripod at Amazon**
Massive selection and low prices.
Qualified orders over $25 ship free
Amazon.com/electronics

**Buy Tripods at Wholesale**
OSN Supplies **Tripods**
To Retailers & Resellers
www.osnusa.net

---



**GGI TRF-01 TRF01 Flexible Mini-Tripod/Grip - Black Tabletop & Mini ...**
... Mini Tripods The GGI TRF-01 **Flexible** Mini-**Tripod**/Grip is a mini-**tripod** that ... FLEX GRIP **TRIPOD** f/SMALL CAMERA GGI TR F-01 819497006781 TR F01 **Flexible** ...
Add to Shopping List -

$12.95
B&H Photo-Video-Audi...
★★★★★
8,698 seller ratings

**Flexible Tripod For Less**
Looking for **Flexible Tripod**?
Buy direct from sellers and save.
www.eBay.com

**Sahalie® Flexpod Tripod**
Shop for the Flexpod at Sahalie®
and make difficult pictures a snap!
www.Sahalie.com

---



**Joby GP101EN Gorillapod Flexible Tripod (Joby GP1-01EN)**
Joby GP101EN Tabletop **Tripod** is now available at OneCall. ... The **flexible** joints allow you to rotate and bend 360º to form the perfect shape. ...
Add to Shopping List -


$21.95
OneCall
★★★★½
1,734 seller ratings

**Flexible Tripod**
30-70% off Cameras & Accessories.
Entire order ships for just $2.95!
Overstock.com

**Flexible Tripod**
We Have 9,000+ Computers & More
**Flexible Tripod** on Sale!
www.NexTag.com/Computers

---



**Sunpak Flexpod Plus - Flexible Compact Tripod / Black**
The FlexPod Plus enhances the features on the FlexPod **tripod** with stronger legs for added ... It's the **tripod** that you'll never want to leave home without. ...
Add to Shopping List

$16.95
Adorama Camera
★★★★½
1,410 seller ratings

---



**FLEXPOD COMPACT & LIGHTWEIGHT FLEXIBLE TRIPOD WITH QUICK RELASE ...**
The Sunpak FlexPod Pro is a flexible, lightweight mini-tripod that you can bend, stretch and wrap around just about anything. Weighing only six ounces, ...
Add to Shopping List

**$14.95**
TriState Camera & Vi...



**Joby Gorillapod SLR Flexible Tripod**
Flexible Joints: bend and rotate 360deg. to form the perfect shape. Ring & Foot Grips: provide extra gripping power to grapple wherever you go.
Add to Shopping List

**$39.95**
Campmor.com
★★★★★
2,958 seller ratings



**VANGUARD VS-41 Flexible Mini-Tripod**
VANGUARD VS-41 Flexible Mini-Tripod Perfect for small digital, APS, point-and-shoot and 35mm cameras Maximum height: 4 5/16"; folded height: 5 1/8" Weight: ...
★★★½☆ 1 review - Add to Shopping List

**$1.73**
Cybergiftcenter
★★☆☆☆ 25 seller ratings



**GGI Tabletop & Mini Tripods TRF-01 Flexible Mini-Tripod/Grip ...**
GGI TRF-01 Tabletop & Mini Tripods.
Add to Shopping List -
[Google Checkout]

**$12.95**
B&H Photo-Video-Audi...
★★★★★
8,698 seller ratings



**Hakuba Tabletop & Mini Tripods Clear Flexible Mini Tabletop Tripod ...**
Hakuba HCFPBL Clear Flexible Mini Tabletop Tripod - Blue Tabletop & Mini Tripods.
Add to Shopping List -
[Google Checkout]

**$9.95**
B&H Photo-Video-Audi...
★★★★★
8,698 seller ratings

---

Refine product results for: **flexible tripod**

| Price range | Brands | Stores | Seller rating | Related searches |
|---|---|---|---|---|
| Under $3 | Digital concepts | eBay | 4 stars and up | flexible mini tripod |
| $3 - $6 | Hakuba | SHOP.COM | 3 stars and up | gorillapod flexible tripod |
| $6 - $20 | Joby | ACE Photo & Digital | 2 stars and up | flexible camera tripod |
| $20 - $50 | Sunpak | Digital Foto Club | Has a rating | |
| Over $50 | Vanguard | Focus Camera, Inc. | More » | |
| $ [ ] to $ [ ] Go | | More » | | |

Gooooooooogle ▶

Result Page:    **1** 2 3 4 5 6 7 8 9 10    Next

Google does not charge for inclusion in its search results or accept payment for better placement.

flexible tripod    [Search Products]    [Search the Web]

Information for Sellers - Help

Google Home - Advertising Solutions - Business Solutions - About Google

©2007 Google -  Accepts Google Checkout Learn more