# Exhibit B

Case 3:07-cv-06455-SI    Document 19-3    Filed 03/28/2008    Page 1 of 2

