ORIGINAL

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1 | CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
2 | VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
3 | RACHAEL G. SAMBERG (CSB NO. 223694)
rsamberg@fenwick.com
4 | KIMBERLY I. CULP (CSB NO. 238839)
kculp@fenwick.com
5 | SALAM RAFEEDIE (CSB NO. 250191)
srafeedie@fenwick.com
6 | FENWICK & WEST LLP
Silicon Valley Center
7 | 801 California Street
Mountain View, CA 94041
8 | Telephone:    (650) 988-8500
Facsimile:    (650) 938-5200
9
Attorneys for Plaintiff
10 | JOBY, INC.

FILED
MAR 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOBY, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>TOCAD AMERICA, INC.,<br><br>          Defendant. | Case No. 3:07-CV-06455 (SI)<br><br>**EXHIBIT E TO THE BEVIRT DECLARATION: ONE JOBY GORILLAPOD**<br><br>Date:       May 2, 2008<br>Time:       2:00 p.m.<br>Courtroom: 10, 19th Floor<br>**The Honorable Susan Illston** |

**MANUAL FILING NOTIFICATION**

Regarding: EXHIBIT E to the Declaration of JoeBen Bevirt.

This filing is in physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

MANUAL FILING NOTICE RE EXHIBIT E TO BEVIRT DECL.                                                                 1
CASE NO. 3:07-CV-06455 (SI)

1     This filing was not efiled for the following reason(s):

2     ___ Voluminous Document (PDF file size larger than efiling system allowances)

3     ___ Unable to Scan Documents

4     _X_ Physical Object (description): __one Joby Gorillapod_____

5     ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

6     ___ Item Under Seal

7     ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

8     ___ Other (description):_____

10     Dated: March 26, 2008            FENWICK & WEST LLP

12                                          By: _Virginia K. DeMarchi_____
                                                           Virginia K. DeMarchi

Attorneys for Plaintiff
JOBY, INC.

18     25933/00402/LIT/1282831.1

MANUAL FILING NOTICE RE EXHIBIT E TO BEVIRT DECL.      2
CASE NO. 3:07-CV-06455 (SI)

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW