CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
RACHAEL G. SAMBERG (CSB NO. 223694)
rsamberg@fenwick.com
KIMBERLY I. CULP (CSB NO. 238839)
kculp@fenwick.com
SALAM RAFEEDIE (CSB NO. 250191)
srafeedie@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  (650) 988-8500
Facsimile:   (650) 938-5200

Attorneys for Plaintiff
JOBY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOBY, INC., | Case No. 3:07-CV-06455 (SI) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOBY, INC.'S MOTION FOR A PRELIMINARY INJUNCTION** |
| v. | |
| TOCAD AMERICA, INC., | **Date:        May 2, 2008** |
| Defendant. | **Time:        2:00 p.m.** |
| | **Courtroom: 10, 19th Floor** |
| | **The Honorable Susan Illston** |

On May 2, 2008, plaintiff Joby, Inc.'s ("Joby") Motion for a Preliminary Injunction

against defendant Tocad America, Inc. ("Tocad") came on for hearing before this Court.

Based on the Complaint in this action, the Motion, Memoranda, Declarations and other

materials submitted by the parties, and the arguments of counsel at the hearing,

THE COURT FINDS THAT:

(1)      Plaintiff is likely to succeed on the merits of its trade dress infringement (15

U.S.C. § 1125) claim;

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  (2)  There is a high probability that plaintiff will be irreparably injured as a result of

2  defendant's continued production, distribution, shipping, sale, advertising, marketing and

3  promotion of the FlexPod and FlexPod Plus lines of flexible camera tripods and monopods; and

4  (3)  The balance of hardships tips decidedly in plaintiff's favor since without an Order

5  in its favor, plaintiff may lose sales and market share and will lose control over its reputation and

6  goodwill associated with an in the trade dress used for the Gorillapod tripods, and defendant will

7  not suffer significant injury as a result of the requested relief, and will not be deprived of any

8  rights by entry of this Order.

9  IT IS THEREFORE ORDERED:

10  Defendant Tocad America, Inc., and each of its representatives, agents, servants,

11  employees, officers, directors, partner, attorneys, subsidiaries and all persons under its control or

12  acting in concert or participation with it, who receive actual notice of this Order, are hereby

13  enjoined and restrained, pending a final determination of this action, from engaging in further acts

14  that infringe Joby's Gorillapod trade dress, including without limitation, further creation,

15  production, distribution, shipping, sale, advertising, marketing and promotion of the existing

16  FlexPod and FlexPod Plus designs, as shown in Exhibit A hereto, or any product design that

17  appear confusingly similar to Joby's Gorillapod trade dress, as shown in Exhibit B hereto.

18  IT IS SO ORDERED.

19

20  Dated:_____, 2008

21  By:_____

22  The Honorable Susan Illston
United States District Court Judge

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW