IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOBY INC,

        Plaintiff,

  v.

TOCAD AMERICA INC.,

        Defendant.

No. C 07-06455SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT plaintiff's motion for preliminary injunction has been continued to Friday, May 16, 2008, at 9:00 a.m.

Dated: March 31, 2008

RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk