1  CHARLENE M. MORROW (CSB NO. 136411)
   cmorrow@fenwick.com
2  VIRGINIA K. DEMARCHI (CSB NO. 168633)
   vdemarchi@fenwick.com
3  KIMBERLY I. CULP (CSB NO. 238839)
   kculp@fenwick.com
4  SALAM RAFEEDIE (CSB NO. 250191)
   srafeedie@fenwick.com
5  FENWICK & WEST LLP
   Silicon Valley Center
6  801 California Street
   Mountain View, CA  94041
7  Telephone:     (650) 988-8500
   Facsimile:     (650) 938-5200
8
   Attorneys for Plaintiff
9  JOBY, INC.

10
   MICHAEL O. WARNECKE
11 mwarnecke@perkinscoie.com
   PERKINS COIE LLP
12 131 S. Dearborn Street,
   Suite 1700
13 Chicago, IL 60603-5559
   Telephone:    (312) 324-8587
14 Facsimile:     (312) 324-9587

15 Attorneys for Defendant
   Tocad America, Inc.
16

17
                    UNITED STATES DISTRICT COURT
18
                   NORTHERN DISTRICT OF CALIFORNIA
19
                        SAN FRANCISCO DIVISION
20

21
   JOBY, INC.,                          Case No. 3:07-CV-06455 (SI)
22
              Plaintiff,                **STIPULATED REQUEST FOR**
23                                      **CONTINUANCE OF THE CASE**
   v.                                   **MANAGEMENT CONFERENCE**
24
   TOCAD AMERICA, INC.,                 CMC Date:  April 18, 2008
25                                      Time:          2:00 p.m.
              Defendant.                Courtroom: 10, 19th Floor
26                                             **The Honorable Susan Illston**

27

28

REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE                    1
CASE NO. 3:07-CV-06455 (SI)

1  Pursuant to the Court's Case Management Conference Order, plaintiff Joby, Inc. ("Joby") and defendant Tocad America, Inc. ("Tocad") submit this Stipulated Request for Continuance of the Case Management Conference to accommodate Tocad's counsel's scheduling conflict.

Counsel for defendant Tocad, Michael Warnecke, is unable to attend the Case Management Conference currently scheduled for April 18, 2008. Mr. Warnecke will be in China for previously scheduled engagements from April 12, 2008 through April 23, 2008. This trip has been planned since early this year and cannot be rescheduled. He is scheduled to meet with clients from April 14, 2008 through April 17, 2008 and April 21, 2008 through April 23, 2008. He is also presenting before the Chongqing Municipal Science & Technology Bureau on April 18, 2008.

The parties respectfully request that the Case Management Conference be re-scheduled for May 2, 2008 or for any other date that is convenient to the Court's schedule.

Dated: April 4, 2008

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By: */s/ Virginia K. DeMarchi*<br>Virginia K. DeMarchi | By: */s/ Michael O. Warnecke*<br>Michael O. Warnecke |
| Attorneys for Plaintiff<br>JOBY, INC. | Attorneys for Defendants<br>TOCAD AMERICA, INC. |

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Virginia K. DeMarchi, attest that concurrence in the filing of this document has been obtained from Michael O. Warnecke, counsel for defendant Tocad America, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of April, 2008 in Mountain View, California.

  */s/ Virginia K. DeMarchi*
  Virginia K. DeMarchi

25933/00402/LIT/1283293.1