1   CHARLENE M. MORROW (CSB NO. 136411)
    cmorrow@fenwick.com
2   VIRGINIA K. DEMARCHI (CSB NO. 168633)
    vdemarchi@fenwick.com
3   RACHAEL G. SAMBERG (CSB NO. 223694)
    rsamberg@fenwick.com
4   KIMBERLY I. CULP (CSB NO. 238839)
    kculp@fenwick.com
5   SALAM RAFEEDIE (CSB NO. 250191)
    srafeedie@fenwick.com
6   FENWICK & WEST LLP
    Silicon Valley Center
7   801 California Street
    Mountain View, CA  94041
8   Telephone:    (650) 988-8500
    Facsimile:    (650) 938-5200
9
    Attorneys for Plaintiff
10  JOBY, INC.

11

12                    UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15

16  JOBY, INC.,                          Case No. 3:07-CV-06455 (SI)

17              Plaintiff,               **CERTIFICATE OF SERVICE OF
                                         STIPULATED REQUEST FOR
18  v.                                   CONTINUANCE OF THE CASE
                                         MANAGEMENT CONFERENCE**
19  TOCAD AMERICA, INC.,

20              Defendant.

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

I am a citizen of the United States and employed in Santa Clara County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, Silicon Valley Center, 801 California Street, Mountain View, California 94041. On the date set forth below, I served a copy of the following document(s):

    1. Stipulated Request For Continuance Of The Case Management Conference; and

    2. Certificate of Service thereon

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

Michael Warnecke, Esq.<br>
Perkins Coie<br>
131 South Dearborn Street, Suite 1700<br>
Chicago, IL 60603-5559

[X] **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

[ ] **BY FACSIMILE:** by causing to be transmitted via facsimile the document(s) listed above to the addressee(s) at the facsimile number(s) set forth above.

[X] **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above.

[ ] **BY PERSONAL DELIVERY:** by causing to be personally delivered the document(s) listed above to the addressee(s) at the address(es) set forth above.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: April 8, 2008

                                       Betti Walrod

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

25933/00402/LIT/1283465.2