# Exhibit B

Case 3:07-cv-06455-SI     Document 26-3     Filed 04/08/2008     Page 1 of 2

