# Exhibit F

# Sunpak

## FlexPods



### FlexPod Plus

**Features:**
- Compact and versatile ballhead tripod for today's compact digital cameras
- Bend it, stretch it, wrap it around almost anything
- Complete with quick release plate
- Aluminum core legs for added support and gripping ability
- Can also be used as a tabletop tripod
- Available in black & white, blue & light blue or gray & light blue colors

**Specifications:**
- Weight: less than 4 oz.
- Height: 7 in.
- Load capacity: 16 oz.*
- Head type: Ballhead
- One year limited warranty

*Load capacity determined by how tripod is used

Cat. no. 620-FLEXPODPLUSBK
Cat. no. 620-FLEXPODPLUSBU
Cat. no. 620-FLEXPODPLUSGY

### FlexPod

**Features:**
- Compact and versatile for today's compact digital cameras
- Bend it, stretch it, wrap it around almost anything
- Complete with quick release plate
- Rubberized leg joints and tips assist in attaching to almost any surface
- Can also be used as a tabletop tripod
- Available in black, blue or gray colors

**Specifications:**
- Weight: less than 2 oz.
- Height: 7 in.
- Load capacity: 14 oz.*
- One year limited warranty

*Load capacity determined by how tripod is used

Cat. no. 620-FLEXPODBL
Cat. no. 620-FLEXPODBU
Cat. no. 620-FLEXPODGR

## FlexPod Pro



Features:

- Compact and versatile for today's DSLR cameras
- Bend it, stretch it, wrap it around almost anything
- Complete with quick release plate
- Rubberized non-slip leg segments grip tightly to make tripod secure
- Can also be used as a tabletop tripod
- Available in black, blue or gray colors

Specifications:

- Weight: 6 oz.
- Height: 7 in.
- Load capacity: 1.8 lb.*
- One year limited warranty

*Load capacity determined by how tripod is used

Cat. no. 620-FLEXPODPROBL
Cat. no. 620-FLEXPODPROBU
Cat. no. 620-FLEXPODPROGY

## FlexPod Pro Plus



Features:

- Compact and versatile ballhead tripod for today's compact DSLR cameras
- Bend it, stretch it, wrap it around almost anything
- Complete with quick release plate
- Aluminum core legs for added support and gripping ability
- Can also be used as a tabletop tripod
- Available in black or gun metal

Specifications:

- Weight: 9.3 oz.
- Height: 11.5 in.
- Load capacity: 2.3 lb.*
- Head type: Ball Head
- One year limited warranty

*Load capacity determined by how tripod is used

Cat. no. 620-PROPLUSBHBK
Cat. no. 620-PROPLUSBHGM

## FlexPod Pro Panhead



### Features:

- Compact and versatile for today's DSLR cameras
- Bend it, stretch it, wrap it around almost anything
- Rubberized non-slip leg segments grip tightly to make tripod secure
- Longer legs provide added holding power for heavier cameras
- 3-way panhead allows for horizontal or vertical shots
- Can also be used as a tabletop tripod

### Specifications:

- Weight: less than 8 oz.
- Height: 11.5 in.
- Load capacity: 2 lb.*
- Head type: 3-way panhead
- One year limited warranty

*Load capacity determined by how tripod is used

Cat. no. 620-FLEXPH

## Flex Click n' Stick



### Features:

- Compact and versatile suction cup monopod for today's DSLR cameras
- Bend it, stretch it in hundreds of ways
- Suction cup securely attaches to any flat, non-porous surface
- There is no slippage, as in a conventional tabletop tripod
- Complete with quick release plate
- Available in black, blue red and gray colors

### Specifications:

- Weight: 4.8 oz.
- Height: 12 in.
- Load capacity: 1.8 lb.*
- One year limited warranty

*Load capacity determined by how tripod is used

Cat. no. 620-FLEXCNSBK
Cat. no. 620-FLEXCNSBU
Cat. no. 620-FLEXCNSRD
Cat. no. 620-FLEXCNSGY

Other great products from Sunpak:

- Digital frames
- Flash units
- Monopods
- Lens filters
- Quick mount filters
- Step up/down rings
- Conversion lenses
- Monolights
- Digital camera batteries
- Camcorder batteries
- Light panels
- Rechargeable batteries and chargers
- Accessories



**SUNPAK®**
ToCAD America Inc.
53 Green Pond Road
Rockaway, NJ 07866
tocad.com

Product design and specifications subject to change without notice. Product images are not to scale.

012508