# Exhibit G



2 stars  (0)
1 star  (0)

**Most Helpful Customer Reviews**

Search Customer Reviews

☑ Only search this product's reviews

5 of 6 people found the following review helpful:

★★★★☆  **does the job**, March 11, 2007

By **M. Tsang "dukebb1515"** - See all my reviews

I was looking for a tabletop tripod for my DSLR but everything out there was just too flimsy. I needed something small, lightweight, and sturdy so I could carry it in my camera bag. So far I'm pleased with what this weird looking thing can do.

Pros:
1. Very light but strong enough to hold up my DSLR. (struggles with a heavier lens, but can be positioned to compensate for weight)
2. Stable when set up properly. (Easily positioned)
3. Easily attached to random objects to take pictures.
4. Price
5. Works as a standard tabletop tripod for any travel night shots.
6. Stays still for long exposures.

Cons:
1. Non-adjustable height.
2. Head rotation ability is not great if you want to take a vertical picture.

Overall, I suggest this for someone who is traveling and doesn't want to take a tripod (even the travel size ones). This is easily set up on any table and can easily fit in your camera bag or backpack. A tripod is a necessity for night exposures so this is a great investment if you're looking for something that won't break the bank. On the otherhand, if not traveling, then I suggest buying a proper travel tripod.

Comment | Permalink | Was this review helpful to you?  Yes  No  (Report this)

Share your thoughts with other customers:  Create your own review

➤ **See all customer reviews...**

---

**Customer Discussions** Beta (What's this?)
New! See recommended Discussions for You
**This product's forum** (0 discussions)

| Discussion | Replies | Latest Post |
|---|---|---|
| No discussions yet | | |

Ask questions, Share opinions, Gain insight
**Start a new discussion**

Topic: [                    ]

---

**Product Information from the Amapedia Community** Beta (What's this?)

**Be the first person to** add an article about this item at Amapedia.com.

➤ See featured Amapedia.com articles

---

**Listmania!**

Digital Cameras & Supplies: A list by Savvyology

Search Listmania!

Tech Tools: A list by Moultrie Creek

Things that are good for you: A list by John L. Chamberlain

Create a Listmania! list

---

**Treats for Easter**  Find baskets, chocolate bunnies, and other Easter goodies now at our Gourmet Food Store.
➤ Shop Gourmet Food

**Save with Instant Rebates in Grocery**  Save today with instant rebates on your favorite brands--Kraft, select Kellogg's cereals, Annie's Homegrown, and more than 30 more. Offers valid through March 31.
➤ More Special Offers in Grocery

**Get an Extra 30% Off Select Groceries**  Save an extra 30%--plus get free shipping and automatic reorders--when you order Chef Boyardee, Healthy Choice, Orville Redenbacher's, and more Conagra products through Subscribe & Save in March. Here's how
➤ Learn more about Subscribe & Save

**FREE Overnight Shipping From Endless.com**  Shop Endless.com Shoes & Handbags, and get FREE Overnight Shipping and FREE Return Shipping.
➤ Shop now

---

ADVERTISEMENT

**There's an investor in everyone.**  ING DIRECT  shareBUILDER
• No account minimum  • No inactivity fees  • Invest any amount  Click here ▸

---

**Feedback**
➤ If you need help or have a question for Customer Service, contact us.
➤ Would you like to update product info or give feedback on images? (We'll ask you to sign in so we can get back to you)
➤ Is there any other feedback you would like to provide? Click here



**Where's My Stuff?**

Track your recent orders.

View or change your orders in Your Account.

**Shipping & Returns**

See our shipping rates & policies.

Return an item (here's our Returns Policy).

**Need Help?**

Forgot your password? Click here.

Redeem or buy a gift certificate/card.

Visit our Help department.

Search | Amazon.com ▾ | [          ] | GO!

**Your Recent History** (What's this?)

**Recently Viewed Products**



Sunpak Flexpod Plus - Flexible Compact Trip... by SunPak

› **View & edit Your Browsing History**

**Continue shopping** Customers Who Bought Items in Your Recent History Also Bought:

Joby GP1-01EN Gorillapod Flexible Tripod (Grey) by Joby

**amazon.com**®

Amazon.com Home | Directory of All Stores

International Sites: Canada | United Kingdom | Germany | Japan | France | China

Help | View Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Release | Careers at Amazon | Join Associates | Join Advantage | Join Honor System | Advertise With Us

Conditions of Use | Privacy Notice © 1996-2008, Amazon.com, Inc. or its affiliates

http://www.amazon.com/SunPak-620-FLEXPOD-Flexpod-Flexible-Tripod/dp/B000JC8WYA/ref=pd_bbs_sr_2?ie=UTF8&s=electronics&qid=1206232866&sr=8-2





