CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
RACHAEL G. SAMBERG (CSB NO. 223694)
rsamberg@fenwick.com
KIMBERLY I. CULP (CSB NO. 238839)
kculp@fenwick.com
SALAM RAFEEDIE (CSB NO. 250191)
srafeedie@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   (650) 988-8500
Facsimile:   (650) 938-5200

Attorneys for Plaintiff
JOBY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOBY, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TOCAD AMERICA, INC.,<br><br>　　　　　Defendant. | Case No. 3:07-CV-06455 (SI)<br><br>**CERTIFICATE OF SERVICE OF RE-FILED PROPOSED ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION AND MINN DECLARATION IN SUPPORT OF MOTION** |

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

I am a citizen of the United States and employed in Santa Clara County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, Silicon Valley Center, 801 California Street, Mountain View, California 94041. On the date set forth below, I served a copy of the following document(s):

1. Declaration of Ken Minn in Support of Joby's Motion for Preliminary Injunction;
2. [Proposed] Order Granting Joby's Motion for Preliminary Injunction; and
2. Certificate of Service thereon

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

> Michael Warnecke, Esq.
> Perkins Coie
> 131 South Dearborn Street, Suite 1700
> Chicago, IL  60603-5559

[X] **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

[ ] **BY FACSIMILE:** by causing to be transmitted via facsimile the document(s) listed above to the addressee(s) at the facsimile number(s) set forth above.

[X] **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above.

[ ] **BY PERSONAL DELIVERY:** by causing to be personally delivered the document(s) listed above to the addressee(s) at the address(es) set forth above.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: April 9, 2008

_____
Betti Walrod

25933/00402/LIT/1283495.1

CERTIFICATE OF SERVICE
CASE NO. 3:07-CV-06455 (SI)