**PERKINS COIE LLP**
MICHAEL O. WARNECKE, IL Bar No. 2942291
Email: MWarnecke@perkinscoie.com
*(Pro Hac Vice Application Pending)*
DEBRA R. BERNARD, IL Bar No. 6191217
Email: DBernard@perkinscoie.com
*(Pro Hac Vice Application Pending)*
BRANDY R. MCMILLION, IL Bar No. 6294679
Email: BMcMillion@perkinscoie.com
*(Pro Hac Vice Application Pending)*
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Telephone: 312.324.8400
Facsimile: 312.324.9400

**PERKINS COIE LLP**
Jason Yurasek (SBN 202131)
Four Embarcadero Center
Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7021
Facsimile: 415.344.7221
Email: JYurasek@perkinscoie.com

Attorneys for Defendant

TOCAD AMERICA, INC.

**RECEIVED**
2008 APR -7 P 4: 58
RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

**FILED**
APR -7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ORIGINAL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOBY, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOCAD AMERICA, INC., <br><br> Defendant. | Case No. 3:07-cv-06455-EDL <br><br> **PROOF OF SERVICE** |

PROOF OF SERVICE
Case No. 3:07-cv-06455-EDL

**PROOF OF SERVICE**

I, Cynthia D. Wides, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Four Embarcadero Center, Suite 2400, San Francisco, California 94111-4131. On April 7, 2008, I served a copy of the within document(s):

**ANSWER TO COMPLAINT AFFIRMATIVE DEFENSE AND COUNTERCLAIM**

[X] by electronic transmission via email the document(s) listed above to the email address(es) shown below.

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

[ ] by placing the document(s) listed above in a sealed FedEx envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a FedEx agent for delivery.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Virginia K. DeMarchi
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041

*vdemarchi@fenwick.com*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

PROOF OF SERVICE
Case No. 3:07-cv-06455-EDL               -2-

1   I declare under penalty of perjury under the laws of the State of California that the above
2   is true and correct.
3   Executed on April 7, 2008, at San Francisco, California.

_____
Cynthia D. Wides

PROOF OF SERVICE
Case No. 3:07-cv-06455-EDL                    -3-