**PERKINS COIE LLP**
MICHAEL O. WARNECKE, IL Bar No. 2942291
Email: MWarnecke@perkinscoie.com
*(Pro Hac Vice Application Pending)*
DEBRA R. BERNARD, IL Bar No. 6191217
Email: DBernard@perkinscoie.com
*(Pro Hac Vice Application Pending)*
BRANDY R. MCMILLION, IL Bar No. 6294679
Email: BMcMillion@perkinscoie.com
*(Pro Hac Vice Application Pending)*
131 South Dearborn Street, Suite 1700
Chicago, IL  60603-5559
Telephone:  312.324.8400
Facsimile:  312.324.9400

**PERKINS COIE LLP**
JASON YURASEK (SBN 202131)
Email: JYurasek@perkinscoie.com
Four Embarcadero Center
Suite 2400
San Francisco, CA 94111-4131
Telephone:  415.344.7021
Facsimile:  415.344.7221

Attorneys for Defendant

TOCAD AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOBY, INC.,<br><br>                Plaintiff,<br><br>        v.<br><br>TOCAD AMERICA, INC.,<br><br>                Defendant. | Case No. 3:07-cv-06455-EDL<br><br>**DEFENDANT TOCAD AMERICA, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

| | |
|---|---|
| DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS | CASE NO. 3:07-CV-06455-EDL<br>64091-0006/LEGAL14141693.1 |

1  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

2  substantially affected by the outcome of this proceeding:

        ToCAD Energy Co. Ltd.:    Japanese Parent Corporation of ToCAD America, Inc.

**PERKINS COIE LLP**

By:    /s/ Jason Yurasek
      JASON YURASEK

Attorney for Defendant

TOCAD AMERICA, INC.