**PERKINS COIE LLP**
MICHAEL O. WARNECKE, IL Bar No. 2942291
Email: MWarnecke@perkinscoie.com
*(Pro Hac Vice Application Pending)*
DEBRA R. BERNARD, IL Bar No. 6191217
Email: DBernard@perkinscoie.com
*(Pro Hac Vice Application Pending)*
BRANDY R. MCMILLION, IL Bar No. 6294679
Email: BMcMillion@perkinscoie.com
*(Pro Hac Vice Application Pending)*
131 South Dearborn Street, Suite 1700
Chicago, IL  60603-5559
Telephone:  312.324.8400
Facsimile:  312.324.9400

**PERKINS COIE LLP**
JASON YURASEK (SBN 202131)
Email: JYurasek@perkinscoie.com
Four Embarcadero Center
Suite 2400
San Francisco, CA 94111-4131
Telephone:  415.344.7021
Facsimile:  415.344.7221

Attorneys for Defendant

TOCAD AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOBY, INC., | Case No. 3:07-cv-06455-EDL |
| Plaintiff, | **DEFENDANT TOCAD AMERICA, INC.'S RULE 7.1 DISCLOSURE STATEMENT** |
| v. | |
| TOCAD AMERICA, INC., | |
| Defendant. | |

DEFENDANT'S DISCLOSURE
STATEMENT                                   -1-                     CASE NO. 3:07-CV-06455-EDL
64091-0006/LEGAL14171333.1

1   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant ToCAD America,
2   Inc. states the following: ToCAD America, Inc. is a subsidiary of ToCAD Energy Co. Ltd.,
3   which owns ten percent or more of the stock of ToCAD America, Inc.

**PERKINS COIE LLP**

By:   /s/ Jason Yurasek
      JASON YURASEK

Attorney for Defendant

TOCAD AMERICA, INC.

DEFENDANT'S DISCLOSURE
STATEMENT                                  -2-                          CASE NO. 3:07-CV-06455-EDL
64091-0006/LEGAL14171333.1