# EXHIBIT A

## Table C-10.
U.S. District Courts—Median Time Intervals from Filing to Trial of Civil Cases in Which Trials Were Completed, by District, During the 12-Month Period Ending September 30, 2007

| Circuit and District | Total Trials | | Nonjury Trials | | Jury Trials | |
|---|---|---|---|---|---|---|
| | Number of Trials | Median Time Interval in Months * | Number of Trials | Median Time Interval in Months * | Number of Trials | Median Time Interval In Months * |
| **TOTAL** | 3,366 | 24.6 | 1,109 | 21.0 | 2,257 | 25.2 |
| DC | 28 | 44.0 | 12 | 44.0 | 16 | 42.0 |
| **1ST** | 157 | 29.7 | 54 | 28.0 | 103 | 29.4 |
| ME | 9 | - | 3 | - | 6 | - |
| MA | 94 | 33.5 | 33 | 36.0 | 61 | 30.0 |
| NH | 7 | - | 1 | - | 6 | - |
| RI | 12 | 23.0 | 6 | - | 6 | - |
| PR | 35 | 28.0 | 11 | 21.0 | 24 | 32.0 |
| **2ND** | 336 | 31.0 | 108 | 25.5 | 228 | 33.0 |
| CT | 52 | 27.0 | 13 | 30.0 | 39 | 26.0 |
| NY,N | 27 | 40.5 | 4 | - | 23 | 40.0 |
| NY,E | 84 | 34.6 | 23 | 33.0 | 61 | 35.0 |
| NY,S | 151 | 25.6 | 61 | 21.0 | 90 | 29.0 |
| NY,W | 11 | 57.0 | 4 | - | 7 | - |
| VT | 11 | 19.0 | 3 | - | 8 | - |
| **3RD** | 321 | 28.4 | 78 | 27.5 | 243 | 28.0 |
| DE | 29 | 27.0 | 9 | - | 20 | 28.0 |
| NJ | 57 | 36.0 | 17 | 33.5 | 40 | 38.5 |
| PA,E | 104 | 19.4 | 25 | 15.0 | 79 | 19.5 |
| PA,M | 75 | 26.3 | 10 | 23.5 | 65 | 26.5 |
| PA,W | 50 | 33.8 | 15 | 33.0 | 35 | 34.0 |
| VI | 6 | - | 2 | - | 4 | - |
| **4TH** | 229 | 17.0 | 110 | 15.4 | 119 | 18.0 |
| MD | 40 | 21.5 | 21 | 17.0 | 19 | 24.0 |
| NC,E | 44 | 16.5 | 41 | 14.0 | 3 | - |
| NC,M | 6 | - | 5 | - | 1 | - |
| NC,W | 11 | 21.0 | 3 | - | 8 | - |
| SC | 48 | 18.5 | 11 | 22.0 | 37 | 18.0 |
| VA,E | 33 | 9.0 | 16 | 9.0 | 17 | 8.2 |
| VA,W | 25 | 14.5 | 6 | - | 19 | 16.0 |
| WV,N | 8 | - | 2 | - | 6 | - |
| WV,S | 14 | 21.0 | 5 | - | 9 | - |

# Table C-10. (September 30, 2007—Continued)

| Circuit and District | Total Trials | | Nonjury Trials | | Jury Trials | |
|---|---|---|---|---|---|---|
| | Number of Trials | Median Time Interval in Months * | Number of Trials | Median Time Interval in Months * | Number of Trials | Median Time Interval In Months * |
| **5TH** | **460** | **20.2** | **177** | **20.1** | **283** | **20.6** |
| LA,E | 71 | 19.7 | 42 | 18.0 | 29 | 19.5 |
| LA,M | 15 | 38.0 | 6 | - | 9 | - |
| LA,W | 38 | 34.0 | 20 | 36.0 | 18 | 25.0 |
| MS,N | 27 | 23.0 | 5 | - | 22 | 22.5 |
| MS,S | 47 | 23.4 | 9 | - | 38 | 20.5 |
| TX,N | 49 | 19.4 | 20 | 16.5 | 29 | 21.0 |
| TX,E | 50 | 18.0 | 10 | 20.0 | 40 | 17.0 |
| TX,S | 103 | 20.3 | 41 | 20.0 | 62 | 19.7 |
| TX,W | 60 | 15.8 | 24 | 15.4 | 36 | 16.4 |
| **6TH** | **267** | **26.0** | **60** | **20.0** | **207** | **27.2** |
| KY,E | 15 | 24.0 | 1 | - | 14 | 24.0 |
| KY,W | 20 | 31.0 | 2 | - | 18 | 31.0 |
| MI,E | 74 | 25.8 | 14 | 16.0 | 60 | 28.7 |
| MI,W | 13 | 28.0 | 5 | - | 8 | - |
| OH,N | 27 | 20.0 | 6 | - | 21 | 19.0 |
| OH,S | 21 | 28.4 | 3 | - | 18 | 28.7 |
| TN,E | 31 | 23.0 | 11 | 18.0 | 20 | 25.0 |
| TN,M | 32 | 26.5 | 11 | 14.0 | 21 | 32.0 |
| TN,W | 34 | 23.5 | 7 | - | 27 | 23.0 |
| **7TH** | **232** | **27.8** | **66** | **27.0** | **166** | **28.0** |
| IL,N | 105 | 29.7 | 36 | 27.5 | 69 | 33.0 |
| IL,C | 24 | 29.0 | 3 | - | 21 | 31.0 |
| IL,S | 35 | 31.5 | 9 | - | 26 | 37.0 |
| IN,N | 16 | 21.5 | 1 | - | 15 | 21.5 |
| IN,S | 19 | 24.0 | 4 | - | 15 | 25.0 |
| WI,E | 9 | - | 6 | - | 3 | - |
| WI,W | 24 | 10.4 | 7 | - | 17 | 10.0 |
| **8TH** | **207** | **22.1** | **57** | **21.5** | **150** | **22.3** |
| AR,E | 64 | 19.7 | 23 | 19.0 | 41 | 20.0 |
| AR,W | 16 | 13.0 | 2 | - | 14 | 13.5 |
| IA,N | 9 | - | 3 | - | 6 | - |
| IA,S | 6 | - | - | - | 6 | - |
| MN | 27 | 29.0 | 2 | - | 25 | 31.0 |
| MO,E | 28 | 22.5 | 11 | 20.0 | 17 | 22.5 |
| MO,W | 20 | 22.0 | 5 | - | 15 | 25.0 |
| NE | 23 | 22.0 | 5 | - | 18 | 20.0 |
| ND | 3 | - | 3 | - | - | - |
| SD | 11 | 34.0 | 3 | - | 8 | - |

# Table C-10. (September 30, 2007—Continued)

| Circuit and District | Total Trials | | Nonjury Trials | | Jury Trials | |
|---|---|---|---|---|---|---|
| | Number of Trials | Median Time Interval in Months* | Number of Trials | Median Time Interval in Months* | Number of Trials | Median Time Interval in Months* |
| **9TH** | **557** | **25.4** | **212** | **21.5** | **345** | **27.6** |
| AK | 6 | - | 2 | - | 4 | - |
| AZ | 55 | 30.5 | 21 | 27.0 | 34 | 34.0 |
| CA,N | 73 | 24.9 | 23 | 20.5 | 50 | 28.0 |
| CA,E | 46 | 38.0 | 11 | 42.0 | 35 | 38.0 |
| CA,C | 186 | 21.3 | 78 | 18.7 | 108 | 24.8 |
| CA,S | 39 | 24.0 | 14 | 21.0 | 25 | 27.0 |
| HI | 10 | 17.0 | 5 | - | 5 | - |
| ID | 11 | 26.7 | 2 | - | 9 | - |
| MT | 11 | 18.0 | 3 | - | 8 | - |
| NV | 34 | 29.5 | 19 | 29.5 | 15 | 36.0 |
| OR | 38 | 25.0 | 11 | 23.0 | 27 | 27.0 |
| WA,E | 13 | 23.0 | 5 | - | 8 | - |
| WA,W | 32 | 18.0 | 17 | 18.4 | 15 | 19.0 |
| GUAM | 3 | - | 1 | - | 2 | - |
| NMI | - | - | 1 | - | - | - |
| **10TH** | **178** | **22.3** | **51** | **26.5** | **127** | **22.5** |
| CO | 49 | 29.0 | 9 | - | 40 | 29.0 |
| KS | 27 | 23.0 | 7 | - | 20 | 22.0 |
| NM | 25 | 20.4 | 8 | - | 17 | 19.5 |
| OK,N | 12 | 17.0 | 4 | - | 8 | - |
| OK,E | 8 | - | 5 | - | 3 | - |
| OK,W | 18 | 15.0 | - | - | 18 | 15.0 |
| UT | 25 | 28.0 | 11 | 31.0 | 14 | 21.7 |
| WY | 14 | 14.5 | 7 | - | 7 | - |
| **11TH** | **394** | **21.8** | **124** | **18.5** | **270** | **23.0** |
| AL,N | 52 | 25.0 | 2 | - | 50 | 26.0 |
| AL,M | 22 | 16.0 | 6 | - | 16 | 16.0 |
| AL,S | 21 | 14.5 | 3 | - | 18 | 14.0 |
| FL,N | 19 | 22.0 | 8 | - | 11 | 22.0 |
| FL,M | 84 | 19.0 | 33 | 18.3 | 51 | 22.0 |
| FL,S | 116 | 17.9 | 53 | 17.0 | 63 | 17.4 |
| GA,N | 49 | 27.9 | 17 | 27.4 | 32 | 27.5 |
| GA,M | 8 | - | 2 | - | 6 | - |
| GA,S | 23 | 31.0 | - | - | 23 | 31.0 |

NOTE.—INCLUDES TRIALS CONDUCTED BY DISTRICT AND APPELLATE JUDGES ONLY. ALL TRIALS CONDUCTED BY MAGISTRATE JUDGES ARE EXCLUDED. EXCLUDES THE FOLLOWING TRIALS: LAND CONDEMNATION; FORFEITURES AND PENALTY CASES; PRISONER PETITIONS (HABEAS CORPUS, MOTIONS TO VACATE SENTENCE UNDER 28 U.S.C. 2255, HEARINGS ON EVIDENTIARY MATTERS); BANKRUPTCY PETITIONS; AND THREE-JUDGE COURT CASES. FOR CIVIL CASES RESULTING IN A SECOND COMPLETED TRIAL, THE MEDIAN TIME IS BASED ON THE ORIGINAL FILING DATE AND THE DATE THE TRIAL WAS COMPLETED. FOR REOPENED CIVIL CASES RESULTING IN A SECOND COMPLETED TRIAL, THE MEDIAN TIME REMAINS BASED ON THE ORIGINAL FILING DATE AND THE DATE THE TRIAL WAS COMPLETED.

* TIME INTERVALS COMPUTED ONLY FOR 10 OR MORE TRIALS.