```
 1  PERKINS COIE LLP
    MICHAEL O. WARNECKE, IL Bar No. 2942291
 2  Email: MWarnecke@perkinscoie.com
    (Pro Hac Vice Application Pending)
 3  DEBRA R. BERNARD, IL Bar No. 6191217
    Email: DBernard@perkinscoie.com
 4  (Pro Hac Vice Application Pending)
    BRANDY R. MCMILLION, IL Bar No. 6294679
 5  Email: BMcMillion@perkinscoie.com
    (Pro Hac Vice Application Pending)
 6  131 South Dearborn Street, Suite 1700
    Chicago, IL  60603-5559
 7  Telephone: 312.324.8400
    Facsimile: 312.324.9400
 8
    PERKINS COIE LLP
 9  JASON YURASEK (SBN 202131)
    Email: JYurasek@perkinscoie.com
10  Four Embarcadero Center
    Suite 2400
11  San Francisco, CA 94111-4131
    Telephone: 415.344.7021
12  Facsimile: 415.344.7221
```

FILED
08 APR 11 PM 3:10

CLERK, U S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

Attorneys for Defendant

TOCAD AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOBY, INC., | Case No. 3:07-cv-06455-EDL |
| Plaintiff, | **APPLICATION FOR** |
| v. | **ADMISSION PRO HAC VICE** |
| TOCAD AMERICA, INC., | |
| Defendant. | |

Pursuant to Civil L.R. 11-3, Brandy R. McMillion, an active member in good standing of the bar of the Northern District of Illinois, hereby applies for admission to practice in the

APPLICATION FOR
ADMISSION PRO HAC VICE       -1-       Case No. C:07-cv-06455-EDL

1  Northern District of California on a pro hac vice basis representing Tocad America, Inc. in the
2  above-entitled action.
3        In support of this application, I certify on oath that:
4      1.    I am an active member in good standing of a United States Court or of the highest
5  court of another State or the District of Columbia, as indicated above;
6      2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local
7  Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar
8  with the Local Rules and the Alternative Dispute Resolution programs of this court; and
9      3.    An attorney who is a member of the bar of the Court in good standing and who
10 maintains an office within the State of California has been designated as co-counsel in the above-
11 entitled action. The name, address, and telephone number of that attorney is:

    Jason Yurasek
    Perkins Coie LLP
    Four Embarcadero Center, Suite 2400
    San Francisco, CA  94111-4131
    (415) 344-7021

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 9, 2008

By /s/ Brandy R. McMillion
BRANDY R. MCMILLION
Attorneys for Defendant
TOCAD AMERICA, INC.

APPLICATION FOR
ADMISSION PRO HAC VICE     -2-    Case No. C:07-cv-06455-EDL