```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611018093
Cashier ID: nudot
Transaction Date: 04/11/2008
Payer Name: San Francisco Legal Support,

------------------------------------
PRO HAC VICE
 For: Debra R. Bernard
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
PRO HAC VICE
 For: Michael O. Warnecke
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
PRO HAC VICE
 For: Brandy R. McMillion
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
------------------------------------
CHECK
 Check/Money Order Num: 35339
 Amt Tendered: $630.00
------------------------------------
Total Due:      $630.00
Total Tendered: $630.00
Change Amt:     $0.00

C-07-6455-EDL


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```