```
PERKINS COIE LLP
MICHAEL O. WARNECKE, IL Bar No. 2942291
Email: MWarnecke@perkinscoie.com
(Pro Hac Vice Application Pending)
DEBRA R. BERNARD, IL Bar No. 6191217
Email: DBernard@perkinscoie.com
(Pro Hac Vice Application Pending)
BRANDY R. MCMILLION, IL Bar No. 6294679
Email: BMcMillion@perkinscoie.com
(Pro Hac Vice Application Pending)
131 South Dearborn Street, Suite 1700
Chicago, IL  60603-5559
Telephone:  312.324.8400
Facsimile:  312.324.9400

PERKINS COIE LLP
JASON YURASEK (SBN 202131)
Email: JYurasek@perkinscoie.com
Four Embarcadero Center
Suite 2400
San Francisco, CA 94111-4131
Telephone:  415.344.7021
Facsimile:  415.344.7221
```

FILED

08 APR 11 PM 3: 09

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

Attorneys for Defendant

TOCAD AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOBY, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOCAD AMERICA, INC., <br><br> Defendant. | Case No. 3:07-cv-06455-EDL <br><br> **APPLICATION FOR ADMISSION PRO HAC VICE** |

Pursuant to Civil L.R. 11-3, Debra R. Bernard, an active member in good standing of the bar of the Northern District of Illinois, hereby applies for admission to practice in the Northern

APPLICATION FOR
ADMISSION PRO HAC VICE                    -1-                    Case No. C:07-cv-06455-EDL

District of California on a pro hac vice basis representing Tocad America, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this court; and

3. An attorney who is a member of the bar of the Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney is:

>   Jason Yurasek
>   Perkins Coie LLP
>   Four Embarcadero Center, Suite 2400
>   San Francisco, CA 94111-4131
>   (415) 344-7021

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 9, 2008

By _____
DEBRA R. BERNARD

Attorneys for Defendant
TOCAD AMERICA, INC.

APPLICATION FOR
ADMISSION PRO HAC VICE         -2-         Case No. C:07-cv-06455-EDL