| | |
|---|---|
| 1 | **PERKINS COIE LLP** |
|   | MICHAEL O. WARNECKE, IL Bar No. 2942291 |
| 2 | Email: MWarnecke@perkinscoie.com |
|   | *(Pro Hac Vice Application Pending)* |
| 3 | DEBRA R. BERNARD, IL Bar No. 6191217 |
|   | Email: DBernard@perkinscoie.com |
| 4 | *(Pro Hac Vice Application Pending)* |
|   | BRANDY R. MCMILLION, IL Bar No. 6294679 |
| 5 | Email: BMcMillion@perkinscoie.com |
|   | *(Pro Hac Vice Application Pending)* |
| 6 | 131 South Dearborn Street, Suite 1700 |
|   | Chicago, IL  60603-5559 |
| 7 | Telephone: 312.324.8400 |
|   | Facsimile: 312.324.9400 |
| 8 | |
|   | **PERKINS COIE LLP** |
| 9 | JASON YURASEK (SBN 202131) |
|   | Email: JYurasek@perkinscoie.com |
| 10 | Four Embarcadero Center |
|   | Suite 2400 |
| 11 | San Francisco, CA 94111-4131 |
|   | Telephone: 415.344.7021 |
| 12 | Facsimile: 415.344.7221 |

FILED

08 APR 11 PM 3: 10

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Defendant

TOCAD AMERICA, INC.

**ORIGINAL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOBY, INC., | Case No. 3:07-cv-06455-EDL |
| Plaintiff, | **APPLICATION FOR ADMISSION PRO HAC VICE** |
| v. | |
| TOCAD AMERICA, INC., | |
| Defendant. | |

Pursuant to Civil L.R. 11-3, Michael O. Warnecke, an active member in good standing of the bar of the Northern District of Illinois, hereby applies for admission to practice in the

| | | |
|---|---|---|
| APPLICATION FOR ADMISSION PRO HAC VICE | -1- | Case No. C:07-cv-06455-EDL |

1  Northern District of California on a pro hac vice basis representing Tocad America, Inc. in the
2  above-entitled action.
3      In support of this application, I certify on oath that:
4      1.    I am an active member in good standing of a United States Court or of the highest
5  court of another State or the District of Columbia, as indicated above;
6      2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local
7  Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar
8  with the Local Rules and the Alternative Dispute Resolution programs of this court; and
9      3.    An attorney who is a member of the bar of the Court in good standing and who
10 maintains an office within the State of California has been designated as co-counsel in the above-
11 entitled action. The name, address, and telephone number of that attorney is:

    Jason Yurasek
    Perkins Coie LLP
    Four Embarcadero Center, Suite 2400
    San Francisco, CA 94111-4131
    (415) 344-7021

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 9, 2008

By _____
MICHAEL O. WARNECKE

Attorneys for Defendant
TOCAD AMERICA, INC.