CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
KIMBERLY I. CULP (CSB NO. 238839)
kculp@fenwick.com
SALAM RAFEEDIE (CSB NO. 250191)
srafeedie@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   (650) 988-8500
Facsimile:   (650) 938-5200

Attorneys for Plaintiff
JOBY, INC.


MICHAEL O. WARNECKE
mwarnecke@perkinscoie.com
PERKINS COIE LLP
131 S. Dearborn Street,
Suite 1700
Chicago, IL 60603-5559
Telephone:   (312) 324-8587
Facsimile:   (312) 324-9587

Attorneys for Defendant
Tocad America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOBY, INC.,<br><br>             Plaintiff,<br><br>v.<br><br>TOCAD AMERICA, INC.,<br><br>             Defendant. | Case No. 3:07-CV-06455 (SI)<br><br>**STIPULATED REQUEST FOR CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE**<br><br>CMC Date:  April 18, 2008<br>Time:          2:00 p.m.<br>Courtroom: 10, 19th Floor<br>                The Honorable Susan Illston |

Pursuant to the Court's Case Management Conference Order, plaintiff Joby, Inc. ("Joby") and defendant Tocad America, Inc. ("Tocad") submit this Stipulated Request for Continuance of the Case Management Conference to accommodate Tocad's counsel's scheduling conflict.

Counsel for defendant Tocad, Michael Warnecke, is unable to attend the Case Management Conference currently scheduled for April 18, 2008. Mr. Warnecke will be in China for previously scheduled engagements from April 12, 2008 through April 23, 2008. This trip has been planned since early this year and cannot be rescheduled. He is scheduled to meet with clients from April 14, 2008 through April 17, 2008 and April 21, 2008 through April 23, 2008. He is also presenting before the Chongqing Municipal Science & Technology Bureau on April 18, 2008.

The parties respectfully request that the Case Management Conference be re-scheduled for May 2, 2008 or for any other date that is convenient to the Court's schedule.

Dated: April 4, 2008

Respectfully submitted,                                   Respectfully submitted,

By:  */s/ Virginia K. DeMarchi*                           By:  */s/ Michael O. Warnecke*
     Virginia K. DeMarchi                                      Michael O. Warnecke

Attorneys for Plaintiff                                   Attorneys for Defendants
JOBY, INC.                                                TOCAD AMERICA, INC.

IT IS SO ORDERED
[signature]
Judge Susan Illston

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Virginia K. DeMarchi, attest that concurrence in the filing of this document has been obtained from Michael O. Warnecke, counsel for defendant Tocad America, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of April, 2008 in Mountain View, California.

   */s/ Virginia K. DeMarchi*
   Virginia K. DeMarchi

25933/00402/LIT/1283293.1

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW