1  **PERKINS COIE LLP**
   MICHAEL O. WARNECKE, IL Bar No. 2942291
2  Email: MWarnecke@perkinscoie.com
   *(Pro Hac Vice Application Pending)*
3  DEBRA R. BERNARD, IL Bar No. 6191217
   Email: DBernard@perkinscoie.com
4  *(Pro Hac Vice Application Pending)*
   BRANDY R. MCMILLION, IL Bar No. 6294679
5  Email: BMcMillion@perkinscoie.com
   *(Pro Hac Vice Application Pending)*
6  131 South Dearborn Street, Suite 1700
   Chicago, IL  60603-5559
7  Telephone: 312.324.8400
   Facsimile: 312.324.9400
8
   **PERKINS COIE LLP**
9  JASON YURASEK (SBN 202131)
   Email: JYurasek@perkinscoie.com
10 Four Embarcadero Center
   Suite 2400
11 San Francisco, CA 94111-4131
   Telephone: 415.344.7021
12 Facsimile: 415.344.7221

13

14 Attorneys for Defendant

15 TOCAD AMERICA, INC.

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                    SAN FRANCISCO DIVISION

19

20 JOBY, INC.,                         Case No. 3:07-cv-06455-SI

21           Plaintiff,                **[PROPOSED] ORDER GRANTING MOTION TO ENLARGE TIME**

22      v.

23 TOCAD AMERICA, INC.,

24           Defendant.

25

26      Pursuant to Local Rule 6-3, Defendant Tocad moved for an order to change the date of the

27 hearing on Plaintiff's Motion for Preliminary Injunction scheduled for May 16, 2008.  Lead

28 Counsel for Defendant Tocad will be out of the country on May 16, 2008, the parties intend to

[PROPOSED] ORDER GRANTING MOTION TO ENLARGE TIME
Case No. 3:07-cv-06455-SI
64091-0006/LEGAL14180101.1

1 | conduct some discovery in connection with the motion and a May 16 hearing date does not
2 | provide ample opportunity to do so.  Tocad has requested that the hearing be continued to June
3 | 13, 2008, with Tocad's Opposition due May 16, 2008 and Joby's Reply due by May 30, 2008.
4 |     IT IS HEREBY ORDERED THAT:
5 |     1)    The hearing on Joby's Motion for Preliminary Injunction will be on June 13, 2008
6 | at 9:00 a.m.;
7 |     2)    Tocad's Opposition Brief is due by May 16, 2008;
8 |     3)    Joby's Reply Brief is due by May 30, 2008.
9 | Date: _____     By:_____
                                                                  Hon. Judge Susan Illston

[PROPOSED] ORDER GRANTING MOTION TO ENLARGE TIME
Case No. 3:07-cv-06455-SI
64091-0006/LEGAL14180101.1