1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Joby, Inc., | 07-06455 SI |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Tocad America, Inc., | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---

1    450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2    to an e-mail directed to adr@cand.uscourts.gov.

3

4         It is the responsibility of counsel to schedule an ADR Phone Conference, if

5    required, to occur before the Case Management Conference.

6

7

8    Dated: April 16, 2008

9                                              RICHARD W. WIEKING
                                               Clerk
10                                             by:    Timothy J. Smagacz

11

12                                             ADR Administrative Assistant
                                               415-522-4205
13                                             Tim_Smagacz@cand.uscourts.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

**PROOF OF SERVICE**

Case Name:          Joby, Inc. v. Tocad America, Inc.

Case Number:        07-06455 SI

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On April 16, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Virginia K. DeMarchi
> Fenwick & West LLP
> 801 California Street
> Silicon Valley Center
> Mountain View, CA 94041
> vdemarchi@fenwick.com
>
> Charlene Marie Morrow
> Fenwick & West LLP
> 801 California Street
> Silicon Valley Center
> Mountain View, CA 94041
> cmorrow@fenwick.com
>
> Kimberly Irene Culp
> Fenwick & West LLP
> 801 California Street
> Silicon Valley Center
> Mountain View, CA 94041
> kculp@fenwick.com

Salam Issam Rafeedie
Fenwick & West LLP
801 California Street
Silicon Valley Center
Mountain View, CA 94041
srafeedie@fenwick.com

Rachael Gayza Samberg
Fenwick & West LLP
801 California Street
Silicon Valley Center
Mountain View, CA 94041
rsamberg@fenwick.com

Jason A. Yurasek
Perkins Coie LLP
Four Embarcadero Center
Suite 2400
San Francisco, CA 94111-4067
jyurasek@perkinscoie.com

[ ] by Facsimile, I caused said documents to be transmitted to the following
parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully
prepaid in the United States Post Office Mail Box in San Francisco, California,
addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that
this declaration was executed on April 16, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

_Timothy Smagacz_
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov