UNITED STATES DISTRICT COURT

Northern District of California

JOBY, INC.,

Plaintiff(s),

v.

TOCAD AMERICA, INC.,

Defendant(s).
_____/

CASE NO.  3:07-CV-06455-EDL

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Michael O. Warnecke                                        , an active member in good standing of the bar of

the Northern District of Illinois                          whose business address and telephone number

(particular court to which applicant is admitted)

is

Perkins Coie LLP
131 S. Dearborn Street, Suite 1700, Chicago, IL 60603-5559
(312) 324-8400                                                                                                         ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing TOCAD AMERICA, INC.

IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States ~~Magistrate~~ Judge
Elizabeth D. Laporte

Case No. C:07-cv-06455-EDL