CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
KIMBERLY I. CULP (CSB NO. 238839)
kculp@fenwick.com
SALAM RAFEEDIE (CSB NO. 250191)
srafeedie@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     (650) 988-8500
Facsimile:      (650) 938-5200

Attorneys for Plaintiff
JOBY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOBY, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOCAD AMERICA, INC., <br><br> Defendant. | Case No. 3:07-CV-06455 (SI) <br><br> **DECLARATION OF VIRGINIA K. DEMARCHI IN SUPPORT OF JOBY, INC.'S OPPOSITION TO TOCAD AMERICA, INC.'S MOTION TO ENLARGE TIME** |

I, Virginia K. DeMarchi, declare as follows:

1. I am a partner with the law firm of Fenwick & West LLP and counsel to plaintiff Joby, Inc. ("Joby"). I make this declaration based upon my personal knowledge, and if called upon to testify, could and would testify competently to the matters set forth below.

2. Joby and Tocad representatives met in person with their respective counsel in mid-February 2008 to discuss this dispute. During that meeting Joby made a proposal for resolution of the dispute, and Tocad represented that it would share a proposed redesign of its flexible tripod before the parties' next meeting. At Tocad's request, the next meeting was scheduled for

1  March 14, 2008, as Tocad's representative, Richard Darrow, indicated that he already had plans
2  to be in San Francisco on that date.

3        3.    During the next few weeks following Joby's mid-February meeting with Tocad, I
4  made repeated requests of Tocad's counsel, Michael Warnecke, for images of Tocad's proposed
5  redesign, but received nothing.  On March 13, 2008, the day before the parties' next meeting was
6  to take place I received copies of drawings representing Tocad's proposed redesign.  Joby found
7  these drawings unacceptable, and I conveyed to Mr. Warnecke that, in light of what Tocad was
8  apparently proposing, Joby did not feel a further meeting would be productive.

9        4.    Joby served its complaint on Tocad on March 17, 2008 and filed its motion for a
10 preliminary injunction at about 1:00 p.m. on March 28, 2008 using the Court's ECF system.  At
11 my direction, copies of Joby's motion papers were emailed directly to Mr. Warnecke and hand-
12 delivered to his offices in Chicago that same afternoon.

13       5.    On March 31, 2008, I had a telephone call with Mr. Warnecke and his colleague
14 Debra Bernard.  Mr. Warnecke said that Tocad might require some discovery in order to oppose
15 Joby's motion for a preliminary injunction.  I asked Mr. Warnecke to let me know what
16 information Tocad required, and indicated I thought we should be able to work something out.
17 Mr. Warnecke also said that he would be traveling in mid-May and would be unavailable until
18 May 23.  He asked that Joby stipulate to scheduling the hearing on its motion for that date.

19       6.    A few days later, Ms. Bernard informed me that Mr. Warnecke would not be able
20 to prepare for a hearing on May 23, due to his travel schedule, and she asked that Joby stipulate to
21 a hearing on May 30.

22       7.    I spoke again by telephone with Ms. Bernard on April 8, 2008.  During that call, I
23 advised Ms. Bernard that Joby would agree to continue the hearing to May 30, but that in light of
24 the significant additional time that would be available to Tocad, Joby wanted an adjustment of the
25 briefing schedule to allow it time to take discovery of Tocad's declarants, if that turned out to be
26 necessary.  Accordingly, I proposed that Tocad file its opposition on May 2 and Joby file its reply
27 on May 16.  Ms. Bernard replied that Tocad would not agree to that modification of the briefing
28 schedule.

DEMARCHI DECL. ISO OF JOBY'S OPP. TO TOCAD MOTION TO ENLARGE TIME
CASE NO. 3:07-CV-06455 (SI)

2

8. To date, Tocad has not asked for the deposition of a single Joby witness. On April 7, 2008, Tocad served comprehensive written discovery requests on Joby, encompassing issues relating to both Joby's claim and Tocad's counterclaim, but it made no specific demands for expedited discovery of any particular information that it claims is necessary for opposing Joby's motion for a preliminary injunction.

9. In an effort to move things along, I sent a letter to Ms. Bernard on April 11, 2008. proposing that the parties exchange certain limited categories of information on an expedited basis. Attached hereto as Exhibit A is a true and correct copy of my letter.

10. Ms. Bernard replied to my letter on April 15, 2008, indicating an interest "in principle" in the expedited discovery I had proposed, but asking that we first stipulate to a protective order. Attached hereto as Exhibit B is a true and correct copy of her letter to me.

11. On April 16, 2008, I responded to Ms. Bernard's letter. Attached hereto as Exhibit C is a true and correct copy of my letter to her, without the enclosure.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 18th day of April, 2008, in Mountain View, California.

                                                               */s/ Virginia K. DeMarchi*
                                                               Virginia K. DeMarchi

*1284016*

DeMarchi Decl. ISO of Joby's Opp. to Tocad Motion to Enlarge Time
Case No. 3:07-CV-06455 (SI)

3