**PERKINS COIE LLP**
MICHAEL O. WARNECKE, IL Bar No. 2942291
Email: MWarnecke@perkinscoie.com
*(Pro Hac Vice Application Pending)*
DEBRA R. BERNARD, IL Bar No. 6191217
Email: DBernard@perkinscoie.com
*(Pro Hac Vice Application Pending)*
BRANDY R. MCMILLION, IL Bar No. 6294679
Email: BMcMillion@perkinscoie.com
*(Pro Hac Vice Application Pending)*
131 South Dearborn Street, Suite 1700
Chicago, IL  60603-5559
Telephone:  312.324.8400
Facsimile:  312.324.9400

**PERKINS COIE LLP**
JASON YURASEK (SBN 202131)
Email: JYurasek@perkinscoie.com
Four Embarcadero Center
Suite 2400
San Francisco, CA 94111-4131
Telephone:  415.344.7021
Facsimile:  415.344.7221

Attorneys for Defendant

TOCAD AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOBY, INC., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>TOCAD AMERICA, INC., <br><br>　　　　　Defendant. | Case No. 3:07-cv-06455-SI <br><br> **[PROPOSED] ORDER GRANTING MOTION TO ENLARGE TIME** |

　　Pursuant to Local Rule 6-3, Defendant Tocad moved for an order to change the date of the hearing on Plaintiff's Motion for Preliminary Injunction scheduled for May 16, 2008. Lead Counsel for Defendant Tocad will be out of the country on May 16, 2008, the parties intend to

[PROPOSED] ORDER GRANTING MOTION TO ENLARGE TIME
Case No. 3:07-cv-06455-SI
64091-0006/LEGAL14180101.1

1  ~~conduct some discovery in connection with the motion and a May 16 hearing date does not~~
2  ~~provide ample opportunity to do so. Tocad has requested that the hearing be continued to June~~
3  ~~13, 2008, with Tocad's Opposition due May 16, 2008 and Joby's Reply due by May 30, 2008.~~

   IT IS HEREBY ORDERED THAT:

   1)   The hearing on Joby's Motion for Preliminary Injunction will be on ~~June 13~~ May 30, 2008 at 9:00 a.m.;

   2)   Tocad's Opposition Brief is due by May ~~16~~ 9, 2008;

   3)   Joby's Reply Brief is due by May ~~30~~ 23, 2008.

   Date: _____     By: _____
                                          Hon. Judge Susan Illston

2

[PROPOSED] ORDER GRANTING MOTION TO ENLARGE TIME
Case No. 3:07-cv-06455-SI
64091-0006/LEGAL14180101.1