UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOBY, INC.,

                                         CASE NO. 3:07-CV-06455 (SI)

                Plaintiff(s),

    v.                                          NOTICE OF NEED FOR ADR PHONE
TOCAD AMERICA, INC.,                      CONFERENCE

                Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 5/14/2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Charlene Morrow | Plaintiff, Joby, Inc. | (650) 988-8500 | cmorrow@fenwick.com |
| Virginia DeMarchi | Plaintiff, Joby, Inc. | (650) 988-8500 | vdemarchi@fenwick.com |
| Michael Warnecke | Defendant, Tocad America, Inc. | (312) 324-8549 | mwarnecke@perkinscoie.com |
| Debra Bernard | Defendant, Tocad America, Inc. | (312) 324-8400 | dbernard@perkinscoie.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 4/25/08                                                    Kimberly Culp
                                                               Attorney for Plaintiff

Dated: 4/25/08                                                    Debra Bernard
                                                               Attorney for Defendant

Rev 12.05