1  CHARLENE M. MORROW (CSB NO. 136411)
   cmorrow@fenwick.com
2  VIRGINIA K. DEMARCHI (CSB NO. 168633)
   vdemarchi@fenwick.com
3  KIMBERLY I. CULP (CSB NO. 238839)
   kculp@fenwick.com
4  SALAM RAFEEDIE (CSB NO. 250191)
   srafeedie@fenwick.com
5  FENWICK & WEST LLP
   Silicon Valley Center
6  801 California Street
   Mountain View, CA  94041
7  Telephone:     (650) 988-8500
   Facsimile:     (650) 938-5200
8
   Attorneys for Plaintiff
9  JOBY, INC.

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13

14  JOBY, INC.,                          Case No. 3:07-CV-06455 (SI)

15              Plaintiff,               **[PROPOSED] ORDER GRANTING
                                         PLAINTIFF JOBY, INC.'S MOTION TO
16  v.                                   DISMISS DEFENDANT TOCAD
                                         AMERICA, INC.'S COUNTERCLAIMS**
17  TOCAD AMERICA, INC.,
                                         **Date:        June 6, 2008**
18              Defendant.               **Time:        9:00 a.m.**
                                         **Courtroom: 10, 19th Floor**
19                                                    **The Honorable Susan Illston**

20

21

22        Plaintiff Joby, Inc.'s ("Joby") Motion to Dismiss Defendant Tocad America, Inc's

23  ("Tocad") Counterclaims came on regularly for hearing before this Court on June 6, 2008, at

24  9:00 A.M., in Courtroom 10, 19th Floor.  Both Joby and Tocad were represented by counsel.

25  After full consideration of the briefs in support and in opposition thereto, all other papers

26  submitted in connection therewith, all other matters on file in this action and presented to the

27  Court, and having heard the arguments of counsel, and the Court having considered Joby's

28  Request for Judicial Notice in Support of Its Motion to Dismiss and decided to take judicial

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  notice of the facts in Joby's request,

2      IT IS HEREBY ORDERED that Joby's Motion is **GRANTED**, and all counterclaims

3  asserted in Tocad's Answer to Complaint Affirmative Defense and Counterclaim are

4  **DISMISSED**.

5

6      IT IS SO ORDERED.

7

8  Dated:_____, 2008

9                                          By:_____
                                                The Honorable Susan Illston
10                                              United States District Court Judge

11  12843

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

[[PROPOSED] ORDER GRANTING JOBY'S MOTION
TO DISMISS TOCAD'S COUNTERCLAIMS
CASE NO. 3:07-CV-06455 (SI)