CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
KIMBERLY I. CULP (CSB NO. 238839)
kculp@fenwick.com
SALAM RAFEEDIE (CSB NO. 250191)
srafeedie@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     (650) 988-8500
Facsimile:      (650) 938-5200

Attorneys for Plaintiff
JOBY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOBY, INC.,<br><br>             Plaintiff,<br><br>v.<br><br>TOCAD AMERICA, INC.,<br><br>             Defendant. | Case No. 3:07-CV-06455 (SI)<br><br>**DECLARATION OF VIRGINIA K. DEMARCHI IN SUPPORT OF JOBY, INC.'S REQUEST FOR JUDICIAL NOTICE AND MOTION TO DISMISS**<br><br>**Date:       June 6, 2008**<br>**Time:       9:00 a.m.**<br>**Courtroom: 10, 19th Floor**<br>**The Honorable Susan Illston** |

I, Virginia K. DeMarchi, hereby declare:

1.     I am an attorney duly admitted to practice in California and before this Court.  I am an attorney at the law firm of Fenwick & West, LLP in Mountain View, California, and have been retained as counsel for Plaintiff Joby, Inc. ("Joby"), in the above-captioned action.  Unless otherwise noted, I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the facts set forth herein.

2. Attached as **Exhibit A** is a true and correct copy of the Information Disclosure Statement for Patent Application No. 11/324,994 (Publication No. 20070154254) including JoeBen Bevirt's Declaration dated November 21, 2006, filed by Joby with the U.S. Patent and Trademark Office ("PTO").

3. Attached as **Exhibit B** is the final office action issued by the PTO on January 25, 2008 rejecting the pending claims of Patent Application No. 11/324,994 (Publication No. 20070154254).

4. Attached as **Exhibit C** is the response to the final rejection and request for continuing examination for Patent Application No. 11/324,994 (Publication No. 20070154254), filed by Joby with the PTO on April 18, 2008.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 30, 2008 at Mountain View, California.

*/s/Virginia K. DeMarchi*
Virginia K. DeMarchi