# Exhibit A



## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant(s):     J. Bevirt

Assignee:

Title:     Mounting Apparatus Using Ball and Socket Joints With Gripping Features

Serial No.:     11/324,994          Filing Date:     01/03/2006

Examiner:     Unknown          Group Art Unit:

Docket No.:     1040-US

Santa Cruz, California
November 20, 2006

COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, VA 22313-1450

## INFORMATION DISCLOSURE STATEMENT

Dear Sir,

This Information Disclosure Statement is provided with regard to the above-referenced application. A $180.00 fee in accordance with 37 CFR 1.17(p) is submitted in the same mailing.

A declaration signed by the inventor is attached. A copy of a published document is attached. The best available copy of the document has been provided.

The three independent claims, claims 1, 11, and 16, contain elements not disclosed or displayed in the materials submitted in this Information Disclosure Statement.

Should there be any question regarding this submission, please contact the undersigned at (831) 462-8270.

EXPRESS MAIL LABEL NO:

E B 0675 8309 8 US

Respectfully submitted,

Michael Guth

Michael A. Guth
Attorney for Applicant
Reg. No. 45,983

## DECLARATION

An apparatus was publicly displayed by the inventor of the present application, JoeBen Bevirt, and this may be of interest to the Examiner. The apparatus was displayed prior to one year before the filing date of the present application. The approximate date of the display was Spring 1996. The apparatus was displayed at Stanford University as part of a class presentation.

The apparatus consisted of a tripod with flexible legs. The tripod legs utilized a series of connectors having ball and socket features. The connectors had a groove machined into their outer periphery and an O-ring was placed in the groove. At the top of the tripod a threaded stud was embedded therein.

The apparatus did not have all of the features of any of the independent claims submitted with the application.

Applicant's Declaration:

> The undersigned being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements and the like may jeopardize the validity of the application, declares that all statements made of his/her own knowledge are true; and all statements made on information and belief are believed to be true.

JoeBen Bevirt _____

Date: __11/21/06__

*(Stamp: OIPE DEC 12 2006 PATENT & TRADEMARK)*

PTO/SB/21 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FORM

*(to be used for all correspondence after initial filing)*

| | |
|---|---|
| Application Number | 11/324,994 |
| Filing Date | 01/03/2006 |
| First Named Inventor | BEVIRT |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | 1040-US |

Total Number of Pages in This Submission

## ENCLOSURES    *(Check all that apply)*

- [✓] Fee Transmittal Form
  - [✓] Fee Attached
- [ ] Amendment/Reply
  - [ ] After Final
  - [ ] Affidavits/declaration(s)
- [ ] Extension of Time Request
- [ ] Express Abandonment Request
- [✓] Information Disclosure Statement
- [ ] Certified Copy of Priority Document(s)
- [ ] Reply to Missing Parts/ Incomplete Application
  - [ ] Reply to Missing Parts under 37 CFR 1.52 or 1.53

- [ ] Drawing(s)
- [ ] Licensing-related Papers
- [ ] Petition
- [ ] Petition to Convert to a Provisional Application
- [ ] Power of Attorney, Revocation Change of Correspondence Address
- [ ] Terminal Disclaimer
- [ ] Request for Refund
- [ ] CD, Number of CD(s) _____
  - [ ] Landscape Table on CD

- [ ] After Allowance Communication to TC
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to TC (Appeal Notice, Brief, Reply Brief)
- [ ] Proprietary Information
- [ ] Status Letter
- [ ] Other Enclosure(s) (please Identify below):

Remarks

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| | |
|---|---|
| Firm Name | |
| Signature | *Michael Guth* |
| Printed name | MICHAEL A. GUTH |
| Date | 11/27/2006 |
| Reg. No. | 45,983 |

## CERTIFICATE OF TRANSMISSION/MAILING

I hereby certify that this correspondence is being facsimile transmitted to the USPTO or deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on the date shown below: Express   EB 06558 3098 US

| | | |
|---|---|---|
| Signature | *Michael Guth* | 12/12/06 |
| Typed or printed name | MICHAEL A. GUTH | Date |

This collection of information is required by 37 CFR 1.5. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and1.14. This collection is estimated to 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA  22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

*(stamp: OIPE DEC 1 2 2006)*

PTO/SB/17 (07-06)
Approved for use through 01/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995  no persons are required to respond to a collection of information unless it displays a valid OMB control number

Effective on 12/08/2004.
Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818).

# FEE TRANSMITTAL
## For FY 2006

[✓] Applicant claims small entity status. See 37 CFR 1.27

| | | |
|---|---|---|
| **TOTAL AMOUNT OF PAYMENT** | ($) | 180. |

### Complete if Known

| | |
|---|---|
| Application Number | 11/324,994 |
| Filing Date | 01/03/2006 |
| First Named Inventor | BEVIRT |
| Examiner Name | |
| Art Unit | |
| Attorney Docket No. | 1040-US |

---

## METHOD OF PAYMENT (check all that apply)

[✓] Check [ ] Credit Card [ ] Money Order [ ] None [ ] Other (please identify): _____

[ ] Deposit Account   Deposit Account Number: _____   Deposit Account Name: _____

For the above-identified deposit account, the Director is hereby authorized to: (check all that apply)

[ ] Charge fee(s) indicated below        [ ] Charge fee(s) indicated below, **except for the filing fee**

[ ] Charge any additional fee(s) or underpayments of fee(s) under 37 CFR 1.16 and 1.17        [ ] Credit any overpayments

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

---

## FEE CALCULATION

### 1. BASIC FILING, SEARCH, AND EXAMINATION FEES

| Application Type | FILING FEES Fee ($) | FILING FEES Small Entity Fee ($) | SEARCH FEES Fee ($) | SEARCH FEES Small Entity Fee ($) | EXAMINATION FEES Fee ($) | EXAMINATION FEES Small Entity Fee ($) | Fees Paid ($) |
|---|---|---|---|---|---|---|---|
| Utility | 300 | 150 | 500 | 250 | 200 | 100 | _____ |
| Design | 200 | 100 | 100 | 50 | 130 | 65 | _____ |
| Plant | 200 | 100 | 300 | 150 | 160 | 80 | _____ |
| Reissue | 300 | 150 | 500 | 250 | 600 | 300 | _____ |
| Provisional | 200 | 100 | 0 | 0 | 0 | 0 | _____ |

### 2. EXCESS CLAIM FEES

| Fee Description | Fee ($) | Small Entity Fee ($) |
|---|---|---|
| Each claim over 20 (including Reissues) | 50 | 25 |
| Each independent claim over 3 (including Reissues) | 200 | 100 |
| Multiple dependent claims | 360 | 180 |

| Total Claims | Extra Claims | Fee ($) | Fee Paid ($) |
|---|---|---|---|
| _____ - 20 or HP = _____ | x _____ | = _____ | |

HP = highest number of total claims paid for, if greater than 20.

| Indep. Claims | Extra Claims | Fee ($) | Fee Paid ($) |
|---|---|---|---|
| _____ - 3 or HP = _____ | x _____ | = _____ | |

HP = highest number of independent claims paid for, if greater than 3.

**Multiple Dependent Claims**

| Fee ($) | Fee Paid ($) |
|---|---|
| _____ | _____ |

### 3. APPLICATION SIZE FEE

If the specification and drawings exceed 100 sheets of paper (excluding electronically filed sequence or computer listings under 37 CFR 1.52(e)), the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof.  See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

| Total Sheets | Extra Sheets | Number of each additional 50 or fraction thereof | Fee ($) | Fee Paid ($) |
|---|---|---|---|---|
| _____ - 100 = | _____ / 50 = | _____ (round up to a whole number)   x | _____ | = _____ |

### 4. OTHER FEE(S)

Fees Paid ($)

Non-English Specification,   $130 fee (no small entity discount)

Other (e.g., late filing surcharge): IDS _____ | 180.

---

## SUBMITTED BY

| Signature | *Michael Guth* | Registration No. (Attorney/Agent) 45,983 | Telephone 831 462-8270 |
|---|---|---|---|
| Name (Print/Type) | MICHAEL A. GUTH | | Date 12/8/06 |

This collection of information is required by 37 CFR 1.136. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/08B (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

## INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

| Complete if Known | |
|---|---|
| Application Number | 11/324,994 |
| Filing Date | 01/03/2006 |
| First Named Inventor | BEVIRT |
| Art Unit | |
| Examiner Name | |

| Sheet | 1 | of | 1 | Attorney Docket Number | 1040-US |
|---|---|---|---|---|---|

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | | JOEBEN BEVIRT, DECLARATION, NOVEMBER 21, 2006 | |
| | | JOEBEN BEVIRT, THE GORILLAPOD, SPRING 1996 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*