1  CHARLENE M. MORROW (CSB NO. 136411)
   cmorrow@fenwick.com
2  VIRGINIA K. DEMARCHI (CSB NO. 168633)
   vdemarchi@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA  94041
5  Telephone:     (650) 988-8500
   Facsimile:      (650) 938-5200
6
   Attorneys for Plaintiff
7  JOBY, INC.

8  MICHAEL O. WARNECKE (IL Bar No. 2942291)
   mwarnecke@perkinscoie.com
9  DEBRA R. BERNARD (IL Bar No. 619217)
   dbernard@perkinscoie.com
10 PERKINS COIE LLP
   131 S. Dearborn Street, Suite 1700
11 Chicago, IL 60603-5559
   Telephone:     (312) 324-8587
12 Facsimile:      (312) 324-9587

13 JASON YURASEK (CSB No. 202131)
   jyurasek@perkinscoie.com
14 PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
15 San Francisco, CA 94111-4131
   Telephone:     (415) 344-7021
16 Facsimile:      (415) 344-7221

17 Attorneys for Defendant
   TOCAD AMERICA, INC.
18

19                       UNITED STATES DISTRICT COURT

20                     NORTHERN DISTRICT OF CALIFORNIA

21                            SAN FRANCISCO DIVISION

22

23 | JOBY, INC.,                    | Case No. 3:07-CV-06455 (SI)
24 |          Plaintiff,            | **STIPULATION RE JOBY, INC.'S MOTION FOR PRELIMINARY INJUNCTION**
25 | v.                             |
26 | TOCAD AMERICA, INC.,           |
27 |          Defendant.            |
28

On March 28, 2008, plaintiff Joby, Inc. ("Joby") filed a motion for a preliminary injunction against defendant Tocad America, Inc. ("Tocad"). The motion is currently set for hearing on May 30, 2008.

The parties have negotiated a resolution of Joby's request for injunctive relief regarding Tocad's FlexPod and FlexPod Plus products existing in the marketplace as of the date of this Stipulation.

Accordingly, pursuant to Civil L.R. 7-12, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. Tocad will not create, produce, distribute, ship, import, sell, advertise, market or promote its existing FlexPod line of camera support products (including those sold under other brand names) after May 30, 2008.

2. Tocad will not create, produce, ship or import its existing FlexPod Plus line of camera support products (including those sold under other brand names) after May 30, 2008.

3. Tocad will not distribute, sell, advertise, market or promote its existing FlexPod Plus line of camera support products (including those sold under other brand names) after July 15, 2008.

4. In reliance on the foregoing, Joby stipulates that its motion for preliminary injunction no longer requires decision by the Court and may be taken off the hearing calendar.

Dated: May 6, 2008                    FENWICK & WEST LLP


                                      By:    /s/Virginia K. DeMarchi
                                              Virginia K. DeMarchi

                                      Attorneys for Plaintiff
                                      JOBY, INC.

/ / /

/ / /

/ / /

/ / /

Dated: May 6, 2008                    PERKINS COIE LLP

By:   */s/Debra R. Bernard*
     Debra R. Bernard

Attorneys for Defendant
TOCAD AMERICA, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2008

By: _____
    The Honorable Susan Illston
    United States District Court Judge

## ATTESTATION

I, Virginia K. DeMarchi, attest that concurrence in the filing of this document has been obtained from Debra R. Bernard, counsel for defendant Tocad America, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of May, 2008 in Mountain View, California.

      */s/ Virginia K. DeMarchi*
      Virginia K. DeMarchi