CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiff
JOBY, INC.

MICHAEL O. WARNECKE (IL Bar No. 2942291)
mwarnecke@perkinscoie.com
DEBRA R. BERNARD (IL Bar No. 619217)
dbernard@perkinscoie.com
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Telephone: (312) 324-8587
Facsimile: (312) 324-9587

JASON YURASEK (CSB No. 202131)
jyurasek@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: (415) 344-7021
Facsimile: (415) 344-7221

Attorneys for Defendant
TOCAD AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOBY, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOCAD AMERICA, INC., <br><br> Defendant. | Case No. 3:07-CV-06455 (SI) <br><br> **STIPULATION RE JOBY, INC.'S MOTION FOR PRELIMINARY INJUNCTION** |

On March 28, 2008, plaintiff Joby, Inc. ("Joby") filed a motion for a preliminary injunction against defendant Tocad America, Inc. ("Tocad"). The motion is currently set for hearing on May 30, 2008.

The parties have negotiated a resolution of Joby's request for injunctive relief regarding Tocad's FlexPod and FlexPod Plus products existing in the marketplace as of the date of this Stipulation.

Accordingly, pursuant to Civil L.R. 7-12, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. Tocad will not create, produce, distribute, ship, import, sell, advertise, market or promote its existing FlexPod line of camera support products (including those sold under other brand names) after May 30, 2008.

2. Tocad will not create, produce, ship or import its existing FlexPod Plus line of camera support products (including those sold under other brand names) after May 30, 2008.

3. Tocad will not distribute, sell, advertise, market or promote its existing FlexPod Plus line of camera support products (including those sold under other brand names) after July 15, 2008.

4. In reliance on the foregoing, Joby stipulates that its motion for preliminary injunction no longer requires decision by the Court and may be taken off the hearing calendar.

Dated: May 6, 2008                    FENWICK & WEST LLP


                                      By:    /s/Virginia K. DeMarchi
                                             Virginia K. DeMarchi

                                      Attorneys for Plaintiff
                                      JOBY, INC.

/ / /

/ / /

/ / /

/ / /

Dated: May 6, 2008                PERKINS COIE LLP

By: /s/Debra R. Bernard
     Debra R. Bernard

Attorneys for Defendant
TOCAD AMERICA, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____, 2008

By: /s/ Susan Illston
    The Honorable Susan Illston
    United States District Court Judge

ATTESTATION

I, Virginia K. DeMarchi, attest that concurrence in the filing of this document has been obtained from Debra R. Bernard, counsel for defendant Tocad America, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of May, 2008 in Mountain View, California.

                /s/ Virginia K. DeMarchi
                Virginia K. DeMarchi