UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 5/14/08

Case No.   C-7-6455SI            Judge:   SUSAN ILLSTON

Title: JOBY INC., -v- TOCAD AMERICA

Attorneys: C. Morrow, V. Demarchi        D. Chiappetta, D. Bernard

Deputy Clerk:  Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2) 

3) 

Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                       PART

Case continued to **8/15/08   @ 2:30 p.m.** for Further Case Management Conference

Case continued to **12/19/08   @ 9:00 a.m.**   for Motions
(Motion due **11/14/08**, Opposition **11/28/081** Reply **2/5/08**)

Case continued to **1/27/09   @ 3:30 p.m.**  for Pretrial Conference

Case continued to **2/9/09   @ 8:30 a.m.**  for Trial (Jury:   Days)
Discovery Cutoff: aAugust 29, 2008  Designate Experts by: 9/12/08, Rebuttal Experts:9/29/08, Expert Discovery Cutoff:10/31/08

ORDERED AFTER HEARING: This case shall be referred to Magistrate-Judge Laporte, Chen or Spero  for Settlement.  The settlement conference shall occur by the end of June 30, 3008.

The filing deadline of the opposition to the motion to dismiss has been extended to May 23, 2008.

CC: Wings

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 5/14/08

Case No.   C-7-6455SI            Judge:   SUSAN ILLSTON

Title: JOBY INC., -v- TOCAD AMERICA

Attorneys: C. Morrow, V. Demarchi        D. Chiappetta, D. Bernard

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to **8/15/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **12/19/08    @ 9:00 a.m.**   for Motions
(Motion due **11/14/08**, Opposition **11/28/081** Reply **2/5/08**)

Case continued to **1/27/09    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **2/9/09    @ 8:30 a.m.**  for Trial (Jury:   Days)
Discovery Cutoff: aAugust 29, 2008  Designate Experts by: 9/12/08, Rebuttal Experts:9/29/08, Expert Discovery Cutoff:10/31/08

ORDERED AFTER HEARING: This case shall be referred to Magistrate-Judge Laporte, Chen or Spero  for Settlement.  The settlement conference shall occur by the end of June 30, 3008.

The filing deadline of the opposition to the motion to dismiss has been extended to May 23, 2008.

CC: Wings