IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOBY INC, | No. C 07-06455 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| TOCAD AMERICA INC., | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>August 15, 2008</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>August 29, 2008</u>.

DESIGNATION OF EXPERTS: <u>9/12/08</u>; REBUTTAL: <u>9/29/08</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>October 31, 2008</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>November 14, 2008</u>;

    Opp. Due <u>November 28, 2008</u>;   Reply Due <u>December 5, 2008</u>;

    and set for hearing no later than <u>December 19, 2008</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>January 27, 2009</u> at <u>3:30 PM</u>.

JURY  TRIAL DATE: <u>February 9, 2009</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

This case shall be referred to Magistrate-Judge Laporte, Chen or Spero  for Settlement.  The settlement conference shall occur by the end of June 30, 3008.

The filing deadline of the opposition to the motion to dismiss has been extended to May 23, 2008.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge