1   **PERKINS COIE LLP**
    MICHAEL O. WARNECKE (IL Bar No. 2942291)
2   Email: MWarnecke@perkinscoie.com
    DEBRA R. BERNARD (IL Bar No. 6191217)
3   Email: DBernard@perkinscoie.com
    BRANDY R. MCMILLION (IL Bar No. 6294679)
4   Email: BMcMillion@perkinscoie.com
    131 South Dearborn Street, Suite 1700
5   Chicago, IL 60603-5559
    Telephone: 312.324.8400
6   Facsimile: 312.324.9400

7   JASON YURASEK (CSB No. 202131)
    Email: JYurasek@perkinscoie.com
8   Four Embarcadero Center
    Suite 2400
9   San Francisco, CA 94111-4131
    Telephone: 415.344.7021
10  Facsimile: 415.344.7221

11  Attorneys for Defendant
    TOCAD AMERICA, INC.

12
    **FENWICK & WEST LLP**
13  CHARLENE M. MORROW (CSB No. 136411)
    Email: cmorrow@fenwick.com
14  VIRGINIA K. DEMARCHI (CSB No. 168633)
    Email: vdemarchi@fenwick.com
15  Silicon Valley Center
    801 California Street
16  Mountain View, CA 9404 1
    Telephone: (650)988-8500
17  Facsimile: (650) 93 8-5200

18  Attorneys for Plaintiff
    JOBY, INC.

19
                    UNITED STATES DISTRICT COURT
20
                   NORTHERN DISTRICT OF CALIFORNIA
21
                      SAN FRANCISCO DIVISION
22
    JOBY, INC.,                          Case No. 3:07-cv-06455-SI
23
                    Plaintiff,           **STIPULATED DISMISSAL OF TOCAD'S**
24                                       **COUNTERCLAIMS**
            v.
25
    TOCAD AMERICA, INC.,
26
                    Defendant.
27

28

    STIPULATED DISMISSAL OF TOCAD'S COUNTERCLAIMS
    Case No. 3:07-cv-06455-SI
    64091-0006/LEGAL14289540.2

1    On April 7, 2008, Defendant Tocad America, Inc. ("Tocad") filed a Counterclaim

2  containing three claims of relief against Plaintiff Joby, Inc. ("Joby").  On April 30, 2008, Joby

3  filed a Motion to Dismiss Tocad's Counterclaims.  The motion was noticed for hearing on June 6,

4  2008.  At the Case Management Conference held on May 14, 2008, the Court ordered Tocad to

5  file a response to Joby's motion by May 23, 2008.

6    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties

7  stipulate and agree that Tocad's Counterclaims are hereby dismissed without prejudice and Joby

8  hereby withdraws its previously filed Motion to Dismiss Tocad's Counterclaims without

9  prejudice, and each party agrees to bear its own fees and costs in relation to the same.

10

11  Dated: May 21, 2008                    **PERKINS COIE LLP**

12                                         By: __/s/ Jason Yurasek_____
                                                Jason Yurasek
13                                         Attorneys for Defendant
                                           TOCAD AMERICA, INC.
14

15  Dated: May 21, 2008                    **FENWICK & WEST LLP**

16                                         By: ___/s/ Virginia K. DeMarchi__
                                                Virginia K. DeMarchi
17                                         Attorneys for Plaintiff
                                           JOBY, INC.
18

19

20                              **ATTESTATION**

21    I, Jason Yurasek, attest that concurrence in the filing of this document has been obtained

22  by Virginia K. DeMarchi, counsel for Plaintiff Joby, Inc.

    I declare under penalty of perjury that the foregoing is true and correct.  Executed this 21st
23
    day of May, 2008 in Mountain View, California.
24

25                                         __/s/ Jason Yurasek_____
                                                Jason Yurasek
26

27

28

STIPULATED DISMISSAL OF TOCAD'S COUNTERCLAIMS
Case No. 3:07-cv-06455-SI
64091-0006/LEGAL14289540.2