1 | **PERKINS COIE LLP**
MICHAEL O. WARNECKE (IL Bar No. 2942291)
Email: MWarnecke@perkinscoie.com
DEBRA R. BERNARD (IL Bar No. 6191217)
Email: DBernard@perkinscoie.com
BRANDY R. MCMILLION (IL Bar No. 6294679)
Email: BMcMillion@perkinscoie.com
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Telephone: 312.324.8400
Facsimile: 312.324.9400

JASON YURASEK (CSB No. 202131)
Email: JYurasek@perkinscoie.com
Four Embarcadero Center
Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7021
Facsimile: 415.344.7221

Attorneys for Defendant
TOCAD AMERICA, INC.

**FENWICK & WEST LLP**
CHARLENE M. MORROW (CSB No. 136411)
Email: cmorrow@fenwick.com
VIRGINIA K. DEMARCHI (CSB No. 168633)
Email: vdemarchi@fenwick.com
Silicon Valley Center
801 California Street
Mountain View, CA 9404 1
Telephone: (650)988-8500
Facsimile: (650) 93 8-5200

Attorneys for Plaintiff
JOBY, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOBY, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOCAD AMERICA, INC., <br><br> Defendant. | Case No. 3:07-cv-06455-SI <br><br> **STIPULATED REQUEST FOR CONTINUANCE OF THE SETTLEMENT CONFERENCE** |

STIPULATED REQUEST FOR CONTINUANCE OF THE SETTLEMENT CONFERENCE
Case No. 3:07-cv-06455-SI

64091-0006/LEGAL14321738.1

1     Pursuant to the Court's Settlement Conference Order entered on May 20, 2008, the parties submit this Stipulated Request for Continuance of the Settlement Conference to accommodate scheduling conflicts.  The Court's Order required both lead trial counsel and the parties to be present at the Settlement Conference on June 23, 2008.  Lead trial counsel for Defendant Tocad, Mike Warnecke, will be out of the country on June 23, 2008 for previously scheduled engagements.  He is scheduled to meet with clients and will be presenting before the IP Business Congress in Amsterdam.

    Accordingly, pursuant to Civil L.R. **7-**12, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

    1)     In accordance with the Judge's schedule, the Settlement Conference will be held on Friday July 25, 2008 at 9:30 a.m. in Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102;

    2)     Settlement Conference Statements shall be lodged by hard copy only with Judge Chen's Chambers by July 11, 2008.

    3)     All other provisions of the May 20, 2008 Notice of Settlement Conference and Settlement Conference Order remain in effect.

Dated: May 28, 2008                    **PERKINS COIE LLP**

                                               By: __/s/ Debra R. Bernard_____
                                                      Debra R. Bernard
                                            Attorneys for Defendant
                                            TOCAD AMERICA, INC.

Dated: May 28, 2008                    **FENWICK & WEST LLP**

                                               By: ___/s/ Virginia K. DeMarchi_____
                                                      Virginia K. DeMarchi
                                            Attorneys for Plaintiff
                                            JOBY, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____      By:_____
                                                                                         Hon. Judge Edward M. Chen
                                                                                         United States Magistrate Judge

**<u>ATTESTATION</u>**

     I, Debra R. Bernard, attest that concurrence in the filing of this document has been obtained by Virginia K. DeMarchi, counsel for Plaintiff Joby, Inc.

     I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of May, 2008 in Chicago, Illinois.

                                                  __/s/ Debra R. Bernard_____
                                                        Debra R. Bernard

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of California that, on May 28, 2008, she caused **STIPULATED REQUEST FOR CONTINUANCE OF THE SETTLEMENT CONFERENCE** to be served on the persons listed below in the manner shown:

Virginia K. DeMarchi
  VDeMarchi@fenwick.com
Charlene M. Morrow
  cmorrow@fenwick.com
Kimberly I. Kulp
  kculp@fenwick.com
Salam I. Rafeedie
  srafeedie@fenwick.com

FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountainview, CA  94041

☐  United States Mail, First Class

☒  By E-Mail

☐  By Facsimile

☒  By eFiling

Dated at Chicago, Illinois, this 28th day of May, 2008.

                                            __/s/ Debra R. Bernard_____
                                                  Debra R. Bernard

STIPULATED REQUEST FOR CONTINUANCE OF THE SETTLEMENT CONFERENCE
Case No. 3:07-cv-06455-SI

64091-0006/LEGAL14321738.1