| | |
|---|---|
| 1 | **PERKINS COIE LLP** |
|   | MICHAEL O. WARNECKE (IL Bar No. 2942291) |
| 2 | Email: MWarnecke@perkinscoie.com |
|   | DEBRA R. BERNARD (IL Bar No. 6191217) |
| 3 | Email: DBernard@perkinscoie.com |
|   | BRANDY R. MCMILLION (IL Bar No. 6294679) |
| 4 | Email: BMcMillion@perkinscoie.com |
|   | 131 South Dearborn Street, Suite 1700 |
| 5 | Chicago, IL 60603-5559 |
|   | Telephone: 312.324.8400 |
| 6 | Facsimile: 312.324.9400 |
| 7 | JASON YURASEK (CSB No. 202131) |
|   | Email: JYurasek@perkinscoie.com |
| 8 | Four Embarcadero Center |
|   | Suite 2400 |
| 9 | San Francisco, CA 94111-4131 |
|   | Telephone: 415.344.7021 |
| 10 | Facsimile: 415.344.7221 |
| 11 | Attorneys for Defendant |
|    | TOCAD AMERICA, INC. |
| 12 | |
|    | **FENWICK & WEST LLP** |
| 13 | CHARLENE M. MORROW (CSB No. 136411) |
|    | Email: cmorrow@fenwick.com |
| 14 | VIRGINIA K. DEMARCHI (CSB No. 168633) |
|    | Email: vdemarchi@fenwick.com |
| 15 | Silicon Valley Center |
|    | 801 California Street |
| 16 | Mountain View, CA 9404 1 |
|    | Telephone: (650)988-8500 |
| 17 | Facsimile: (650) 93 8-5200 |
| 18 | Attorneys for Plaintiff |
|    | JOBY, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOBY, INC., | Case No. 3:07-cv-06455-SI |
| Plaintiff, | **STIPULATED REQUEST FOR CONTINUANCE OF THE SETTLEMENT CONFERENCE ; ORDER THEREON** |
| v. | |
| TOCAD AMERICA, INC., | |
| Defendant. | |

STIPULATED REQUEST FOR CONTINUANCE OF THE SETTLEMENT CONFERENCE
Case No. 3:07-cv-06455-SI

64091-0006/LEGAL14321738.1

1  Pursuant to the Court's Settlement Conference Order entered on May 20, 2008, the parties submit this Stipulated Request for Continuance of the Settlement Conference to accommodate scheduling conflicts. The Court's Order required both lead trial counsel and the parties to be present at the Settlement Conference on June 23, 2008. Lead trial counsel for Defendant Tocad, Mike Warnecke, will be out of the country on June 23, 2008 for previously scheduled engagements. He is scheduled to meet with clients and will be presenting before the IP Business Congress in Amsterdam.

Accordingly, pursuant to Civil L.R. **7-**12, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1) In accordance with the Judge's schedule, the Settlement Conference will be held on Friday July 25, 2008 at 9:30 a.m. in Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102;

2) Settlement Conference Statements shall be lodged by hard copy only with Judge Chen's Chambers by July 11, 2008.

3) All other provisions of the May 20, 2008 Notice of Settlement Conference and Settlement Conference Order remain in effect.

Dated: May 28, 2008                **PERKINS COIE LLP**

By: __/s/ Debra R. Bernard_____
     Debra R. Bernard
Attorneys for Defendant
TOCAD AMERICA, INC.

Dated: May 28, 2008                **FENWICK & WEST LLP**

By: ___/s/ Virginia K. DeMarchi_____
     Virginia K. DeMarchi
Attorneys for Plaintiff
JOBY, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _May 29, 2008_____    By:_____
                                             Chen
                                             _____ Judge

*(Stamp: IT IS SO ORDERED / Judge Edward M. Chen / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)*

**<u>ATTESTATION</u>**

I, Debra R. Bernard, attest that concurrence in the filing of this document has been obtained by Virginia K. DeMarchi, counsel for Plaintiff Joby, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of May, 2008 in Chicago, Illinois.

　　　　　　　　　　　　　　　　　　　　__/s/ Debra R. Bernard_____
　　　　　　　　　　　　　　　　　　　　　　Debra R. Bernard

---

3
STIPULATED REQUEST FOR CONTINUANCE OF THE SETTLEMENT CONFERENCE
Case No. 3:07-cv-06455-SI

64091-0006/LEGAL14321738.1

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury under the laws of the State of California that, on May 28, 2008, she caused **STIPULATED REQUEST FOR CONTINUANCE OF THE SETTLEMENT CONFERENCE** to be served on the persons listed below in the manner shown:

Virginia K. DeMarchi
  VDeMarchi@fenwick.com
Charlene M. Morrow
  cmorrow@fenwick.com
Kimberly I. Kulp
  kculp@fenwick.com
Salam I. Rafeedie
  srafeedie@fenwick.com

FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountainview, CA  94041

☐   United States Mail, First Class

☒   By E-Mail

☐   By Facsimile

☒   By eFiling

Dated at Chicago, Illinois, this 28th day of May, 2008.

　　　　　　　　　　　　　　　　　　　　　__/s/ Debra R. Bernard_____
　　　　　　　　　　　　　　　　　　　　　　　　Debra R. Bernard

---

4
STIPULATED REQUEST FOR CONTINUANCE OF THE SETTLEMENT CONFERENCE
Case No. 3:07-cv-06455-SI

64091-0006/LEGAL14321738.1