CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:    (650) 988-8500
Facsimile:    (650) 938-5200

Attorneys for Plaintiff
JOBY, INC.

MICHAEL O. WARNECKE (IL Bar No. 2942291)
mwarnecke@perkinscoie.com
DEBRA R. BERNARD (IL Bar No. 619217)
dbernard@perkinscoie.com
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Telephone:    (312) 324-8587
Facsimile:    (312) 324-9587

JASON YURASEK (CSB No. 202131)
jyurasek@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone:    (415) 344-7021
Facsimile:    (415) 344-7221

Attorneys for Defendant
TOCAD AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOBY, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>TOCAD AMERICA, INC.,<br><br>                    Defendant. | Case No. 3:07-CV-06455 (SI)<br><br>**STIPULATION RE JOBY, INC.'S MOTION FOR PRELIMINARY INJUNCTION** |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    On March 28, 2008, plaintiff Joby, Inc. ("Joby") filed a motion for a preliminary

2 injunction against defendant Tocad America, Inc. ("Tocad").  The motion is currently set for

3 hearing on May 30, 2008.

4    The parties have negotiated a resolution of Joby's request for injunctive relief regarding

5 Tocad's FlexPod and FlexPod Plus products existing in the marketplace as of the date of this

6 Stipulation.

7    Accordingly, pursuant to Civil L.R. 7-12, THE PARTIES HEREBY STIPULATE AS

8 FOLLOWS:

9    1.    Tocad will not create, produce, distribute, ship, import, sell, advertise, market or

10 promote its existing FlexPod line of camera support products (including those sold under other

11 brand names) after May 30, 2008.

12    2.    Tocad will not create, produce, ship or import its existing FlexPod Plus line of

13 camera support products (including those sold under other brand names) after May 30, 2008.

14    3.    Tocad will not distribute, sell, advertise, market or promote its existing FlexPod

15 Plus line of camera support products (including those sold under other brand names) after July 15,

16 2008.

17    4.    In reliance on the foregoing, Joby stipulates that its motion for preliminary

18 injunction no longer requires decision by the Court and may be taken off the hearing calendar.

19

20 Dated: May 6, 2008                    FENWICK & WEST LLP

21

22                                    By:    /s/Virginia K. DeMarchi
                                            Virginia K. DeMarchi
23

24                                    Attorneys for Plaintiff
                                      JOBY, INC.
25 / / /

26 / / /

27 / / /

28 / / /

FENWICK & WEST LLP
ATTORNEYS  AT LAW
MOUNTAIN VIEW

STIPULATION RE JOBY'S MOTION FOR PRELIMINARY INJUNCTION                    2
CASE NO. 3:07-CV-06455 (SI)

Dated: May 6, 2008                        PERKINS COIE LLP


By:   */s/Debra R. Bernard*
      Debra R. Bernard

Attorneys for Defendant
TOCAD AMERICA, INC.



PURSUANT TO STIPULATION, IT IS SO ORDERED.



Dated:_____, 2008


By:_____
          The Honorable Susan Illston
          United States District Court Judge


ATTESTATION

I, Virginia K. DeMarchi, attest that concurrence in the filing of this document has been obtained from Debra R. Bernard, counsel for defendant Tocad America, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of May, 2008 in Mountain View, California.


      */s/ Virginia K. DeMarchi*
      Virginia K. DeMarchi

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW