# Fenwick
### FENWICK & WEST LLP

SILICON VALLEY CENTER   801 CALIFORNIA STREET   MOUNTAIN VIEW, CA 94041
TEL 650.988.8500   FAX 650.938.5200   WWW.FENWICK.COM

May 22, 2008

VIRGINIA K. DEMARCHI                                                                                       EMAIL VDEMARCHI@FENWICK.COM
                                                                                                            DIRECT DIAL (650) 335-7967

**VIA U.S. MAIL**

Michael Worswick, President
Photographic Research Organization, Inc.
360 Tunxis Hill Road
Fairfield, CT 06825

    Re:    Joby *Gorillapod*

Dear Mr. Worswick:

    As you know, we represent Joby, Inc. In prior correspondence with your company, Joby has demanded that PRO cease all distribution, sale and advertising of the "Promaster Robopod" tripod, which is a knock-off of Joby's Gorillapod®. PRO has not responded to these demands and continues to offer the Promaster Robopod in violation of Joby's intellectual property rights.

    We have previously given notice that one of Joby's utility patent applications has been published by the U.S. Patent and Trademark Office (*see* application no. 11/324,994; publication no. 20070154254). Please consider this formal notice that another of Joby's utility patent applications has also been published (*see* application no. 11/801,234; publication no. 20070212163). PRO's continued use, sale, offer for sale, making, or importation of the Promaster Ropod subject PRO to the risk of potential liability for royalties up through the time of the patent's issuance. *See* 35 U.S.C. § 154(d).

    Please be advised that Joby has recently taken legal action in federal court against Tocad America, Inc. for trade dress infringement, unfair competition and false advertising. In that action, Joby filed a motion seeking a preliminary injunction against Tocad's continued distribution and sale of its existing FlexPod and FlexPod Plus camera supports. Tocad did not file an opposition to Joby's motion, but instead entered into a stipulation in which it agreed to stop selling its existing FlexPod and FlexPod Plus camera supports. A copy of this stipulation is enclosed. Other knock-off distributors have agreed to stop distributing and selling without the need for legal action. We hope and expect that PRO will do the same.

    We would appreciate receiving PRO's response to Joby's demands no later than **June 2, 2008**. Should PRO fail to respond, Joby will avail itself of other options for protecting its intellectual property rights, including without limitation the commencement of legal action seeking damages for PRO's sales of the Promaster Robopod.

Michael Worswick, President
Photographic Research Organization, Inc.
May 22, 2008
Page 2

If you have any questions, please contact me directly at (650) 335-7967.

Sincerely,

FENWICK & WEST LLP

*Virginia K. DeMarchi*

Virginia K. DeMarchi

Enclosure

25933/00400/LIT/1285595.1