**PERKINS COIE LLP**
MICHAEL O. WARNECKE, IL Bar No. 2942291
Email: MWarnecke@perkinscoie.com
*(Admitted Pro Hac Vice)*
DEBRA R. BERNARD, IL Bar No. 6191217
Email: DBernard@perkinscoie.com
*(Admitted Pro Hac Vice)*
BRANDY R. MCMILLION, IL Bar No. 6294679
Email: BMcMillion@perkinscoie.com
*(Admitted Pro Hac Vice)*
131 South Dearborn Street, Suite 1700
Chicago, IL  60603-5559
Telephone:  312.324.8400
Facsimile:  312.324.9400

**PERKINS COIE LLP**
JASON YURASEK (SBN 202131)
Email: JYurasek@perkinscoie.com
Four Embarcadero Center
Suite 2400
San Francisco, CA 94111-4131
Telephone:  415.344.7021
Facsimile:  415.344.7221

Attorneys for Defendant

TOCAD AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOBY, INC.,<br><br>              Plaintiff,<br><br>     v.<br><br>TOCAD AMERICA, INC.,<br><br>              Defendant. | Case No. 3:07-cv-06455-SI<br><br>**NOTICE OF MOTION AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:    August 22, 2008<br>Time:    9:00 a.m.<br>Place:   SF Courtroom 10, 19th Floor.<br>Judge:   Susan Illston |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure Rule 56, Defendant ToCAD America, Inc. will move, and hereby does move, for summary judgment on all counts of Plaintiff's Complaint.

This motion shall be heard on August 22, 2008 at 9:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Susan Illston, in SF Courtroom 10, located at 450 Golden Gate Avenue, 19th Floor, San Francisco, California 94102. This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities which will be submitted in support of the Motion, the record on file in this action, and such evidence as may be presented at the hearing of this motion.

Date:   June 17, 2008

By:   /s/ Brandy R. McMillion
Brandy R. McMillion
PERKINS COIE LLP
Four Embarcadero Center
Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7021
Facsimile: 415.344.7221
JYurasek@perkinscoie.com

Michael O. Warnecke, IL Bar No. 2942291
Debra R. Bernard, Bar IL No. 6191217
Brandy McMillion, IL Bar No. 6294679
(Admitted Pro Hac Vice)
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL  60603-5559
Telephone:  312.324.8400
Facsimile:  312.324.9400
MWarnecke@perkinscoie.com
DBernard@perkinscoie.com
BMcMillion@perkinscoie.com

Attorneys for Defendant

NOTICE OF MOTION AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 3:07-cv-06455-SI
64091-0006/LEGAL14387785.1