1 | **PERKINS COIE LLP**
MICHAEL O. WARNECKE (IL Bar No. 2942291)
2 | Email: MWarnecke@perkinscoie.com
DEBRA R. BERNARD (IL Bar No. 6191217)
3 | Email: DBernard@perkinscoie.com
BRANDY R. MCMILLION (IL Bar No. 6294679)
4 | Email: BMcMillion@perkinscoie.com
131 South Dearborn Street, Suite 1700
5 | Chicago, IL 60603-5559
Telephone: 312.324.8400
6 | Facsimile: 312.324.9400

7 | JASON YURASEK (CSB No. 202131)
Email: JYurasek@perkinscoie.com
8 | Four Embarcadero Center
Suite 2400
9 | San Francisco, CA 94111-4131
Telephone: 415.344.7021
10 | Facsimile: 415.344.7221

11 | Attorneys for Defendant
TOCAD AMERICA, INC.

12 | **FENWICK & WEST LLP**
13 | CHARLENE M. MORROW (CSB No. 136411)
Email: cmorrow@fenwick.com
14 | VIRGINIA K. DEMARCHI (CSB No. 168633)
Email: vdemarchi@fenwick.com
15 | Silicon Valley Center
801 California Street
16 | Mountain View, CA 9404 1
Telephone: (650)988-8500
17 | Facsimile: (650) 93 8-5200

18 | Attorneys for Plaintiff
JOBY, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOBY, INC., | Case No. 3:07-cv-06455-SI |
| Plaintiff, | **STIPULATED REQUEST TO FILE UNDER SEAL** |
| v. | |
| TOCAD AMERICA, INC., | |
| Defendant. | |

STIPULATED REQUEST TO FILE UNDER SEAL
Case No. 3:07-cv-06455-SI

Pursuant to Northern District of California Local Rules 7-11, 7-12, 79-5, and the Standing Order of Judge Illston, the parties, by and through their attorneys of record, stipulate that ToCAD America, Inc. may file under seal Exhibit B (JOBY000013-21, 314-329), Exhibit C (TOC00818-827, 838), Exhibit T (TOCE0002252) and Exhibit Y (JOBY000022-32) to the Declaration of Brandy McMillion ("McMillion Declaration"), paragraphs 4 and 26 of the McMillion Declaration submitted in Support of Defendant's Motion for Summary Judgment and page 22 of the Memorandum in Support of Defendant's Motion for Summary Judgment, both of which refer to information in those Exhibits.

**IT IS SO STIPULATED:**

Dated: June 20, 2008			**PERKINS COIE LLP**

					By:  ___/s/ Debra R. Bernard_____
					      Debra R. Bernard
					Attorneys for Defendant
					TOCAD AMERICA, INC.

Dated: June 20, 2008			**FENWICK & WEST LLP**

					By:  ___/s/ Virginia K. DeMarchi_____
					      Virginia K. DeMarchi
					Attorneys for Plaintiff
					JOBY, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:  _____		By:_____
					      Hon. Judge Susan Illston
					      United States District Judge

2
STIPULATED REQUEST TO FILE UNDER SEAL
Case No. 3:07-cv-06455-SI

## ATTESTATION

I, Debra R. Bernard, attest that concurrence in the filing of this document has been obtained by Virginia K. DeMarchi, counsel for Plaintiff Joby, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of June, 2008 in Chicago, Illinois.

                                          /s/ Debra R. Bernard
                                            Debra R. Bernard

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Illinois that, on June 20, 2008, she caused **STIPULATED REQUEST TO FILE UNDER SEAL** to be served on the persons listed below in the manner shown:

Virginia K. DeMarchi
VDeMarchi@fenwick.com
Charlene M. Morrow
cmorrow@fenwick.com
Kimberly I. Kulp
kculp@fenwick.com
Salam I. Rafeedie
srafeedie@fenwick.com

FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountainview, CA  94041

☐ United States Mail, First Class

☒ By E-Mail

☐ By Facsimile

☒ By eFiling

Dated at Chicago, Illinois, this 20th day of June, 2008.

                                                              /s/ Debra R. Bernard
                                                                 Debra R. Bernard

64091-0006/LEGAL14398318.1