**PERKINS COIE LLP**
MICHAEL O. WARNECKE, IL Bar No. 2942291
Email: MWarnecke@perkinscoie.com
*(Admitted Pro Hac Vice)*
DEBRA R. BERNARD, IL Bar No. 6191217
Email: DBernard@perkinscoie.com
*(Admitted Pro Hac Vice)*
BRANDY R. MCMILLION, IL Bar No. 6294679
Email: BMcMillion@perkinscoie.com
*(Admitted Pro Hac Vice)*
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Telephone: 312.324.8400
Facsimile: 312.324.9400

**PERKINS COIE LLP**
JASON YURASEK (SBN 202131)
Email: JYurasek@perkinscoie.com
Four Embarcadero Center
Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7021
Facsimile: 415.344.7221

Attorneys for Defendant

TOCAD AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOBY, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOCAD AMERICA, INC., <br><br> Defendant. | Case No. 3:07-cv-06455-SI <br><br> **DECLARATION OF BRANDY R. MCMILLION IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** <br><br> **[REDACTED PUBLIC VERSION OF DOCUMENT SUBMITTED UNDER SEAL]** |

I, Brandy R. McMillion, declare as follows:

1. I am an associate at Perkins Coie LLP and counsel to Defendant ToCAD America, Inc. ("Tocad"). I make this declaration based on my personal knowledge and if called as a witness I am competent to testify to the matters set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of the Stipulation re Joby's Motion for Preliminary Injunction, entered by the Court on May 6, 2008.

3. Attached hereto as Exhibit B are true and correct copies of the financial information produced by Joby during discovery, JOBY000013-JOBY000021, JOBY000314-JOBY000329. These documents show that the first sale of the Gorillapod occurred in February 2006. See JOBY000020, JOBY000316. The first sale of a colored Gorrilapod was in August 2007. See JOBY000019, JOBY000325.

4. Attached hereto as Exhibit C are true and correct copies of the financial information produced by Tocad during discovery, TOC00818-TOC00827, TOC00838. These documents show that the first sale of the Flexpod was in October 2006. See TOC00819. The first sale of a colored Flexpod was in November 2006. See TOC00819. Document No. TOC00838 shows that the total gross profits for the sale of all Tocad Flexpod and Flexpod Plus units are           on sales of   **REDACTED**

5. Attached hereto as Exhibit D is a true and correct copy of the Declaration of JoeBen Bevirt in Support of Joby's Motion for Preliminary Injunction, filed with the Court on March 28, 2008.

6. Attached hereto as Exhibit E are true and correct copies of screenshots from Joby's website, www.joby.com. These screenshots were captured and printed on June 19, 2008.

7. Attached hereto as Exhibit F is a true and correct copy of a document produced by Joby during discovery, JOBY000177. This document is a product overview of the Joby Gorillapod.

8. Attached hereto as Exhibit G is a true and correct copy of Joby's Response to Tocad's First Set of Interrogatories, served on May 9, 2008.

9.  Attached hereto as <u>Exhibit H</u> are true and correct copies of two drawings of Tocad redesign efforts which were rejected by Joby.

10. Attached hereto as <u>Exhibit I</u> is a true and correct copy of a document produced by Joby during discovery, JOBY000176. This document includes a photograph of the colored versions of the Gorillapod.

11. Attached hereto as <u>Exhibit J</u> is a true and correct copy of the United States Patent Application Publication, US2007/0154254, filed with the United States Patent and Trademark Office on January 3, 2006.

12. Attached hereto as <u>Exhibit K</u> is a true and correct copy of the United States Patent Application Publication, US2007/0212163, filed with the United States Patent and Trademark Office on May 9, 2007.

13. Attached hereto as <u>Exhibit L</u> is a true and correct copy of the Information Disclosure Statement and Declaration of Inventor JoeBen Bevirt, filed with the United States Patent and Trademark Office on November 20, 2006.

14. Attached hereto as <u>Exhibit M</u> are true and correct copies of Joby's amended claims to US2007/0154254, filed with the United States Patent and Trademark Office on July 7, 2007 and February 22, 2008.

15. Attached hereto as <u>Exhibit N</u> is a true and correct copy of Joby's Preliminary Amendment to the claims of US2007/0212163, filed with the United States Patent and Trademark Office on March 5, 2008.

16. Attached hereto as <u>Exhibit O</u> is a true and correct copy of a letter dated October 1, 2007 sent to Photographic Research Organization, Inc. from Rachael Samberg of Fenwick & West, LLP, counsel for Joby, Inc.

17. Attached hereto as <u>Exhibit P</u> is a true and correct copy of a document produced by Tocad during discovery, TOC00029. This document is a photograph of the Flexpod unit in its original packaging.

18. Attached hereto as <u>Exhibit Q</u> are true and correct copies of screenshots from the Tocad website, www.tocad.com. These screenshots were captured and printed on June 19, 2008.

- 3 -

1    19.    Attached hereto as <u>Exhibit R</u> is a true and correct copy of a letter dated September 6, 2007 sent to Michael O. Warnecke of Perkins Coie LLP, counsel for Tocad. This letter is from Virginia K. DeMarchi of Fenwick & West LLP, counsel to Joby, Inc.

20.   Attached hereto as <u>Exhibit S</u> are true and correct copies of a letter dated December 21, 2007 sent to Michael O. Warnecke of Perkins Coie LLP, counsel for Tocad America, Inc. and a letter dated May 22, 2008 sent to Photographic Research Organization, Inc. Both of these letters are from Virginia K. DeMarchi of Fenwick & West LLP, counsel to Joby, Inc.

21.   Attached hereto as <u>Exhibit T</u> is a true and correct copy of a document produced by Tocad during discovery, TOCE0002252. This document is a photograph of the Flexpod Plus.

22.   Attached hereto as <u>Exhibit U</u> is a true and correct copy of a document produced by Tocad during discovery, TOC00150. This document is a photograph of the colored version of the Flexpod.

23.   Attached hereto as <u>Exhibit V</u> is a true and correct copy of a document produced by Joby during discovery, JOBY000150. This document is an advertisement for the Joby Gorillapod.

24.   Attached hereto as <u>Exhibit W</u> are true and correct copies of documents produced by Joby during discovery, JOBY000072, JOBY000075 and JOBY000078. These documents are additional advertisements for the Joby Gorillapod.

25.   Attached hereto as <u>Exhibit X</u> is a compilation of photographs of various packaging displays for consumer products. These photographs were taken by the undersigned at a Best Buy in Chicago, Illinois on June 17, 2008.

///
///
///
///
///
///

- 4 -
DECLARATION OF BRANDY R. MCMILLION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
Case No. 3:07-cv-06455-SI

26. Attached hereto as <u>Exhibit Y</u> are true and correct copies of Income Statements produced by Joby during discovery, JOBY000022-JOBY000032. These documents show that "6360 Marketing Expenses" from February 2006 to September 2006 equal          . <u>See</u> JOBY000032. Additionally, expenses for "6355 Tradeshow General" from February 2006 to September 2006 equal         . These amounts total         , accounting for money spent by Joby on marketing and trade shows prior to the introduction of the Flexpod.  **REDACTED**

Date: June 20, 2008            By: /s/ Brandy R. McMillion
                                   Brandy R. McMillion
                                   Perkins Coie LLP

                                   Attorneys for Defendant
                                   TOCAD AMERICA, INC.

64091-0006/LEGAL14398884.1

- 5 -

DECLARATION OF BRANDY R. MCMILLION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
Case No. 3:07-cv-06455-SI