# EXHIBIT A

1  CHARLENE M. MORROW (CSB NO. 136411)
   cmorrow@fenwick.com
2  VIRGINIA K. DEMARCHI (CSB NO. 168633)
   vdemarchi@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA  94041
5  Telephone:     (650) 988-8500
   Facsimile:     (650) 938-5200
6
   Attorneys for Plaintiff
7  JOBY, INC.

8  MICHAEL O. WARNECKE (IL Bar No. 2942291)
   mwarnecke@perkinscoie.com
9  DEBRA R. BERNARD (IL Bar No. 619217)
   dbernard@perkinscoie.com
10 PERKINS COIE LLP
   131 S. Dearborn Street, Suite 1700
11 Chicago, IL 60603-5559
   Telephone:     (312) 324-8587
12 Facsimile:     (312) 324-9587

13 JASON YURASEK (CSB No. 202131)
   jyurasek@perkinscoie.com
14 PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
15 San Francisco, CA 94111-4131
   Telephone:     (415) 344-7021
16 Facsimile:     (415) 344-7221

17 Attorneys for Defendant
   TOCAD AMERICA, INC.
18

19              UNITED STATES DISTRICT COURT

20             NORTHERN DISTRICT OF CALIFORNIA

21               SAN FRANCISCO DIVISION

22

23 JOBY, INC.,                        | Case No. 3:07-CV-06455 (SI)

24            Plaintiff,              | **STIPULATION RE JOBY, INC.'S**
                                       **MOTION FOR PRELIMINARY**
25 v.                                  **INJUNCTION**

26 TOCAD AMERICA, INC.,

27            Defendant.

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    On March 28, 2008, plaintiff Joby, Inc. ("Joby") filed a motion for a preliminary

2    injunction against defendant Tocad America, Inc. ("Tocad").  The motion is currently set for

3    hearing on May 30, 2008.

4        The parties have negotiated a resolution of Joby's request for injunctive relief regarding

5    Tocad's FlexPod and FlexPod Plus products existing in the marketplace as of the date of this

6    Stipulation.

7        Accordingly, pursuant to Civil L.R. 7-12, THE PARTIES HEREBY STIPULATE AS

8    FOLLOWS:

9        1.    Tocad will not create, produce, distribute, ship, import, sell, advertise, market or

10   promote its existing FlexPod line of camera support products (including those sold under other

11   brand names) after May 30, 2008.

12       2.    Tocad will not create, produce, ship or import its existing FlexPod Plus line of

13   camera support products (including those sold under other brand names) after May 30, 2008.

14       3.    Tocad will not distribute, sell, advertise, market or promote its existing FlexPod

15   Plus line of camera support products (including those sold under other brand names) after July 15,

16   2008.

17       4.    In reliance on the foregoing, Joby stipulates that its motion for preliminary

18   injunction no longer requires decision by the Court and may be taken off the hearing calendar.

19

20   Dated: May 6, 2008                    FENWICK & WEST LLP

21

22                                         By:    /s/Virginia K. DeMarchi
                                                  Virginia K. DeMarchi
23
                                           Attorneys for Plaintiff
24                                         JOBY, INC.

25   ///

26   ///

27   ///

28   ///

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

Dated: May 6, 2008                              PERKINS COIE LLP


                                                By:  /s/Debra R. Bernard
                                                     Debra R. Bernard

                                                Attorneys for Defendant
                                                TOCAD AMERICA, INC.




PURSUANT TO STIPULATION, IT IS SO ORDERED.



Dated:_____, 2008


                                                By:_____
                                                     The Honorable Susan Illston
                                                     United States District Court Judge



## ATTESTATION

I, Virginia K. DeMarchi, attest that concurrence in the filing of this document has been

obtained from Debra R. Bernard, counsel for defendant Tocad America, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th

day of May, 2008 in Mountain View, California.


                                                _____/s/ Virginia K. DeMarchi_____
                                                     Virginia K. DeMarchi

# EXHIBIT B

### <u>MANUAL FILING NOTIFICATION</u>

Regarding:    DECLARATION OF BRANDY R. MCMILLION IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT


This exhibit is filed in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).


**THIS EXHIBIT WAS NOT EFILED BECAUSE IT IS PROVISIONALLY UNDER SEAL.**

# EXHIBIT C

## MANUAL FILING NOTIFICATION

Regarding:    DECLARATION OF BRANDY R. MCMILLION IN SUPPORT OF
              DEFENDANT'S MOTION FOR SUMMARY JUDGMENT


This exhibit is filed in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).


**THIS EXHIBIT WAS NOT EFILED BECAUSE IT IS PROVISIONALLY UNDER SEAL.**