# EXHIBIT L

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant(s):       J. Bevirt

Assignee:

Title:              Mounting Apparatus Using Ball and Socket Joints With Gripping
                    Features

Serial No.:         11/324,994            Filing Date:        01/03/2006

Examiner:           Unknown               Group Art Unit:

Docket No.:         1040-US

Santa Cruz, California
November 20, 2006

COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, VA 22313-1450

### INFORMATION DISCLOSURE STATEMENT

Dear Sir,

    This Information Disclosure Statement is provided with regard to the above-referenced application. A $180.00 fee in accordance with 37 CFR 1.17(p) is submitted in the same mailing.

    A declaration signed by the inventor is attached. A copy of a published document is attached. The best available copy of the document has been provided.

    The three independent claims, claims 1, 11, and 16, contain elements not disclosed or displayed in the materials submitted in this Information Disclosure Statement.

    Should there be any question regarding this submission, please contact the undersigned at (831) 462-8270.

EXPRESS MAIL LABEL NO:

E B 0658 8309 8 US

Respectfully submitted,

*Michael Guth*

Michael A. Guth
Attorney for Applicant
Reg. No. 45,983

12/13/2006 EAREGAY1 00000091 11324994
01 FC:1806                    180.00 OP

-1-                              Serial No. 11/324,994

# DECLARATION

An apparatus was publicly displayed by the inventor of the present application, JoeBen Bevirt, and this may be of interest to the Examiner. The apparatus was displayed prior to one year before the filing date of the present application. The approximate date of the display was Spring 1996. The apparatus was displayed at Stanford University as part of a class presentation.

The apparatus consisted of a tripod with flexible legs. The tripod legs utilized a series of connectors having ball and socket features. The connectors had a groove machined into their outer periphery and an O-ring was placed in the groove. At the top of the tripod a threaded stud was embedded therein.

The apparatus did not have all of the features of any of the independent claims submitted with the application.

Applicant's Declaration:

The undersigned being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements and the like may jeopardize the validity of the application, declares that all statements made of his/her own knowledge are true; and all statements made on information and belief are believed to be true.

JoeBen Bevirt     _____

Date:   11/21/06   _____

# EXHIBIT M

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicant(s): | J. Bevirt |
| Assignee: | |
| Title: | Mounting Apparatus Using Ball and Socket Joints With Gripping Features |

| | | | |
|---|---|---|---|
| Serial No.: | 11/324,994 | Filing Date: | 01/03/2006 |
| Examiner: | E. Garcia | Group Art Unit: | 3679 |
| Docket No.: | 1040-US | | |

Santa Cruz, California
July 7, 2007

COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, VA 22313-1450

### RESPONSE TO OFFICE ACTION

Dear Sir,

This is a response to the Office Action with a mailing date of June 19, 2007.

An Amendments to the Claims section begins on page 2.

An Amendments to the Specification section begins of page 6.

A Remarks section begins on page 9.

08/02/2007 SSITHIB1 00000033 11324994
01 FC:2201                100.00 OP

## AMENDMENTS TO THE CLAIMS

1. (Cancelled)

2. (Cancelled)

3. (Cancelled)

4. (Cancelled)

5. (Cancelled)

6. (Cancelled)

7. (Cancelled)

8. (Cancelled)

9. (Cancelled)

10. (Cancelled)

11. (Currently amended)  A connector comprising:

a connector body, said connector body comprising:

  a first end portion;

Serial No.  11/324,994

a second end portion; ~~and~~

a longitudinal axis extending from said first end portion to said second end portion;

a socket engaging end surface at said first end portion, said socket engaging end surface being the external surface at said first end portion;

an internal socket receiving cavity at said second end portion<u>, wherein said second end portion comprises a plurality of grooves along its outer periphery</u>; and

a gripping portion, <u>wherein </u>said gripping portion ~~co-molded to said connector~~ <u>overlays said plurality of grooves.</u>

12. (Cancelled)

13. (Cancelled)

14. (Currently amended) The connector of claim ~~13~~ <u>11 </u>wherein <u>said </u>gripping portion is a circumferential ring.

15. (Original) The connector of claim 14 wherein said gripping portion comprises a rubber compound.

16. (Cancelled)

17. (New) The connector of claim 11 wherein said gripping portion is co-molded to said second end portion.

18. (New) A connector comprising:

Serial No. 11/324,994

a connector body, said connector body comprising:

a first end portion;

a second end portion;

a longitudinal axis extending from said first end portion to said second end portion;

a spherical socket engaging end surface at said first end portion, said spherical socket engaging end surface being the external surface at said first end portion;

an internal socket receiving cavity adapted to receive a spherical socket engaging end surface at said second end portion; and

a gripping portion, said gripping portion comprising a circumferential ring, said gripping portion located along the exterior of said internal socket receiving cavity, the midpoint of said gripping portion along said longitudinal axis closer to said first end portion than the widest point of said second end portion.

19. (New) The connector of claim 18 wherein the external surface of said internal socket receiving cavity comprises a groove, and wherein said gripping portion overlays said groove.

20. (New) The connector of claim 18 wherein the external surface of said internal socket receiving cavity comprises a plurality of grooves, and wherein said gripping portion overlays said plurality of grooves.

21. (New) A connector comprising:

a connector body, said connector body comprising:

a first end portion;

a second end portion; ~~and~~

a longitudinal axis extending from said first end portion to said second end portion;

-4-

Serial No.  11/324,994

a socket engaging end surface at said first end portion, said socket engaging end surface being the external surface at said first end portion;

an internal socket receiving cavity at said second end portion, wherein said second end portion comprises a groove along its outer periphery, wherein said has two sides and a bottom, said two sides perpendicular to said bottom; and

a gripping portion, wherein said gripping portion overlays said groove.

22. (New) The connector of claim 21 wherein said bottom of said groove is parallel to said longitudinal axis.

23. (New)  The connector of claim 21 wherein said gripping portion comprises a circumferential ring.

24. (New)  The connector of claim 23 wherein said gripping portion is of a rubberized material.

25. (New)  A connector comprising:

a connector body, said connector body comprising:

a first end portion;

a second end portion, wherein said second end portion comprises a groove along its outer periphery; and

a longitudinal axis extending from said first end portion to said second end portion;

a spherical socket engaging end surface at said first end portion, said socket engaging end surface being the external surface at said first end portion;

Serial No.  11/324,994

an internal socket receiving cavity at said second end portion, said internal socket receiving cavity adapted to receive said spherical socket engaging end surface of an identical second connector; and

a gripping portion, wherein said gripping portion overlays said plurality of grooves.

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant(s):     J. Bevirt

Assignee:

Title:            Mounting Apparatus Using Ball and Socket Joints With Gripping
                  Features

Serial No.:       11/324,994          Filing Date:      01/03/2006

Examiner:         E. Garcia           Group Art Unit:   3679

Docket No.:       1040-US

Santa Cruz, California
February 22, 2008

COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, VA 22313-1450

### REQUEST FOR CONTINUING EXAMINATION

Dear Sir,

This is a response to the Office Action with a mailing date of February 1, 2008.

An Amendments to the Claims section begins on page 2.

An Amendments to the Specification section begins of page 8.

A Remarks section begins on page 9.

04/21/2008 CCHAU1    00000035 11324994
01 FC:2801                405.00 OP

-1-                    Serial No.  11/324,994

## AMENDMENTS TO THE CLAIMS

1. (Cancelled)

2. (Cancelled)

3. (Cancelled)

4. (Cancelled)

5. (Cancelled)

6. (Cancelled)

7. (Cancelled)

8. (Cancelled)

9. (Cancelled)

10. (Cancelled)

11. (Currently amended)  A ~~connector comprising:~~ plurality of connector bodies adapted for use in the leg of a camera tripod, each of said connector bodies comprising:

~~a connector body, said connector body comprising:~~

a first end portion;

a second end portion; and

a longitudinal axis extending from said first end portion to said second end portion; wherein each of said first end portion and said second end portion includes

a socket engaging end surface ~~at said first end portion, said socket engaging end surface being the~~ as an external surface thereof ~~at said first end portion;~~ or

an internal socket receiving cavity ~~at said second end portion, wherein said second end portion comprises~~ having a plurality of grooves along its outer periphery; and

a ~~gripping portion,~~ wherein ~~said~~ a gripping portion overlays said plurality of grooves.


12. (Cancelled)


13. (Cancelled)


14. (Previously presented)  The connector of claim 11 wherein said gripping portion is a circumferential ring.


15. (Original)  The connector of claim 14 wherein said gripping portion comprises a rubber compound.


16. (Cancelled)


17. (Previously presented)  The connector of claim 11 wherein said gripping portion is co-molded to said second end portion.


-3-                     Serial No.  11/324,994

18. (Currently amended)  A connector ~~adapted for use in the leg of a camera tripod, said~~ ~~connector~~ comprising:

a connector body, said connector body comprising:

    a first end portion;

    a second end portion;

    a longitudinal axis extending from said first end portion to said second end portion;

    a spherical socket engaging end surface at said first end portion, said spherical socket engaging end surface being ~~the~~ an external surface at said first end portion;

    an internal socket receiving cavity ~~adapted to receive a spherical socket engaging end~~ ~~surface~~ at said second end portion; and

    a gripping portion, said gripping portion comprising a circumferential ring, said gripping portion located along the exterior of said internal socket receiving cavity, ~~the~~ a midpoint of said gripping portion along said longitudinal axis being ~~closer to~~ farther from the end of said ~~first~~ second end portion than ~~the widest~~ a wide point of said second end portion.

19. (Currently amended)  The connector of claim 18 wherein the external surface of said internal socket receiving cavity ~~comprises~~ includes a groove, and wherein said gripping portion overlays said groove.

20. (Previously presented)  The connector of claim 18 wherein the external surface of said internal socket receiving cavity comprises a plurality of grooves, and wherein said gripping portion overlays said plurality of grooves.

21. (Currently amended) A connector comprising:

a connector body, said connector body comprising:

-4-          Serial No.  11/324,994

a first end portion;

a second end portion; ~~and~~

a longitudinal axis extending from said first end portion to said second end portion;

a socket engaging end surface at said first end portion, said socket engaging end surface being ~~the~~ an external surface at said first end portion;

an internal socket receiving cavity at said second end portion, wherein said second end portion comprises a groove along its outer periphery, wherein said groove has two sides and a bottom, said two sides perpendicular to said bottom; and

a gripping portion, wherein said gripping portion overlays said groove.


22. (Previously presented) The connector of claim 21 wherein said bottom of said groove is parallel to said longitudinal axis.


23. (Previously presented) The connector of claim 21 wherein said gripping portion comprises a circumferential ring.


24. (Previously presented) The connector of claim 23 wherein said gripping portion is of a rubberized material.


25. (Currently amended) A connector comprising:

a connector body, said connector body comprising:

a first end portion;

a second end portion, wherein said second end portion comprises a ~~groove~~ plurality of grooves along its outer periphery; and

a longitudinal axis extending from said first end portion to said second end portion;

a spherical socket engaging end surface at said first end portion, said socket engaging end surface being the an external surface at said first end portion;

an internal socket receiving cavity at said second end portion, said internal socket receiving cavity adapted to receive said spherical socket engaging end surface of an identical second connector; and

a gripping portion, wherein said gripping portion overlays said plurality of grooves.

26. (New) A camera tripod leg, comprising a plurality of coupled connector bodies, each of said connector bodies including:

a first end portion;

a second end portion; and

a longitudinal axis extending from said first end portion to said second end portion wherein each of said first end portion and said second end portion includes either

a socket engaging end surface as an external surface thereof, said socket engaging end surface being adapted to connect to an internal socket receiving cavity, or

an internal socket receiving cavity having a plurality of grooves along its outer periphery, said internal socket receiving cavity being adapted to connect to a socket engaging end surface, and wherein a gripping portion overlays said plurality of grooves.

27. (New) A tripod leg, comprising a plurality of coupled connector bodies, each of said connector bodies including:

a first end portion;

a second end portion;

a longitudinal axis extending from said first end portion to said second end portion;

a spherical socket engaging end surface at said first end portion, said spherical socket engaging end surface being an external surface at said first end portion;

an internal socket receiving cavity at said second end portion; and

a gripping portion, said gripping portion comprising a circumferential ring, said gripping portion located along the exterior of said internal socket receiving cavity, a midpoint of said gripping portion along said longitudinal axis being farther from the end of said second end portion than ~~the~~ a wide point of said second end portion.


28. (New)  A connector adapted to be coupled in series with two of more similar
       connectors to help form a leg of a tripod, said connector comprising:

a first end portion adapted to be coupled to an end portion of a first of said two or more similar connectors to help form a leg of a tripod;

a second end portion adapted to be coupled to an end portion of a second of said two or more similar connectors to help form a leg of a tripod; and

a longitudinal axis extending from said first end portion to said second end portion wherein each of said first portion and said second end portion includes either

a socket engaging end surface as an external surface thereof, said socket engaging end surface being adapted to connect to an internal socket receiving cavity, or

an internal socket receiving cavity having a plurality of grooves along its outer periphery, said internal socket receiving cavity being adapted to connect to a socket engaging end surface, and wherein a gripping portion overlays said plurality of grooves.

Serial No.  11/324,994

# EXHIBIT N

*PATENT*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: BEVIRT | Attorney Docket No.: 1095-US/JOBYP002C1 |
| Application No.: 11/801,234 | Examiner: Tan Le |
| Filed: May 9, 2007 | Group: 3632 |
| Title: MOUNTING APPARATUS USING BALL AND SOCKET JOINTS WITH GRIPPING FEATURES | Confirmation No.: 1988 |

CERTIFICATE OF EFS-WEB TRANSMISSION
I hereby certify that this correspondence is being transmitted electronically through EFS-WEB to the Commissioner for Patents, P.O. Box 1450 Alexandria, VA 22313-1450 on March 5, 2008.
Signed: _____ /swx/ _____
                                    Susan W. Xu

## PRELIMINARY AMENDMENT

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

    Prior to examination on the merits, please enter the following amendments for the above-captioned patent application.

    **Amendments to the Claims** are reflected in the Listing of Claims, which begins on page 2 of this paper, and which replaces all prior versions and listings of claims in this application.

    **Remarks** begin on page 8 of this paper.

**LISTING OF CLAIMS:**

1. (Original)  An apparatus comprising:

a body portion;

a plurality of flexible legs, said flexible legs comprising a first end and a second end, said first end connected to said body portion;

an interconnect portion connected to said body portion; wherein said body portion comprises:

a plurality of internal socket receiving cavities distributed around a vertical central axis, said plurality of internal socket receiving cavities adapted to receive said flexible legs, wherein said plurality of internal socket receiving cavities are angled out from said vertical central axis;

wherein each of said plurality of flexible legs comprises a plurality of connectors, said connectors comprising:

a connector body, said connector body comprising:

a first end portion;

a second end portion; and

a longitudinal axis extending from said first end portion to said second end portion;

a socket engaging end surface at said first end portion, said socket engaging end surface being the external surface at said first end portion;

an internal socket receiving cavity at said second end portion; and

a gripping portion overmolded onto said connector body.

2. (Original)  The apparatus of claim 1 wherein said gripping portion is a circumferential ring.

3. (Currently Amended)  The apparatus **of claim** 2 wherein said gripping portion comprises a rubber compound.

4. (Original)  The apparatus of claim 1 wherein said interconnect portion comprises a receiver for a removable clip, said receiver comprising a spring loaded tab adapted to capture a removable clip.

5. (Original)  The apparatus of claim 4 further comprising a clip removably attached to said receiver of said interconnect portion.

6. (Original)  The apparatus of claim 5 wherein said clip comprises a recess in its bottom surface, said recess adapted to fit said spring loaded tab when said tab is attached to said receiver of said interconnect portion.

7. (Original)  The apparatus of claim 6 wherein said spring loaded tab is adapted to deflect while said clip is inserted into said receiver.

8. (Original)  The apparatus of claim 1 wherein said apparatus comprises three flexible legs.

9. (Original)  The apparatus of claim of claim 6 wherein said clip comprises a flat plate, said flat plate having rails along its sides, said rails adapted to fit into recesses in said receiver when said clip is attached to said receiver.

10. (Original)  The apparatus of claim 1 wherein said socket receiving cavities comprise a textured surface.

11. (Original)  The apparatus of claim 9 wherein said clip comprises a threaded fastener.

12. (Original)  The apparatus of claim 11 wherein the threads of said threaded fastener protrude through the top of said clip.

13. (Original)  The apparatus of claim 12 wherein said clip comprises a hole in its bottom surface, wherein the head of said threaded fastener resides in said hole.

14. (Original)  The apparatus of claim 13 wherein said head of said fastener is restrained in said hole by a ridge portion in the bottom of said clip.

15. (New)  A tripod suitable for supporting a camera, the tripod comprising:

     three flexible legs;

     a body having a central axis and three sockets, each socket having an associated opening and being arranged to pivotally receive an associated leg, wherein the socket openings are flared relative to the central axis such that they do not face in the same direction, to thereby facilitate a greater range of motion in their associated legs in a direction away from the central axis than would be possible if the openings all faced in the same direction; and

     a clip support carried by the body, the clip support having a releasable latch, wherein the clip support is suitable for releasably receiving a clip member to facilitate attaching a camera to the tripod.

16. (New)  A tripod as recited in claim 15, wherein each of said three flexible legs is composed of a multiplicity of connector pieces that join together in ball and socket joints that permit pivotable movement between connecting ball and socket components to together provide each leg with sufficient flexibility to substantially wrap around an object.

17. (New)  A tripod as recited in claim 16, wherein each ball and socket joint in the legs has a socket member portion having a maximum diameter, and a socket opening that receives an associated ball member, each ball and socket joint further comprising a gripping member formed on an exterior surface of the associated socket member portion, the gripping member being  formed from a different material than the associated socket member portion and having a maximum diameter that is greater than a maximum diameter of the associated socket member portion.

18. (New)  A tripod as recited in claim 15, wherein said clip support further comprises a base, a floor carried by the base, and flanges that define slots that extend above the floor and splay apart towards a clip receiving opening, and wherein said releasable latch is pivotably secured to the base and includes a tab.

19. (New)  A tripod as recited in claim 18, wherein the releasable latch further includes a spring loaded lever that includes the tab and a push button, and wherein the releasable latch is arranged such that the tab protrudes through the floor sufficiently to be capable of engaging a clip in a latched position and such that the tab does not substantially protrude through the floor in an unlatched position.

20. (New)  A tripod suitable for supporting a camera, the tripod comprising:

three flexible legs that have sufficient flexibility to substantially wrap around an object;

a body having three ports, each port being arranged to receive an associated leg; and

a clip support carried by the body, the clip support having a releasable latch, wherein the clip support is suitable for releasably receiving a clip member to facilitate attaching a camera to the tripod.

21. (New)  A tripod as recited in claim 20, wherein each of said three flexible legs is composed of a multiplicity of connector pieces that join together in ball and socket joints that permit pivotable movement between connecting ball and socket components to together provide each leg with sufficient flexibility to substantially wrap around an object.

22. (New)  A tripod as recited in claim 21, wherein each ball and socket joint in the legs has a socket member portion having a maximum diameter, and a socket opening that receives an associated ball member, each ball and socket joint further comprising a gripping member formed on an exterior surface of the associated socket member portion, the gripping member being  formed from a different material than the associated socket member portion and having a maximum diameter that is greater than a maximum diameter of the associated socket member portion.

23. (New)  A tripod as recited in claim 20, wherein said clip support further comprises a base, a floor carried by the base, and flanges that define slots that extend above the floor and splay apart towards a clip receiving opening, and wherein said releasable latch is pivotably secured to the base and includes a tab.

1095-US/JOBYP002C1                     -6-

24. (New)  A tripod as recited in claim 23, wherein the releasable latch further includes a spring loaded lever that includes the tab and a push button, and wherein the releasable latch is arranged such that the tab protrudes through the floor sufficiently to be capable of engaging a clip in a latched position and such that the tab does not substantially protrude through the floor in an unlatched position.

## REMARKS

Claims 1-14 are pending.  Claim 3 has been amended.  No claim has been canceled.

Claims 15-24 are new.  Applicant respectfully submits that no new matter has been introduced by the addition of these new claims, and that support for these new claims can be found throughout the specification and claims as originally filed.

Applicant respectfully submits that all pending claims are presently in condition for allowance, and earnestly solicits the issuance of a Notice of Allowance to that effect. Authorization to charge additional claim fees is being provided herewith.  It is believed that no other fees are due at this time.  If such authorization is inadvertently omitted, and/or should any other fee or fees be due in connection with this Preliminary Amendment or for this application in general, however, then the Commissioner is hereby authorized to charge such fee or fees to Deposit Account 50-4481 (Order No. JOBYP002C1).  If there are any issues remaining, the Examiner is respectfully requested to contact the undersigned attorney at the telephone number listed below.

Respectfully Submitted,
BEYER LAW GROUP LLP

Date: March 5, 2008

/justinwhite/
Justin A. White, Esq.
Reg. No. 48,883

P.O. Box 1687
Cupertino, CA  95015-1687
(408) 255-8001

1095-US/JOBYP002C1                    -8-

# EXHIBIT O

## <u>MANUAL FILING NOTIFICATION</u>

Regarding:    DECLARATION OF BRANDY R. MCMILLION IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT


This exhibit is filed in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).


**THIS EXHIBIT WAS NOT EFILED BECAUSE IT IS PROVISIONALLY UNDER SEAL.**

# EXHIBIT P

99999-1973/LEGAL14397466.1

CONFIDENTIAL

TOC 00029