# EXHIBIT Q



## ToCAD America Inc.

### Hakuba · Sunpak · Velbon

Home
Hakuba
Sunpak
Velbon
Service
About Us
Contact Us

Welcome to ToCAD America Inc.  We are proud to offer the most innovative products available.  Some of our newest products include our Sunpak digital photo frames with great image quality, contrast and color make them stand above the competition.  The new Sunpak PZ42X flash for Canon and Nikon DSLR cameras makes your great camera even better with bounce and swivel head, wide angle diffuser and easy to use controls.  When it comes to tripods, our new line of Sunpak Tri-Monopods incorporated a monopod into a tripod for a 2 in 1 solution.  Our new line of Sunpak carbon fiber tripods make it affordable to move up to light weight carbon fiber without blowing your budget.  Thank you for visiting and just to let you know we will be updating the content on a daily basis so visit often!

Sunpak 10.4" Digital Frame

Sunpak PZ42X Digital Flash

Sunpak 9002TM Tri-Monopod

Sunpak 623P Carbon Fiber Tripod







ToCAD America Inc.

Hakuba · Sunpak · Velbon

**Sunpak Flash Units**

**PF20XD Flash for Digital and Film Cameras**

Features
- Designed for digital and film cameras with or without a hot shoe
- Compatible with all camera exposure modes
- Super-compact, lightweight design
- Built-in slave
- Pre-flash cancellation
- Auto mode with 3 f/stops
- Manual mode with 5 settings
- Built-in wide angle diffuser
- Pro black finish

Specifications
- Power: 2-AA Alkaline, NiMH or NiCd batteries
- Number of flashes: approx. 70 at full manual (Alkaline batteries)
- Auto effective range: 2.3 feet to 23 feet
- Flash speed: 1/2000 - 1/30,000 second
- Power ratio: 5 steps (Full, 1/4, 1/6, 1/16, 1/32)
- Dimensions: 3.3" high x 1.1" wide x 1.2" deep



# ToCAD America Inc.

## Hakuba · Sunpak · Velbon

Home
Hakuba
Sunpak
Velbon
Service
About Us
Contact Us

## Sunpak Flash Accessories

### TR-2000 Battery Power Pack

**Features**
- Universal compatibility allows you to power a wide variety of flash units
- Works with Sunpak, Canon and Nikon flash units
- Interchangeable battery clusters make it easy and fast
- Separate High and Low voltage output ports
- Features a 5 level "On Demand" LED power indicator at the touch of the button
- LED status indicator keeps you informed on the current status of your power pack
- Built in belt clip for hands free use
- Comes with removable shoulder strap

**Specifications**
- High voltage output (regulated): 330vdc
- Low voltage output (regulated): 5.5vdc
- High voltage connector socket: 7-pin DIN connector
- Low voltage connector socket: RCA connector
- Charging time : 5 hours via built-in circuitry powered by included external 110vac charger
- Weight with Ni-CD cluster: 24 oz
- Dimensions: 6" (H) x 4.75" (W) x 2.5" (D)
- Accessories: AC adapter, belt clip and shoulder strap

# ToCAD America Inc.

- Home
- Hakuba
- Sunpak
- Velbon
- Service
- About Us
- Contact Us

## Hakuba · Sunpak · Velbon

## Sunpak Digital Frames

### 5.6" Clear Acrylic and White Frame



**Features**
- 5.6" TFT-LCD display
- Beautiful white acrylic frame
- Display photos or videos without a computer using the memory card from your camera
- Works with SD, MMC and MS types of popular memory cards and USB Flash Drives
- Easy to use remote control operation with on screen menus
- Variable image display intervals in slideshow mode with programmable transitions
- Display JPEG images, MPEG movies, MP3 music files and slideshows with MP3 music
- Built-in stereo speakers for great sound when viewing movies or listening to MP3 files
- Adjustable brightness, contrast, hue, saturation and sharpness for customizing to any room
- Multi-language menus

**Screen**
- Size: 5.6" TFT-LCD
- Aspect ratio: 4:3
- Screen resolution: 320 x 240
- Brightness: 350cd/m2
- Contrast ratio: 300:1
- Horizontal viewing angle (degrees): 70
- Vertical viewing angle (degrees): 70

**Compatible Memory Cards**





ToCAD America Inc.

Hakuba · Sunpak · Velbon

## Sunpak Tri-Monopods

### 6601TM Tri-Monopod

**Features**
- Designed for today's latest DSLR cameras
- Converts from a full size tripod to a monopod in seconds
- 3-way fluid-effect pan head with quick release plate
- Built-in bubble level
- Leg braces with locking collar for aided stability
- Flip lock leg locks with D-shaped legs for enhanced support
- 1/4"-20 threaded screw at the bottom of the center column tube
- Retractable leg spikes
- Free second quick release plate
- Limited lifetime warranty

**Specifications**
- Weight: 3 lb
- Load capacity: 4.4 lb
- Maximum height (Tripod Mode): 58 in
- Minimum height (Tripod Mode): 21.65 in
- Maximum height (Monopod Mode): 61.4 in
- Minimum height (Monopod Mode): 15.75 in
- Leg sections (Tripod): 3
- Leg sections (Monopod):5





ToCAD America Inc. - Microsoft Internet Explorer provided by Perkins Coie LLP

File  Edit  View  Favorites  Tools  Help

Back  •  Search  Favorites

Address  http://www.tocad.com/aboutus.html  Go    Links

**ToCAD America Inc.**

Home
Hakuba
Sunpak
Velbon
Service
About Us
Contact Us

Hakuba · Sunpak · Velbon

## About Us

ToCAD America Inc., is a subsidiary of Japan's ToCAD Energy Co. Ltd., and is the official North American supplier of Hakuba, Sunpak and Velbon products.

Hakuba Products
· Carbon fiber tripods
· Photo and video tripods
· Tabletop tripods
· Specialty camera mounts
· Tripod and light stand cases
· Filter cases
· Aluminum equipment cases
· Camera straps and grips
· Light boxes
· Loupes
· Cleaning kits
· Filters
· Lens hoods
· Lens caps

Sunpak Products
· Digital photo frames
· Consumer and professional flash units
· Flash accessories
· Tabletop studios
· Video lights
· Carbon fiber tripods
· Photo and video tripods
· Tabletop tripods
· Specialty tripods
· Ball and panheads
· Media cases
· Camera straps and grips
· Complete line of filters
· Step-up/down rings
· Conversion lenses
· Professional studio lighting systems
· Digital photo batteries

Internet



Camera hoods
• Lens caps

Sunpak Products
• Digital photo frames
• Consumer and professional flash units
• Flash accessories
• Tabletop studios
• Video lights
• Carbon fiber tripods
• Photo and video tripods
• Tabletop tripods
• Specialty tripods
• Ball and panheads
• Media cases
• Camera straps and grips
• Compete line of filters
• Step-up/down rings
• Conversion lenses
• Professional studio lighting systems
• Digital photo batteries
• Camcorder batteries
• Chargers and NiMH AA and AAA batteries

Velbon Products
• Professional carbon fiber tripods and monopods
• Photo and video tripods
• Tabletop tripods
• Ball and panheads
• True fluid heads
• Quick release plates and adapters

ToCAD America is also a leader in the production and manufacturing of rechargeable NiCad, Nickel Metal Hydride and Lithium Ion batteries for digital cameras, camcorders, cellular telephones and private label applications.

Our address is:
ToCAD America Inc.
53 Green Pond Road
Rockaway, New Jersey 07866, USA

Our phone numbers are:
Phone: 973-627-9600
Fax: 973-664-2438

Our hours of operation are:
Monday through Friday 8:30am to 5:00pm EST

Our hours for service are:
Monday through Friday 9:00am to 4:30pm EST

# EXHIBIT R

99999-1973/LEGAL14397466.1

## <u>MANUAL FILING NOTIFICATION</u>

Regarding:    DECLARATION OF BRANDY R. MCMILLION IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

This exhibit is filed in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

**THIS EXHIBIT WAS NOT EFILED BECAUSE IT IS PROVISIONALLY UNDER SEAL.**

# EXHIBIT S

**FENWICK & WEST LLP**

SILICON VALLEY CENTER    801 CALIFORNIA STREET    MOUNTAIN VIEW, CA 94041

TEL 650.988.8500    FAX 650.938.5200    WWW.FENWICK.COM

December 21, 2007

VIRGINIA K. DEMARCHI

EMAIL VDEMARCHI@FENWICK.COM
DIRECT DIAL (650) 335-7967

## VIA U.S. MAIL AND FACSIMILE
(312-324-9400)

Michael O. Warnecke
Perkins Coie
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559

      Re:    Joby *Gorillapod*

Dear Mr. Warnecke,

      We decline to respond to the gratuitous posturing and general incivility in your letters of October 4, 2007. We instead write to put Tocad on notice that Joby's patent Application No. 20070212163 has been published. As with Joby's other published patent application of which Tocad is already on notice, any continued use, sale, offer for sale, making, or importation of Tocad's knock-off products risks potential liability for a royalty up through the time of the patent's issuance. *See* 35 U.S.C. § 154.

      We disagree with your position that because Joby's present patent claims have not been approved, its provisional rights notice is somehow ineffective. Over the course of prosecuting any patent, various claims are rejected then amended and accepted. That does not make the published application – or formal notice thereof – any less valid or effective with respect to Joby's rights or Tocad's liability for its actions. The provisional notice will be effective as long as at least one claim that issues is substantially similar to material in the published application, and as you know, multiple published applications are pending.

      Please also note that Joby is presently pursuing design patent applications. At the appropriate juncture, we will provide more information on them.

      Moreover, Tocad's posturing with respect to the status of Joby's patent applications does not absolve Tocad of its accruing liability for trade dress infringement and false advertising. As you are aware, trade dress protects non-functional aspects of a product and can "include features such as size, shape, color or color combinations, texture, graphics, or even particular sales techniques." *See, e.g. Two Pesos v. Taco Cabana*, 505 U.S. 763, 764 n.1 (1992). In evaluating trade dress infringement, among other things, a court considers the likelihood of confusion.

Michael O. Warnecke
December 21, 2007
Page 2

Joby's trade dress is highly distinctive. In fact, your client and its distributors have traded on the distinctiveness of the trade dress in the marketing collateral used to promote Tocad's knock-offs. Tocad's protestations notwithstanding, it is apparent from the images themselves that the product depicted in the marketing collateral used to promote Tocad's knock-offs is, in fact, a Joby Gorillapod. As for the likelihood of confusion, the Tocad knock-offs employ trade dress that is nearly identical to Joby's. The trade dress is used with the same products, which are sold through similar trade channels. Customers have been, and will continue to be, confused.

We understand, and appreciate, that your client is moving towards a new design of its product (*i.e.*, the FlexPod Plus) in an apparent effort to design around Joby's pending patent claims. However, the changes Tocad may have made or may make to its product to avoid patent infringement do not absolve Tocad of the accruing trade dress and false advertising liability with respect to the FlexPod and FlexPod Plus, both of which copy Gorillapod's look and both of which are advertised and promoted in a way that trades on the association of that design with Joby's product.

We must insist that Tocad immediately cease using the Gorillapod's distinctive design and cease all sales, offers for sale, making, and/or importation of the knock-offs of Joby's Gorillapod product. We enclose as a courtesy a copy of the complaint we have filed, but not yet served, against Tocad. We would prefer to resolve this dispute amicably and without resort to litigation. If your client will agree to make meaningful changes to the FlexPod trade dress and advertising, please advise at your earliest convenience.

Sincerely,

*Virginia K. DeMarchi*

Virginia K. DeMarchi

Enclosure

cc:     Sam Raha, Joby CEO

25933/00402/LIT/1277714.1

## FENWICK & WEST LLP

SILICON VALLEY CENTER  801 CALIFORNIA STREET  MOUNTAIN VIEW, CA 94041
TEL 650.988.8500  FAX 650.938.5200  WWW.FENWICK.COM

May 22, 2008

VIRGINIA K. DEMARCHI

EMAIL VDEMARCHI@FENWICK.COM
DIRECT DIAL (650) 335-7967

VIA U.S. MAIL

Michael Worswick, President
Photographic Research Organization, Inc.
360 Tunxis Hill Road
Fairfield, CT 06825

      Re:   Joby *Gorillapod*

Dear Mr. Worswick:

      As you know, we represent Joby, Inc. In prior correspondence with your company, Joby has demanded that PRO cease all distribution, sale and advertising of the "Promaster Robopod" tripod, which is a knock-off of Joby's Gorillapod®. PRO has not responded to these demands and continues to offer the Promaster Robopod in violation of Joby's intellectual property rights.

      We have previously given notice that one of Joby's utility patent applications has been published by the U.S. Patent and Trademark Office (*see* application no. 11/324,994; publication no. 20070154254). Please consider this formal notice that another of Joby's utility patent applications has also been published (*see* application no. 11/801,234; publication no. 20070212163). PRO's continued use, sale, offer for sale, making, or importation of the Promaster Ropod subject PRO to the risk of potential liability for royalties up through the time of the patent's issuance. *See* 35 U.S.C. § 154(d).

      Please be advised that Joby has recently taken legal action in federal court against Tocad America, Inc. for trade dress infringement, unfair competition and false advertising. In that action, Joby filed a motion seeking a preliminary injunction against Tocad's continued distribution and sale of its existing FlexPod and FlexPod Plus camera supports. Tocad did not file an opposition to Joby's motion, but instead entered into a stipulation in which it agreed to stop selling its existing FlexPod and FlexPod Plus camera supports. A copy of this stipulation is enclosed. Other knock-off distributors have agreed to stop distributing and selling without the need for legal action. We hope and expect that PRO will do the same.

      We would appreciate receiving PRO's response to Joby's demands no later than **June 2, 2008**. Should PRO fail to respond, Joby will avail itself of other options for protecting its intellectual property rights, including without limitation the commencement of legal action seeking damages for PRO's sales of the Promaster Robopod.

JOBY000558

Michael Worswick, President
Photographic Research Organization, Inc.
May 22, 2008
Page 2

     If you have any questions, please contact me directly at (650) 335-7967.

          Sincerely,

          FENWICK & WEST LLP

          Virginia K. DeMarchi

Enclosure

25933/00400/LIT/1285595.1

JOBY000559

1  CHARLENE M. MORROW (CSB NO. 136411)
   cmorrow@fenwick.com
2  VIRGINIA K. DEMARCHI (CSB NO. 168633)
   vdemarchi@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA 94041
5  Telephone:    (650) 988-8500
   Facsimile:    (650) 938-5200
6
   Attorneys for Plaintiff
7  JOBY, INC.

8  MICHAEL O. WARNECKE (IL Bar No. 2942291)
   mwarnecke@perkinscoie.com
9  DEBRA R. BERNARD (IL Bar No. 619217)
   dbernard@perkinscoie.com
10 PERKINS COIE LLP
   131 S. Dearborn Street, Suite 1700
11 Chicago, IL 60603-5559
   Telephone:    (312) 324-8587
12 Facsimile:    (312) 324-9587

13 JASON YURASEK (CSB No. 202131)
   jyurasek@perkinscoie.com
14 PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
15 San Francisco, CA 94111-4131
   Telephone:    (415) 344-7021
16 Facsimile:    (415) 344-7221

17 Attorneys for Defendant
   TOCAD AMERICA, INC.
18

19              UNITED STATES DISTRICT COURT

20            NORTHERN DISTRICT OF CALIFORNIA

21               SAN FRANCISCO DIVISION

22

23 JOBY, INC.,                          Case No. 3:07-CV-06455 (SI)

24         Plaintiff,                    **STIPULATION RE JOBY, INC.'S
                                         MOTION FOR PRELIMINARY
25 v.                                    INJUNCTION**

26 TOCAD AMERICA, INC.,

27         Defendant.

28

1    On March 28, 2008, plaintiff Joby, Inc. ("Joby") filed a motion for a preliminary

2    injunction against defendant Tocad America, Inc. ("Tocad").  The motion is currently set for

3    hearing on May 30, 2008.

4    The parties have negotiated a resolution of Joby's request for injunctive relief regarding

5    Tocad's FlexPod and FlexPod Plus products existing in the marketplace as of the date of this

6    Stipulation.

7    Accordingly, pursuant to Civil L.R. 7-12, THE PARTIES HEREBY STIPULATE AS

8    FOLLOWS:

9        1.    Tocad will not create, produce, distribute, ship, import, sell, advertise, market or

10    promote its existing FlexPod line of camera support products (including those sold under other

11    brand names) after May 30, 2008.

12        2.    Tocad will not create, produce, ship or import its existing FlexPod Plus line of

13    camera support products (including those sold under other brand names) after May 30, 2008.

14        3.    Tocad will not distribute, sell, advertise, market or promote its existing FlexPod

15    Plus line of camera support products (including those sold under other brand names) after July 15,

16    2008.

17        4.    In reliance on the foregoing, Joby stipulates that its motion for preliminary

18    injunction no longer requires decision by the Court and may be taken off the hearing calendar.

19

20    Dated: May 6, 2008                FENWICK & WEST LLP

21

22                                      By:    /s/Virginia K. DeMarchi
                                            Virginia K. DeMarchi
23
                                        Attorneys for Plaintiff
24                                      JOBY, INC.

25    / / /

26    / / /

27    / / /

28    / / /

JOBY000561

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

Dated: May 6, 2008                     PERKINS COIE LLP

2

3                                      By:   /s/Debra R. Bernard
                                             Debra R. Bernard
4
                                       Attorneys for Defendant
5                                      TOCAD AMERICA, INC.

6

7

8          PURSUANT TO STIPULATION, IT IS SO ORDERED.

9

10

11   Dated: _____, 2008

12                                     By: _____
                                             The Honorable Susan Illston
13                                     United States District Court Judge

14

15                          ATTESTATION

16         I, Virginia K. DeMarchi, attest that concurrence in the filing of this document has been

17   obtained from Debra R. Bernard, counsel for defendant Tocad America, Inc.

18         I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th

19   day of May, 2008 in Mountain View, California.

20

21                                           /s/ Virginia K. DeMarchi
22                                           Virginia K. DeMarchi

23

24

25

26

27

28

# EXHIBIT T

## <u>MANUAL FILING NOTIFICATION</u>

Regarding:    DECLARATION OF BRANDY R. MCMILLION IN SUPPORT OF
              DEFENDANT'S MOTION FOR SUMMARY JUDGMENT


This exhibit is filed in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).


**THIS EXHIBIT WAS NOT EFILED BECAUSE IT IS PROVISIONALLY UNDER SEAL.**

# EXHIBIT U



CONFIDENTIAL

TOC 00156

# EXHIBIT V

# EXHIBIT W

# JOBY
# gorillapod

The **Joby Gorillapod** is a bendable, flexible tripod that secures your camera to nearly any surface. Its legs bend and rotate 360 degrees, while its rubbery feet provide extra gripping power. You can wrap the Gorillapod around a tree branch, hang it from a railing, or perch it on a rock during your next hiking trip. The possibilities are endless!

*The Gorillapod is the lightest and most versatile tripod available—the ideal accessory for photographers on the go. Slip it in your pocket or gear bag and you'll be ready for action!*


Now Available in SIX Colors!


THE ORIGINAL

**www.joby.com**

© 2007 JOBY
All rights reserved. Patents pending.

Photo: Thomas Kranzle

JOBY 000072

# gorillapod

JOBY™ ™

The **Joby Gorillapod**™ is a bendable, flexible tripod that secures your camera to nearly any surface. Its legs bend and rotate 360 degrees, while its rubbery feet provide extra gripping power. You can wrap the Gorillapod around a tree branch, hang it from a railing, or perch it on a rock during your next hiking trip. The possibilities are endless!





*Original Gorillapod*

*Gorillapod SLR-ZOOM*

*Gorillapod SLR*

## Now Available in 3 Sizes!

The Gorillapod is the lightest and most versatile tripod available—the ideal accessory for photographers on the go. Slip it in your pocket or gear bag and you'll be ready for action!

## Which Gorillapod is right for you?



**ORIGINAL GORILLAPOD**
Capacity: Compact digital cameras
Max Weight: 275g (9.7 oz)
Camera Interface: Universal ¼-20 screw
Size: 150 x 30 x 30mm (5.9 x 1.2 x 1.2")
Weight: 45g (1.6 oz)



**Available accessories:**
Suction Cup- A handy mount that holds most mobile phones and portable media devices.

Extra Clips- Leave one on each of your cameras for quick changes.



**GORILLAPOD SLR**
Capacity: SLR-type cameras and Video camcorders
Max Weight: 800g (1.75 lbs)
Camera Interface: Universal ¼-20 screw
Size: 250 x 50 x 50mm (9.8 x 2 x 2")
Weight: 165g (5.8 oz)



**Available accessories:**
Flash Clip- Attaches to your remote flash unit to provide great lighting anywhere.

Extra Clips- Leave one on each of your cameras for quick changes.



**GORILLAPOD SLR-ZOOM**
Capacity: Tripod mountable cameras and professional tripod heads
Max Weight: 3000g (6.6 lbs)
Camera Interface: Universal ¼-20 or ⅜-16 screw
Size: 230 x 60 x 60mm (9.8 x 2.4 x 2.4")
Weight: 190g (6.7 oz)

**JOBY** 1535 Mission Street
San Francisco, CA 94103  USA
+1.888.569.JOBY (5629)

© 2006 JOBY, Inc.  All rights reserved. Patents pending.



## JOBY™
www.joby.com



MEMBER
**1**
FOR THE
**PLANET**

Joby is dedicated to the environment and we donate 1% of our sales to the preservation of the planet.

In an effort to preserve resources, many Joby products are available with or without retail packaging.

JOBY 000075

# JOBY gorillapod

The **Joby Gorillapod**® is a bendable, flexible tripod that secures your camera to nearly any surface. Its legs bend and rotate 360 degrees, while its rubbery feet provide extra gripping power. You can wrap the Gorillapod around a tree branch, hang it from a railing, or perch it on a rock during your next hiking trip. The possibilities are endless!

*The Gorillapod is the lightest and most versatile tripod available—the ideal accessory for photographers on the go. Slip it in your pocket or gear bag and you'll be ready for action!*

Now Available in SIX Colors!

"Where will **YOU** use your Gorillapod?"

THE **ORIGINAL**

www.joby.com

JOBY 000078

# EXHIBIT X

# Consumer Products Packaging





Audio Accessories

Cameras

Camera Accessories



Video Game Accessories



Audio Accessories



Batteries



Cell Phone Accessories

# EXHIBIT Y

## <u>MANUAL FILING NOTIFICATION</u>

Regarding:     DECLARATION OF BRANDY R. MCMILLION IN SUPPORT OF
               DEFENDANT'S MOTION FOR SUMMARY JUDGMENT


This exhibit is filed in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).


**THIS EXHIBIT WAS NOT EFILED BECAUSE IT IS PROVISIONALLY UNDER SEAL.**