**PERKINS COIE LLP**
MICHAEL O. WARNECKE, IL Bar No. 2942291
Email: MWarnecke@perkinscoie.com
*(Admitted Pro Hac Vice)*
DEBRA R. BERNARD, IL Bar No. 6191217
Email: DBernard@perkinscoie.com
*(Admitted Pro Hac Vice)*
BRANDY R. MCMILLION, IL Bar No. 6294679
Email: BMcMillion@perkinscoie.com
*(Admitted Pro Hac Vice)*
131 South Dearborn Street, Suite 1700
Chicago, IL  60603-5559
Telephone:  312.324.8400
Facsimile:  312.324.9400

**PERKINS COIE LLP**
JASON YURASEK (SBN 202131)
Email: JYurasek@perkinscoie.com
Four Embarcadero Center
Suite 2400
San Francisco, CA 94111-4131
Telephone:  415.344.7021
Facsimile:  415.344.7221

Attorneys for Defendant

TOCAD AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOBY, INC., | Case No. 3:07-cv-06455-SI |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| TOCAD AMERICA, INC., | |
| Defendant. | |

THIS MATTER came before the Court upon Defendant ToCAD America, Inc.'s ("Tocad") Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56.

1    The Court has reviewed and considered the motion, the memoranda, declarations, and
2 exhibits in support of and in opposition to the motion, the pleadings and all other papers on file
3 with the Court in this matter.
4    Based upon the foregoing, the Court finds that there is no genuine issue as to any material
5 fact. Under the undisputed facts, Defendant Tocad is entitled to judgment as a matter of law.
6    It is, therefore, ORDERED, that all of Plaintiff's claims contained in its Complaint be, and
7 hereby are, dismissed WITH PREJUDICE.

10   Date: _____        By:_____
                                          Hon. Judge Susan Illston

64091-0006/LEGAL14398163.1

-2-
[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT
Case No. 3:07-cv-06455-SI