| | |
|---|---|
| 1 | **PERKINS COIE LLP** |
| | MICHAEL O. WARNECKE, IL Bar No. 2942291 |
| 2 | Email: MWarnecke@perkinscoie.com |
| | *(Pro Hac Vice Application Pending)* |
| 3 | DEBRA R. BERNARD, IL Bar No. 6191217 |
| | Email: DBernard@perkinscoie.com |
| 4 | *(Pro Hac Vice Application Pending)* |
| | BRANDY R. MCMILLION, IL Bar No. 6294679 |
| 5 | Email: BMcMillion@perkinscoie.com |
| | *(Pro Hac Vice Application Pending)* |
| 6 | 131 South Dearborn Street, Suite 1700 |
| | Chicago, IL 60603-5559 |
| 7 | Telephone: 312.324.8400 |
| | Facsimile: 312.324.9400 |
| 8 | |
| | **PERKINS COIE LLP** |
| 9 | JASON YURASEK (SBN 202131) |
| | Email: JYurasek@perkinscoie.com |
| 10 | Four Embarcadero Center |
| | Suite 2400 |
| 11 | San Francisco, CA 94111-4131 |
| | Telephone: 415.344.7021 |
| 12 | Facsimile: 415.344.7221 |

Attorneys for Defendant
TOCAD AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOBY, INC., | Case No. 3:07-cv-06455-SI |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| TOCAD AMERICA, INC., | |
| Defendant. | |

Proof of Service
Case No. C:07-cv-06455-SI

**PROOF OF SERVICE**

I, Cynthia D. Wides, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Four Embarcadero Center, Suite 2400, San Francisco, California 94111-4131. On June 20, 2008, I served a copy of the within document(s):

**DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [DOCUMENT SUBMITTED UNDER SEAL]**

**DECLARATION OF BRANDY R. MCMILLION IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [DOCUMENT SUBMITTED UNDER SEAL]**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

- ☒ by placing the document(s) listed above in a sealed FedEx envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a FedEx agent for delivery.

- ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Virginia DeMarchi
**Fenwick & West LLP**
Silicon Valley Center
801 California Street
Mountain View, CA 94041

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Proof of Service
Case No. C:07-cv-06455-SI

-2-

1      I declare under penalty of perjury under the laws of the State of California that the above
2  is true and correct.
3      Executed on June 20, 2008, at San Francisco, California.

_____
Cynthia D. Wides

65745-0002/LEGAL14401204.1

Proof of Service
Case No. C:07-cv-06455-SI      -3-

**FedEx Express US Airbill**

FedEx Tracking Number: 8638 6167 2234

**From** (Please print and press hard)
Date: 6/20/08
Sender's FedEx Account Number: 1217-3454-0
Sender's Name: Cynthia Wides
Phone: ( )
Company: PERKINS COIE LLP
Address: 4 EMBARCADERO CTR STE 2400
City: SAN FRANCISCO   State: CA   ZIP: 94111
Your Internal Billing Reference: 64091-0006-01970

**To**
Recipient's Name: V. De Marchi
Phone: ( )
Company: Fenwick + West
Recipient's Address: Silicon Valley Ctr.
Address: 801 California St.
City: Mountain View   State: CA   ZIP: 94041

0376061452


Schedule a pickup at fedex.com
Simplify your shipping. Manage your account. Access all the tools you need.

Form ID No.: 0215   SAC21   Sender's Copy

**4a Express Package Service** — Packages up to 150 lbs.
☒ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx First Overnight
☐ FedEx 2Day
☐ FedEx Express Saver

**4b Express Freight Service** — Packages over 150 lbs.
☐ FedEx 1Day Freight*
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

**5 Packaging**
☐ FedEx Envelope*
☐ FedEx Pak*
☐ FedEx Box
☐ FedEx Tube
☒ Other

**6 Special Handling**
☒ SATURDAY Delivery NOT Available
☐ HOLD Weekday at FedEx Location
☐ HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
☐ No  ☐ Yes As per attached Shipper's Declaration  ☐ Yes Shipper's Declaration not required
☐ Dry Ice, 9, UN 1845 ___ x ___ kg
☐ Cargo Aircraft Only

**7 Payment** Bill to:
☒ Sender  ☐ Recipient  ☐ Third Party  ☐ Credit Card  ☐ Cash/Check

Total Packages ___ Total Weight ___ Total Declared Value $ .00

**8 Residential Delivery Signature Options**
☐ No Signature Required
☐ Direct Signature
☐ Indirect Signature

519

Rev. Date 10/06 • Part #158279 • ©1994–2006 FedEx • PRINTED IN U.S.A. • SRS