IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOBY INC., | No. C 07-6455 SI |
| Plaintiff, | **ORDER RE: JUNE 2, 2008 LETTER** |
| v. | |
| TOCAD AMERICA INC., | |
| Defendant. | |

The parties have filed a letter dated June 2, 2008 regarding a dispute that has arisen related to the May 12, 2008 Order and Stipulation. Defendant contends that plaintiff has violated the stipulation by sending a letter to one of defendant's customers threatening legal action if the customer continues to sell defendant's products. Defendant seeks an order preventing plaintiff "from threatening Tocad's customers for selling the products that the Stipulation expressly allows Tocad to sell." Letter at 3.

The stipulation states, *inter alia*, that "Tocad will not distribute, sell, advertise, market or promote its existing FlexPod Plus line of camera support products (including those sold under other brand names) after July 15, 2008." Stipulation ¶ 3. Defendant argues that the stipulation authorizes both Tocad and Tocad's customers to sell the FlexPod Plus products until July 15, 2008. However, the plain language of the stipulation only applies to Tocad; there is no mention of Tocad's customers or any third party. The Court agrees with plaintiff that the stipulation does not prohibit plaintiff from contacting defendant's customers regarding the sale of Tocad's products.

**IT IS SO ORDERED.**

Dated: June 20, 2008

SUSAN ILLSTON
United States District Judge