1  **PERKINS COIE LLP**
   MICHAEL O. WARNECKE (IL Bar No. 2942291)
2  Email: MWarnecke@perkinscoie.com
   DEBRA R. BERNARD (IL Bar No. 6191217)
3  Email: DBernard@perkinscoie.com
   BRANDY R. MCMILLION (IL Bar No. 6294679)
4  Email: BMcMillion@perkinscoie.com
   131 South Dearborn Street, Suite 1700
5  Chicago, IL 60603-5559
   Telephone: 312.324.8400
6  Facsimile: 312.324.9400

7  JASON YURASEK (CSB No. 202131)
   Email: JYurasek@perkinscoie.com
8  Four Embarcadero Center
   Suite 2400
9  San Francisco, CA 94111-4131
   Telephone: 415.344.7021
10 Facsimile: 415.344.7221

11 Attorneys for Defendant
   TOCAD AMERICA, INC.
12
   **FENWICK & WEST LLP**
13 CHARLENE M. MORROW (CSB No. 136411)
   Email: cmorrow@fenwick.com
14 VIRGINIA K. DEMARCHI (CSB No. 168633)
   Email: vdemarchi@fenwick.com
15 Silicon Valley Center
   801 California Street
16 Mountain View, CA 9404 1
   Telephone: (650)988-8500
17 Facsimile: (650) 93 8-5200

18 Attorneys for Plaintiff
   JOBY, INC.
19

20                    UNITED STATES DISTRICT COURT
21                   NORTHERN DISTRICT OF CALIFORNIA
                         SAN FRANCISCO DIVISION
22

23 JOBY, INC.,                          Case No. 3:07-cv-06455-SI

24              Plaintiff,              **STIPULATED REQUEST TO FILE
                                        UNDER SEAL**
25      v.

26 TOCAD AMERICA, INC.,

27              Defendant.

28

---

STIPULATED REQUEST TO FILE UNDER SEAL
Case No. 3:07-cv-06455-SI

Pursuant to Northern District of California Local Rules 7-11, 7-12, 79-5, and the Standing Order of Judge Illston, the parties, by and through their attorneys of record, stipulate that ToCAD America, Inc. may file under seal Exhibit B (JOBY000013-21, 314-329), Exhibit C (TOC00818-827, 838), Exhibit T (TOCE0002252) and Exhibit Y (JOBY000022-32) to the Declaration of Brandy McMillion ("McMillion Declaration"), paragraphs 4 and 26 of the McMillion Declaration submitted in Support of Defendant's Motion for Summary Judgment and page 22 of the Memorandum in Support of Defendant's Motion for Summary Judgment, both of which refer to information in those Exhibits.

**IT IS SO STIPULATED:**

Dated: June 20, 2008                                    **PERKINS COIE LLP**

                                                        By:  /s/ Debra R. Bernard
                                                            Debra R. Bernard
                                                        Attorneys for Defendant
                                                        TOCAD AMERICA, INC.

Dated: June 20, 2008                                    **FENWICK & WEST LLP**

                                                        By:  /s/ Virginia K. DeMarchi
                                                            Virginia K. DeMarchi
                                                        Attorneys for Plaintiff
                                                        JOBY, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____                            By: _____
                                                        Hon. Judge Susan Illston
                                                        United States District Judge

## ATTESTATION

I, Debra R. Bernard, attest that concurrence in the filing of this document has been obtained by Virginia K. DeMarchi, counsel for Plaintiff Joby, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of June, 2008 in Chicago, Illinois.

                                                              __/s/ Debra R. Bernard_____
                                                                   Debra R. Bernard

STIPULATED REQUEST TO FILE UNDER SEAL
Case No. 3:07-cv-06455-SI

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Illinois that, on June 20, 2008, she caused **STIPULATED REQUEST TO FILE UNDER SEAL** to be served on the persons listed below in the manner shown:

Virginia K. DeMarchi
VDeMarchi@fenwick.com
Charlene M. Morrow
cmorrow@fenwick.com
Kimberly I. Kulp
kculp@fenwick.com
Salam I. Rafeedie
srafeedie@fenwick.com

FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountainview, CA  94041

☐ United States Mail, First Class

☒ By E-Mail

☐ By Facsimile

☒ By eFiling

Dated at Chicago, Illinois, this 20th day of June, 2008.

      __/s/ Debra R. Bernard_____
          Debra R. Bernard

64091-0006/LEGAL14398318.1

4

STIPULATED REQUEST TO FILE UNDER SEAL
Case No. 3:07-cv-06455-SI