CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
KIMBERLY I. CULP (CSB NO. 238839)
kculp@fenwick.com
SALAM RAFEEDIE (CSB NO. 250191)
srafeedie@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiff
JOBY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOBY, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOCAD AMERICA, INC., <br><br> Defendant. | Case No. 3:07-CV-06455 (SI) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF JOBY, INC.'S MOTION FOR ADMINISTRATIVE RELIEF REQUESTING A CONTINUANCE OF THE SUMMARY JUDGMENT HEARING** <br><br> **Date: August 22, 2008** <br> **Time: 9:00 a.m.** <br> **Courtroom: 10, 19th Floor** <br> **Honorable Susan Illston** |

After full consideration of the briefs in support and in opposition to Plaintiff Joby, Inc.'s ("Joby") Motion for Administrative Relief Requesting a Continuance of the Summary Judgment Hearing, all other papers submitted in connection therewith,

IT IS HEREBY ORDERED that Joby's Motion is **GRANTED**, and the hearing on Tocad America, Inc.'s pending summary judgment motion (Docket Entry 70), is hereby continued to

Friday, October 3, 2008 at 9:00 a.m. The deadlines for filing opposition and reply briefs, if any, are hereby moved accordingly pursuant to Civil Local Rule 7-3.

IT IS SO ORDERED.

Dated:_____, 2008

By:_____
The Honorable Susan Illston
United States District Court Judge

25933/00402/LIT/1287551.1