CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
KIMBERLY I. CULP (CSB NO. 238839)
kculp@fenwick.com
SALAM RAFEEDIE (CSB NO. 250191)
srafeedie@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  (650) 988-8500
Facsimile:  (650) 938-5200

Attorneys for Plaintiff
JOBY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOBY, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>TOCAD AMERICA, INC.,<br><br>          Defendant. | Case No. 3:07-CV-06455 (SI)<br><br>**STIPULATED REQUEST TO FILE UNDER SEAL** |

Pursuant to Northern District of California Local Rules 7-11, 7-12, 79-5, and the Standing Order of Judge Illston, the parties, by and through their attorneys of record, stipulate that Joby, Inc. may file under seal portions of the Declaration of Kimberly I. Culp in support of any motion Plaintiff Joby, Inc. may bring to continue the August 22, 2008 hearing on Tocad America, Inc.'s motion for summary judgment pursuant to the protective order in this case.

**IT IS SO STIPULATED:**

Dated: July 7, 2008                                            **Fenwick & West LLP**

                                                               By: __/s/ Kimberly I. Culp_
                                                               Kimberly I. Culp
                                                               Attorneys for the Plaintiff
                                                               JOBY, INC.

Dated: July 7, 2008                                            **PERKINS COIE LLP**

                                                               By: __/s/ Debra R. Bernard_
                                                               Debra R. Bernard
                                                               Attorneys for the Defendant
                                                               TOCAD AMERICA, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Date: _____                                     By:_____
                                                               Hon. Judge Susan Illston
                                                               United States District Judge

# **ATTESTATION**

I, Kimberly I. Culp, attest that concurrence in the filing of this document has been obtained by Debra R. Bernard, counsel for Defendant Tocad America, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of July, 2008 in Mountain View, California.

*/s/ Kimberly I. Culp*
Kimberly I Culp