CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
KIMBERLY I. CULP (CSB NO. 238839)
kculp@fenwick.com
SALAM RAFEEDIE (CSB NO. 250191)
srafeedie@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:   (650) 988-8500
Facsimile:   (650) 938-5200

Attorneys for Plaintiff
JOBY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOBY, INC., | Case No. 3:07-CV-06455 (SI) |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| TOCAD AMERICA, INC., | |
| Defendant. | |

# CERTIFICATE OF SERVICE

The undersigned declares as follows: I am a citizen of the United States and employed in County of Santa Clara, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 801 California Street, Mountain View, California 94041. On the date set forth below, the following document(s) were served electronically and by U.S. Mail:

1) **Plaintiff Joby, Inc.'s Motion for Administrative Relief Requesting a Continuance of the Summary Judgment Hearing**

2) **[Proposed] Order Granting Plaintiff Joby, Inc.'s Motion for Administrative Relief Requesting a Continuance of the Summary Judgment Hearing**

3) **Declaration of Kimberly I. Culp In Support of Plaintiff Joby, Inc.'s Motion for Administrative Relief Requesting a Continuance of the Summary Judgment Hearing [Document Submitted Under Seal]**

4) **Declaration of Kimberly I. Culp In Support of Plaintiff Joby, Inc.'s Motion for Administrative Relief Requesting a Continuance of the Summary Judgment Hearing [Redacted Public Version of Document Submitted Under Seal]**

5) **Exhibits 1 – 8 of the Declaration of Kimberly I. Culp In Support of Plaintiff Joby, Inc.'s Motion for Administrative Relief Requesting a Continuance of the Summary Judgment Hearing**

6) **Stipulated Request to File Under Seal**

on the interested parties in the subject action by attaching to an email or by placing true copy(ies) thereof addressed as follows:

Michael Warnecke
mwarnecke@perkinscoie.com
Brandy R. McMillion
bmcmillion@perkinscoie.com
Debra R. Bernard
dbernard@perkinscoie.com
Andrea S. Homier
ahomier@perkinscoie.com

Jason A. Yurasek
jyurasek@perkinscoie.com
Kelly Kernan
kkernan@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center
Suite 2400
San Francisco, CA  94111

1  PERKINS COIE LLP
2  131 South Dearborn Street, Suite 1700
   Chicago, IL  60603-5559

3  ☒ **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

☒ **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the e-mail address(es) listed above.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: July 7, 2008

_____
Adrienne G. Wilson

A1000/00102/LIT/1288053.1

CERTIFICATE OF SERVICE
CASE NO. 3:07-CV-06455 (SI)

3