CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
KIMBERLY I. CULP (CSB NO. 238839)
kculp@fenwick.com
SALAM RAFEEDIE (CSB NO. 250191)
srafeedie@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  (650) 988-8500
Facsimile:   (650) 938-5200

Attorneys for Plaintiff
JOBY, INC.

**DENIED**
*Susan Illston*
Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOBY, INC.,<br><br>           Plaintiff,<br><br>v.<br><br>TOCAD AMERICA, INC.,<br><br>           Defendant. | Case No. 3:07-CV-06455 (SI)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF JOBY, INC.'S MOTION FOR ADMINISTRATIVE RELIEF REQUESTING A CONTINUANCE OF THE SUMMARY JUDGMENT HEARING**<br><br>**Date:         August 22, 2008**<br>**Time:         9:00 a.m.**<br>**Courtroom: 10, 19th Floor**<br>**Honorable Susan Illston** |

After full consideration of the briefs in support and in opposition to Plaintiff Joby, Inc.'s ("Joby") Motion for Administrative Relief Requesting a Continuance of the Summary Judgment Hearing, all other papers submitted in connection therewith,

IT IS HEREBY ORDERED that Joby's Motion is **GRANTED**, and the hearing on Tocad America, Inc.'s pending summary judgment motion (Docket Entry 70), is hereby continued to

---

[PROPOSED] ORDER GRANTING JOBY'S MOTION FOR ADMIN. RELIEF
CASE NO. 3:07-CV-06455 (SI)

1

Friday, October 3, 2008 at 9:00 a.m.  The deadlines for filing opposition and reply briefs, if any, are hereby moved accordingly pursuant to Civil Local Rule 7-3.

     IT IS SO ORDERED.

Dated:_____, 2008

By:_____
The Honorable Susan Illston
United States District Court Judge

25933/00402/LIT/1287551.1

[PROPOSED] ORDER GRANTING JOBY'S MOTION FOR ADMIN. RELIEF
CASE NO. 3:07-CV-06455 (SI)

2