**In the United States District Court
for the Northern District of California**

Settlement Conference Minutes
U.S. Magistrate Judge Edward M. Chen

**Date:**       July 25, 2008

**Court Reporter:**     FTR 072508 (5:14 - 5:34)

**Case No.:**     C-07-6455 SI (EMC)

**Case Name:**   Joby, Inc. v. Tocad America, Inc.

**Counsel:**
**Plf:**   Virginia K. DeMarchi                **Def:**   Michael O. Warnecke
           Charlene M. Morrow                             Jason A. Yurasek


**Outcome of Settlement Conference:**

|       X       | Settled |
| ------------- | ------- |
|               | Partial settlement |
|               | Did not settle |
|               | Other: |

**Notes:**

**Time:** 8.0 hours


_____/s/_____
Leni Doyle, Deputy Clerk


cc:   EMC, SI