1  CHARLENE M. MORROW (CSB NO. 136411)
   cmorrow@fenwick.com
2  VIRGINIA K. DEMARCHI (CSB NO. 168633)
   vdemarchi@fenwick.com
3  KIMBERLY I. CULP (CSB NO. 238839)
   kculp@fenwick.com
4  SALAM RAFEEDIE BAQLEH (CSB NO. 250191)
   sbaqleh@fenwick.com
5  FENWICK & WEST LLP
   Silicon Valley Center
6  801 California Street
   Mountain View, CA  94041
7  Telephone:    (650) 988-8500
   Facsimile:    (650) 938-5200
8
   Attorneys for Plaintiff
9  JOBY, INC.

10

11                 UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

15  JOBY, INC.,                          Case No. 3:07-CV-06455 (SI)

16              Plaintiff,               **NOTICE OF CHANGE OF
                                         PLAINTIFF'S NAME**
17  v.

18  TOCAD AMERICA, INC.,

19              Defendant.

20

21

22       PLEASE TAKE NOTICE THAT Joby, Inc. has changed its name to Joby Photo, Inc.

23  Plaintiff respectfully requests that the court docket be amended to reflect that "Joby Photo, Inc."

24  is the plaintiff.

25  / / /

26  / / /

27  / / /

28  / / /

NOTICE OF CHANGE OF PLAINTIFF'S NAME                                    1
CASE NO. 3:07-CV-06455 (SI)

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

Dated: August 1, 2008                                    FENWICK & WEST LLP

2

3

By:    /s/ Kimberly I. Culp

4                                                             Kimberly I. Culp

5                                                          Attorneys for Plaintiff
                                                         JOBY, INC.
6

7

8        **IT IS SO ORDERED.**

9

10      Dated: August _____, 2008

11                                                          By:

12                                                              The Honorable Susan Illston
                                                            United States District Court Judge

13      1289474

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW