1  CHARLENE M. MORROW (CSB NO. 136411)
   cmorrow@fenwick.com
2  VIRGINIA K. DEMARCHI (CSB NO. 168633)
   vdemarchi@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA  94041
5  Telephone:     (650) 988-8500
   Facsimile:      (650) 938-5200
6
   Attorneys for Plaintiff
7  JOBY PHOTO, INC.

8  MICHAEL O. WARNECKE (IL Bar No. 2942291)
   mwarnecke@perkinscoie.com
9  DEBRA R. BERNARD (IL Bar No. 619217)
   dbernard@perkinscoie.com
10 PERKINS COIE LLP
   131 S. Dearborn Street, Suite 1700
11 Chicago, IL  60603-5559
   Telephone:     (312) 324-8587
12 Facsimile:      (312) 324-9587

13 JASON YURASEK (CSB No. 202131)
   jyurasek@perkinscoie.com
14 PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
15 San Francisco, CA  94111-4131
   Telephone:     (415) 344-7021
16 Facsimile:      (415) 344-721

17 Attorneys for Defendant
   TOCAD AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOBY PHOTO, INC., | Case No. 3:07-CV-06455 (SI) |
| Plaintiff, | **CONSENT JUDGMENT** |
| v. | |
| TOCAD AMERICA, INC., | |
| Defendant. | |

Plaintiff Joby Photo, Inc. ("Joby") and defendant Tocad America, Inc. ("Tocad"), by and through their counsel, hereby stipulate to entry of this Consent Judgment:

1. Tocad will not create, produce, distribute, ship, import, sell, advertise, market or promote its existing FlexPod line of camera support products (including those sold under other brand names) after May 30, 2008.

2. Tocad will not create, produce, ship or import its existing FlexPod Plus line of camera support products (including those sold under other brand names) after May 30, 2008.

3. Tocad represents that as of July 25, 2008 Tocad has 20,000 FlexPod Plus units in inventory and once this inventory is depleted, Tocad will not distribute, sell, advertise, market or promote its existing Flexpod Plus units.

Dated: August 22, 2008					FENWICK & WEST LLP

							By:	*/s/ Kimberly I. Culp*
								Kimberly I. Culp

							Attorneys for Plaintiff
							JOBY PHOTO, INC.

Dated: August 22, 2008					PERKINS COIE LLP

							By:	*/s/ Michael O. Warnecke*
								Michael O. Warnecke

							Attorneys for Defendant
							TOCAD AMERICA, INC.

IT IS SO ORDERED.

Date: _____

							Honorable Susan Illston
							United States District Judge

## **ATTESTATION**

I, Kimberly I. Culp, attest that concurrence in the filing of this document has been obtained by Michael O. Warnecke, counsel for Defendant Tocad America, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of August, 2008 in Mountain View, California.

*/s/ Kimberly I. Culp*
Kimberly I. Culp

1290535

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW