CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:    (650) 988-8500
Facsimile:    (650) 938-5200

Attorneys for Plaintiff
JOBY PHOTO, INC.


MICHAEL O. WARNECKE (IL Bar No. 2942291)
mwarnecke@perkinscoie.com
DEBRA R. BERNARD (IL Bar No. 619217)
dbernard@perkinscoie.com
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Telephone:    (312) 324-8587
Facsimile:    (312) 324-9587

JASON YURASEK (CSB No. 202131)
jyurasek@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone:    (415) 344-7021
Facsimile:    (415) 344-721

Attorneys for Defendant
TOCAD AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOBY PHOTO, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOCAD AMERICA, INC., <br><br> Defendant. | Case No. 3:07-CV-06455 (SI) <br><br> **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |

Plaintiff Joby Photo, Inc. ("Joby") and defendant Tocad America, Inc. ("Tocad"), by and through their counsel, hereby stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that all claims by Joby against Tocad and all counterclaims by Tocad against Joby in the above-entitled action be dismissed with prejudice.  Each party to this stipulation shall bear its own attorneys' fees, costs and expenses incurred in connection with the action.

This Court shall retain jurisdiction until April 30, 2009 to enforce the settlement agreement reached on July 25, 2008 in this action.

Dated:  August 22, 2008                                    FENWICK & WEST LLP


By:         */s/ Kimberly I. Culp*
            Kimberly I. Culp

Attorneys for Plaintiff
JOBY PHOTO, INC.


Dated:  August 22, 2008                                    PERKINS COIE LLP


By:         */s/ Michael O. Warnecke*
            Michael O. Warnecke

Attorneys for Defendant
TOCAD AMERICA, INC.

IT IS SO ORDERED.


Date:  _____                              _____
                                                           Honorable Susan Illston
                                                           United States District Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER                                         2
CASE NO. 3:07-CV-06455 (SI)

## **ATTESTATION**

I, Kimberly I. Culp, attest that concurrence in the filing of this document has been obtained by Michael O. Warnecke, counsel for Defendant Tocad America, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of August, 2008 in Mountain View, California.

                                                      */s/ Kimberly I. Culp*
                                                        Kimberly I. Culp

1290539

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER
CASE NO. 3:07-CV-06455 (SI)