Case 3:07-cv-06455-SI   Document 95   Filed 08/22/2008   Page 1 of 3

CHARLENE M. MORROW (CSB NO. 136411)
cmorrow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     (650) 988-8500
Facsimile:      (650) 938-5200

Attorneys for Plaintiff
JOBY PHOTO, INC.


MICHAEL O. WARNECKE (IL Bar No. 2942291)
mwarnecke@perkinscoie.com
DEBRA R. BERNARD (IL Bar No. 619217)
dbernard@perkinscoie.com
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL  60603-5559
Telephone:     (312) 324-8587
Facsimile:      (312) 324-9587

JASON YURASEK (CSB No. 202131)
jyurasek@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:     (415) 344-7021
Facsimile:      (415) 344-721

Attorneys for Defendant
TOCAD AMERICA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOBY PHOTO, INC., <br><br>   Plaintiff, <br><br> v. <br><br> TOCAD AMERICA, INC., <br><br>   Defendant. | Case No. 3:07-CV-06455 (SI) <br><br> **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER
CASE NO. 3:07-CV-06455 (SI)                                                                                          1

1   Plaintiff Joby Photo, Inc. ("Joby") and defendant Tocad America, Inc. ("Tocad"), by and
2   through their counsel, hereby stipulate and agree pursuant to Rule 41(a) of the Federal Rules of
3   Civil Procedure, that all claims by Joby against Tocad and all counterclaims by Tocad against
4   Joby in the above-entitled action be dismissed with prejudice.  Each party to this stipulation shall
5   bear its own attorneys' fees, costs and expenses incurred in connection with the action.
6   This Court shall retain jurisdiction until April 30, 2009 to enforce the settlement
7   agreement reached on July 25, 2008 in this action.

8   Dated:  August 22, 2008                          FENWICK & WEST LLP

10                                                  By:_____/s/ Kimberly I. Culp_____
11                                                          Kimberly I. Culp

12                                                  Attorneys for Plaintiff
                                                    JOBY PHOTO, INC.

13  Dated:  August 22, 2008                          PERKINS COIE LLP
14

16                                                  By:_____/s/ Michael O. Warnecke_____
                                                            Michael O. Warnecke
17
                                                    Attorneys for Defendant
18                                                  TOCAD AMERICA, INC.
    IT IS SO ORDERED.
19

20                                                  [signature]

21  Date: _____                  _____
                                                    Honorable Susan Illston
22                                                  United States District Judge

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER                                              2
CASE NO. 3:07-CV-06455 (SI)

# ATTESTATION

I, Kimberly I. Culp, attest that concurrence in the filing of this document has been obtained by Michael O. Warnecke, counsel for Defendant Tocad America, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of August, 2008 in Mountain View, California.

                                                                                   */s/ Kimberly I. Culp*  
                                                                                       Kimberly I. Culp

1290539

FENWICK & WEST LLP  
ATTORNEYS AT LAW  
MOUNTAIN VIEW